## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

April 15, 2025

Ryan Maher
Center for Biological Diversity
1411 K ST NW STE 1300
WASHINGTON, DC 20005

Ragan Whitlock
Center for Biological Diversity
4442 8TH AVE N
SAINT PETERSBURG, FL 33713

Appeal Number: 25-10515-A
Case Style: Center for Biological Diversity v. U.S. Environmental Protection Agency, et al
Agency Docket Number: FRL-12519-01-0A

The jurisdictional question(s) earlier raised will be carried with the case.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

JUR-2 JQ carried with case