# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and<br><br>LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Respondents*. | Case No. 25-10515 |

## RESPONDENTS' NOTICE OF FILING OF CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

Pursuant to Federal Rule of Appellate Procedure 17(b)(1)(B), Respondents hereby submit the attached certified index to the administrative record for the United States Environmental Protection Agency's final action taken under the Clean Air Act, entitled "Notice of Approval for Other Use of Phosphogypsum." 89 Fed. Reg. 104,535 (Dec. 23, 2024), that is the subject of the petition for review in the above-captioned case.

Dated: April 15, 2025.

1

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Mario A. Luna*
MARIO A. LUNA
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0733
Mario.Luna@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Respondents' Notice of Filing of Certified Index to the Administrative Record has been filed with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit this 15th day of April, 2025, using the CM/ECF System, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Mario A. Luna*
Mario A. Luna

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    *Petitioner*,<br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and<br><br>LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>    *Respondents*. | Case No. 25-10515 |

## CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

    I, Andrea Cherepy, am the acting Director of the Radiation Protection Division, within the Office of Radiation and Indoor Air, within the Office of Air and Radiation of the United States Environmental Protection Agency (EPA).

    I certify to the best of my knowledge and belief that the attached index lists the documents constituting the administrative record for the final action entitled "Notice of Approval for Other Use of Phosphogypsum," 89 Fed. Reg. 104,535 (Dec. 23, 2024), that is the subject of the petition for review in the above-captioned case.

Dated this __15__ day of April 2025.

ANDREA CHEREPY
Digitally signed by ANDREA CHEREPY
Date: 2025.04.15 16:34:45 -04'00'

ANDREA CHEREPY
Acting Director
Radiation Protection Division
Office of Radiation and Indoor Air
Office of Air and Radiation
U.S. Environmental Protection Agency

**United States Environmental Protection Agency (EPA)**
**"Notice of Approval for Other Use of Phosphogypsum"**
**89 Fed. Reg. 104,535 (Dec. 23, 2024)**
**Administrative Record Index**
Docket No. EPA–HQ–OAR–2024–0446

**Notes:** Certain documents are not available on the electronic docket. The EPA has provided hyperlinks to these documents in the index below. Many of these documents have been posted to the EPA's Phosphogypsum webpage: *https://www.epa.gov/radiation/phosphogypsum*. Such documents are labeled "*Available on EPA's website*" and include the above hyperlink to the material. In addition, certain documents that had already been posted to Docket No. EPA-HQ-OAR-2020-0442 are available at https://www.regulations.gov/docket/EPA-HQ-OAR-2020-0442. Such documents are labeled "*Available at Docket ID EPA-HQ-OAR-2020-0442*" and include the above hyperlink to the material. Copyrighted materials that are not already publicly available are not posted in the online docket. Such materials are labeled "*Copyrighted*" in this index. A copy of all such materials has been retained as part of the EPA's record for this action.

| Index Number | Document Description | Date |
|---|---|---|
| Federal Register Approval Documents | | |
| 1.1 | Pending Approval for Other Use of Phosphogypsum. Federal Register (89 FR 81910) (FRL- 12268-01-OAR) | 10/09/2024 |
| 1.2 | Pending Approval for Other Use of Phosphogypsum. Federal Register (89 FR 88762) (FRL-12398-01-OAR) | 11/08/2024 |
| 1.3 | Approval for Other Use of Phosphogypsum. Federal Register (89 FR 104535) (FRL-12501-01-OAR) | 12/23/2024 |
| Supporting Documents | | |
| 2.1 | Request from The Mosaic Company to Use Phosphogypsum in Road Construction Pilot (August 2023) | 08/23/2023 |
| 2.1.1 | Attachment: Letter from Arcadis, Phosphogypsum, Road Pilot Study, Radiological Risk Review, Update | 08/23/2023 |
| 2.1.2 | Attachment: Original March 2022 Request from The Mosaic Company to Use Phosphogypsum in Small-Scale Pilot Project on Private Land | 08/23/2023 |
| 2.1.3 | Attachment: March 17, 2023 letter from EPA on completeness determination for original March 2022 Mosaic request | 08/23/2023 |
| 2.2 | February 7, 2024 Response to EPA Questions from Mosaic | 02/07/2024 |
| 2.2.1 | Attachment: Report: Beneficial Use of Mosaic Phosphogypsum, Prepared for Mosaic Fertilizer, LLC, February 7, 2024. Author: Timothy G. Townsend et al., University of Florida. | 02/07/2024 |

1

| 2.2.2 | Attachment: Report: Phosphogypsum for Secondary Road Construction. Report prepared by University of Miami, Florida Institute of Phosphate Research, Publication Numbers 01-033-077, 01-041-077, June 1989. | 02/07/2024 |
|---|---|---|
| 2.2.3 | Attachment: Jiahui Men, Yiming Li, Peifeng Cheng, Zhanming Zhang, "Recycling phosphogypsum in road construction materials and associated environmental considerations: A review", Heliyon, Volume 8, Issue 11, 2022, e11518. *Copyrighted* | 02/07/2024 |
| 2.2.4 | Attachment: Kate D. Weiksnar, Kyle A. Clavier, Nicole M. Robey, Timothy G. Townsend, "Changes in trace metal concentrations throughout the phosphogypsum lifecycle", Science of The Total Environment, Volume 851, Part 1, 2022, 158163. *Copyrighted* | 02/07/2024 |
| 2.2.5 | Attachment: Kate D. Weiksnar, Timothy G. Townsend, "Enhancing the chemical performance of phosphogypsum as a road base material by blending with common aggregates", Resources, Conservation and Recycling, Volume 200, 2024,107300. *Copyrighted* | 02/07/2024 |
| 2.2.6 | Attachment: Kate D. Weiksnar, Kyle A. Clavier, Steven J. Laux, Timothy G. Townsend, "Influence of trace chemical constituents in phosphogypsum for road base applications: A review", Resources, Conservation and Recycling, Volume 199, 2023. *Copyrighted* | 02/07/2024 |
| 2.2.7 | Attachment: Raja Zmemla, Mounir Benjdidia, Ikram Naifar, Chaouki Sadik, Boubaker Elleuch, Ali Sdiri. "A phosphogypsum-based road material with enhanced mechanical properties for sustainable environmental remediation", Environ Prog Sustainable Energy, 2022, Volume 41, Issue 1, e13732. *Copyrighted* | 02/07/2024 |
| 2.3 | May 20, 2024 letter from EPA on completeness determination for revised Mosaic request | 05/20/2024 |
| 2.4 | Letter from EPA issuing pending approval of the request from Mosaic Fertilizer, LLC | 10/01/2024 |
| 2.5 | Review of the Small-Scale Road Pilot Project on Private Land in Florida Submitted by Mosaic Fertilizer, LLC. | 10/01/2024 |
| 2.6 | Response to Comments: Request for Approval of Use of Phosphogypsum in a Small-Scale Road Pilot Project on Private Land in Florida Submitted by Mosaic, LLC | 12/11/2024 |
| 2.7 | December 20, 2024 letter from EPA on final approval for revised Mosaic request | 12/20/2024 |
| Public Comments | | |
| 3.1 | Comment submitted by ElaIne Trotter | 10/10/2024 |
| 3.1.1 | Attachment: Picture: Radioactive pile | 10/10/2024 |
| 3.2 | Comment submitted by Center for Biological Diversity | 10/16/2024 |
| 3.2.1 | Attachment: CBD Extension Request Letter | 10/16/2024 |

| | | |
|---|---|---|
| 3.3 | Comment submitted by American Indian Movement Florida Chapter | 10/18/2024 |
| 3.3.1 | Attachment: Jiahui Men, Yiming Li, Peifeng Cheng, Zhanming Zhang, Recycling Phosphogypsum in Road Construction Materials and Associated Environmental Considerations: A Review, Journal, Open Access, November 1, 2022. | 10/18/2024 |
| 3.3.2 | Attachment: Phosphogypsum Factsheet, Riverview, Florida Phosphogypsum Stack. | 10/18/2024 |
| 3.4 | Comment submitted by Earthjustice | 10/21/2024 |
| 3.5 | Comment submitted by Sierra Club Loxahatchee Group | 10/19/2024 |
| 3.6 | Comment submitted by Congressman Maxwell Alejandro Frost, House of Representatives, Congress of the United States | 11/01/2024 |
| 3.6.1 | Attachment: 2024.11.01 EPA PG Comment Extension Letter | 11/01/2024 |
| 3.7 | Comment submitted by Cynthia Diane Thorpe | 10/23/2024 |
| 3.8 | Comment submitted by ManaSota-88, Inc. | 11/05/2024 |
| 3.8.1 | Attachment: ManaSota-88 PG Roads Comments | 11/05/2024 |
| 3.9 | Comment submitted by People for Protecting Peace River | 11/05/2024 |
| 3.9.1 | Attachment: 3PR letter to EPA calling for No Radioactive Roads | 11/05/2024 |
| 3.10 | Comment submitted by Robin Anderson | 11/05/2024 |
| 3.10.1 | Attachment: Federal Registers Comments on "Notice of Pending Approval of Other Use of Phosphogypsum" submitted by Robin Anderson | 11/05/2024 |
| 3.11 | Comment submitted by Tami Thatcher | 11/07/2024 |
| 3.11.1 | Attachment: Comment FLgyproad 2024 | 11/07/2024 |
| 3.12 | Comment submitted by Brooke Gaebe | 11/04/2024 |
| 3.13 | Mass Comment Campaign sponsored by Environmental Action | 11/08/2024 |
| 3.13.1 | Attachment: Cover Letter for Mass Comment Campaign sponsored by Environmental Action | 11/08/2024 |
| 3.13.2 | Attachment: List of individuals who signed Environmental Action Petition | 11/08/2024 |
| 3.14 | Mass Comment Campaign sponsored by U.S. Public Interest Research Group (PIRG) | 11/08/2024 |

| 3.14.1 | Attachment: PIRG cover letter | 11/08/2024 |
|---|---|---|
| 3.14.1 | Attachment: PIRG comments | 11/08/2024 |
| 3.15 | Comment submitted by Barbara Angelucci | 11/15/2024 |
| 3.16 | Comment submitted by North America's Building Trades Unions (NABTU) | 11/22/2024 |
| 3.16.1 | Attachment: NABTU Comments to EPA on Request to Use Phosphogypsum | 11/22/2024 |
| 3.17 | Comment submitted by Surfrider Foundation | 11/22/2024 |
| 3.17.1 | Attachment: Surfrider Foundation_Comment_Docket ID No. EPA-HQ-OAR-2024-0446 | 11/22/2024 |
| 3.18 | Comment submitted by Center for Biological Diversity et al. "Other submitters: Atchafalaya Basinkeeper, Bayou City Waterkeeper, Center for Biological Diversity, Cherokee Concerned Citizens, Earthjustice, Earthworks, Environment America, Environment Florida, Freshwater Future, Healthy Gulf, Healthy Ocean Coalition, Inland Ocean Coalition, Kentucky Waterways Alliance, League of Conservation Voters, ManaSota-88, Inc. Minorities in Shark Sciences, Our Santa Fe River, Inc., People for Protecting Peace River, Portneuf Resource Council, RISE St. James Louisiana, Sierra Club, Tampa Bay Waterkeeper". | 11/22/2024 |
| 3.18.1 | Attachment: Comment submitted by Center for Biological Diversity et al | 11/22/2024 |
| 3.19 | Comment submitted by Office of Congressman Maxwell Alejandro Frost et al., House of Representatives, Congress of the United States | 11/22/2024 |
| 3.19.1 | Attachment: 2024.11.22 EPA Comment Letter PG Road Study | 11/22/2024 |
| 3.20 | Comment submitted by Carol Kio-Green | 11/23/2024 |
| 3.21 | Comment submitted by Center for Biological Diversity | 11/23/2024 |
| 3.21.1 | Attachment: Ctr. for Bio. Div EPA-HQ-OAR-2024-0446 Comment | 11/23/2024 |
| 3.21.2 | Attachment: Some Guidance on Applying for Approval for Other Uses of Phosphogypsum | 11/23/2024 |
| 3.21.3 | Attachment: U.S. EPA Superfund Remedial Program's Addressing of Radioactive Contamination, Presented to a CLUIN webinar on Wednesday April 17, 2024 | 11/23/2024 |
| 3.21.4 | Attachment: Comments and Response to Comments, NESHAPS, National Emission Standards for Radon Emissions from Phosphogypsum Stacks, 40 CFR Part 61 National Emission Standards for Hazardous Air Pollutants [EPA 402-R-98-007] Office of Radiation and Indoor Air, USEPA, November I 998. | 11/23/2024 |
| 3.21.5 | Attachment: Potential Uses Of Phosphogypsum And Associated Risks, Background Information Document, [402-R92-002] Air and Radiation, USEPA May 1992. | 11/23/2024 |

| 3.21.6 | <u>Attachment</u>: Technical Review of the Fertilizer Institute Risk Assessment for Additional Use of Phosphogypsum in Road Base, prepared by SC&A, Inc. for Office of Radiation and Indoor Air, USEPA, June 10, 2020. | 11/23/2024 |
|---|---|---|
| 3.21.7 | <u>Attachment</u>: A Long-Term Study of Radon and Airborne Particulates at Phosphogypsum Stacks in Central Florida, [EPA 520/5-88-021], Eastern Environmental Radiation Facility USEPA, October 1988. | 11/23/2024 |
| 3.21.8 | <u>Attachment</u>: Is the Slag Mountain by the Yangtze River Solid Waste Unpolished Jade? Investigation on the Pollution and Comprehensive Utilization of Phosphogypsum Storage December 21, 2020. (Copyrighted) | 11/23/2024 |
| 3.21.9 | <u>Attachment</u>: Liner tear confirmed at Mosaic's New Wales Gypstack Florida Regulators Say, Tampa Bay Times (Copyrighted) | 11/23/2024 |
| 3.21.10 | <u>Attachment</u>: ABC Article: Florida Fertilizer Plant Sinkhole Reportedly Leaks 215 Million Gallons of Radioactive Water Into Aquifer. September 16, 2016. | 11/23/2024 |
| 3.22 | Anonymous public comment | 10/15/2024 |
| 3.23 | Comment submitted by Austin Tennant | 10/15/2024 |
| 3.24 | Anonymous public comment | 10/15/2024 |
| 3.25 | Comment submitted by David Savage | 10/18/2024 |
| 3.26 | Comment submitted by Christopher Provett | 10/18/2024 |
| 3.27 | Comment submitted by Tamy Allen | 10/18/2024 |
| 3.28 | Comment submitted by William Childers | 10/18/2024 |
| 3.29 | Comment submitted by Patrick Conroy | 10/19/2024 |
| 3.30 | Comment submitted by LA Murphy | 10/20/2024 |
| 3.31 | Comment submitted by Pamela Thompson | 10/21/2024 |
| 3.32 | Comment submitted by Hunter Sullivan | 10/21/2024 |
| 3.33 | Anonymous public comment | 10/22/2024 |
| 3.34 | Comment submitted by Mary Hampton | 11/01/2024 |
| 3.35 | Comment submitted by Jane Armstrong | 11/02/2024 |
| 3.36 | Comment submitted by Robert Cusick | 11/03/2024 |

| 3.37 | Comment submitted by Ellie Hayes | 11/03/2024 |
|---|---|---|
| 3.38 | Comment submitted by Sharin Stone | 11/03/2024 |
| 3.39 | Comment submitted by Amelia Jones | 11/08/2024 |
| 3.40 | Comment submitted by Cynthia Thorpe | 10/15/2024 |
| 3.41 | Comment submitted by Frank Darden | 10/15/2024 |
| 3.42 | Anonymous public comment | 10/15/2024 |
| 3.43 | Comment submitted by Lise Crossman | 10/15/2024 |
| 3.44 | Comment submitted by Don Horn | 10/15/2024 |
| 3.45 | Comment submitted by Amy Arensdorf | 10/15/2024 |
| 3.46 | Comment submitted by Michelle Jordan | 10/17/2024 |
| 3.47 | Comment submitted by Lisa Sciacca | 10/17/2024 |
| 3.48 | Anonymous public comment | 10/18/2024 |
| 3.49 | Comment submitted by Jessica Namath | 10/18/2024 |
| 3.50 | Comment submitted by Mary Ellsworth | 10/18/2024 |
| 3.51 | Comment submitted by Kristine Timmes | 10/18/2024 |
| 3.52 | Comment submitted by Jason Ibarra | 10/18/2024 |
| 3.53 | Comment submitted by Garrett Stuart | 10/18/2024 |
| 3.54 | Anonymous public comment | 11/07/2024 |
| 3.55 | Comment submitted by Glen Gibellina | 11/07/2024 |
| 3.56 | Comment submitted by Derek Harris | 10/29/2024 |
| 3.57 | Comment submitted by Karen A. Willey | 10/30/2024 |
| 3.58 | Anonymous public comment | 10/30/2024 |

| 3.59 | Comment submitted by Environmental Confederation of Southwest Florida | 10/30/2024 |
| --- | --- | --- |
| 3.60 | Comment submitted by Elizabeth King | 10/30/2024 |
| 3.61 | Comment submitted by Margaret Klimek | 10/31/2024 |
| 3.62 | Comment submitted by David Morgan | 10/31/2024 |
| 3.63 | Anonymous public comment | 10/31/2024 |
| 3.64 | Comment submitted by Mary Lundeberg | 11/01/2024 |
| 3.65 | Comment submitted by Caleb Merendino | 11/06/2024 |
| 3.66 | Comment submitted by Mary Morris | 10/25/2024 |
| 3.67 | Comment submitted by Cecilia Davis-Taylor | 10/25/2024 |
| 3.68 | Comment submitted by Daniel Calvo | 10/25/2024 |
| 3.69 | Comment submitted by Henry Kuhlman | 10/30/2024 |
| 3.70 | Comment submitted by Peter Bart | 10/24/2024 |
| 3.71 | Comment submitted by Betty Osceola | 10/25/2024 |
| 3.72 | Anonymous public comment | 10/25/2024 |
| 3.73 | Comment submitted by Terra Butler | 10/25/2024 |
| 3.74 | Comment submitted by James Blankenship | 10/27/2024 |
| 3.75 | Comment submitted by Jeanna Scott | 10/28/2024 |
| 3.76 | Anonymous public comment | 10/28/2024 |
| 3.77 | Comment submitted by Susan Renison | 10/29/2024 |
| 3.78 | Comment submitted by William Gebel | 10/29/2024 |
| 3.79 | Comment submitted by William (Coty) Keller | 11/03/2024 |
| 3.80 | Comment submitted by Julie Brown | 11/05/2024 |

| 3.81 | Comment submitted by Randall Miller | 11/05/2024 |
|---|---|---|
| 3.82 | Comment submitted by Felicia Tencza | 11/05/2024 |
| 3.83 | Comment submitted by Pola Godsey | 11/06/2024 |
| 3.84 | Comment submitted by Leslie Harris | 11/06/2024 |
| 3.85 | Comment submitted by Cheryl Jozsa | 11/07/2024 |
| 3.86 | Comment submitted by Honey Rand | 11/07/2024 |
| 3.87 | Comment submitted by Christopher Lish | 11/07/2024 |
| 3.88 | Comment submitted by Sarah Hollenhorst | 11/07/2024 |
| 3.89 | Comment submitted by Karina Oquendo | 11/07/2024 |
| 3.90 | Comment submitted by Mary Prior | 10/15/2024 |
| 3.91 | Mass Comment Campaign sponsoring organization unknown.  Sample attached. 346 similar comments were received for this campaign. | 11/03/2024 |
| 3.92 | Comment submitted by Surfrider Foundation. | 11/23/2024 |
| 3.92.1 | <u>Attachment</u>: Cover Page for comment submitted by Surfrider Foundation. | 11/23/2024 |
| 3.92.2 | <u>Attachment</u>: Comment submitted by Surfrider Foundation | 11/23/2024 |
| Additional Supporting Documents | | |
| 4.1 | U.S. Environmental Protection Agency. Potential Uses of Phosphogypsum and Associated Risks: Background Information Document, EPA 402-R92-002, May 1992. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 05/1992 |
| 4.2 | U.S. Environmental Protection Agency. "Applying to EPA for Approval of Other Uses of Phosphogypsum: Preparing and Submitting a Complete Petition Under 40 CFR 61.206, A Workbook." December 2005. *Available on EPA's Website* | 12/2005 |
| 4.3 | EPA Radiogenic Cancer Risk Models and Projections for the U.S. Population EPA 402-R-11-001. April 2011. *Available at https://www.epa.gov/system/files/documents/2025-03/bbfinalversion_508-d.pdf* | 04/2011 |
| 4.4 | U.S. Environmental Protection Agency. *Methodology for Evaluating Beneficial Uses of Industrial Non-Hazardous Secondary Materials*. EPA 530-R-16-011, April 2016. *Available at https://www.epa.gov/sites/default/files/2016-10/documents/methodology_for_evaluating_beneficial_use_of_secondary_materials_4-14-16.pdf* | 04/2016 |

| 4.5 | U.S. Environmental Protection Agency. Beneficial Use Compendium: A Collection of Resources and Tools to Support Beneficial Use Evaluations. EPA 530-R-16-009, June 2016. *Available at https://www.epa.gov/sites/default/files/2016-10/documents/beneficial_use_compendium_text_and_appendix_6-22-16.pdf* | 06/2016 |
|---|---|---|
| 4.6 | Original TFI Request for Approval of Additional Uses of Phosphogypsum Pursuant to 40 C.F.R. § 61.206. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 10/15/2019 |
| 4.7 | Appendix 2 PG Risk Assessment- Final amended Oct 15-19: Arcadis Canada Inc. Radiological Risk Assessment in Support of Petition for Beneficial Use of Phosphogypsum, 2019. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 10/15/2019 |
| 4.8 | Appendix 3 Metals Risk Screening: Exponent, Human Health Risk Screening for Metal and Metalloids: Phosphogypsum in Road Construction, 2019. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 10/15/2019 |
| 4.9 | Appendix 5 The Fertilizer Institute. Supplement to the October 11, 2019 TFI Phosphogypsum Reuse Petition: 2019 Radium-226 Results for U.S. Phosphogypsum Stacks. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 12/05/2019 |
| 4.10 | Appendix 6 Economic Report: Policy Navigation Group, Economic Analysis of Phosphogypsum Reuse, December 2019. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 12/2019 |
| 4.11 | Revised TFI Request for Approval of Additional Uses of Phosphogypsum Pursuant to 40 C.F.R. § 61.206 *Available at Docket ID EPA-HQ-OAR-2020-0442* | 04/07/2020 |
| 4.12 | Appendix 1 Summary of the Risk Analysis of the Use of Phosphogypsum (PG) for Road Construction. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 04/07/2020 |
| 4.13 | Appendix 4a Response to EPA Questions issued on Jan 16, 2020. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 04/07/2020 |
| 4.14 | Appendix 4b Responses to Second Set of USEPA Questions – Reclaimer. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 04/03/2020 |
| 4.15 | Appendix 8 Administrative Record: List of Documents submitted as part of the revised TFI Petition. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 04/07/2020 |
| 4.16 | Technical Review of The Fertilizer Institute Risk Assessment for Additional Use of Phosphogypsum in Road Base. Prepared for U.S. Environmental Protection Agency, Office of Radiation and Indoor Air by SC&A. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 06/10/2020 |
| 4.17 | U.S. Environmental Protection Agency Review of the Radiological Risk Assessment in Support of Petition for Beneficial Use of Phosphogypsum Prepared for the Fertilizer Institute. *Available at Docket ID EPA-HQ-OAR-2020-0442* | 10/14/2020 |
| 4.18 | Withdrawal of Approval for Use of Phosphogypsum in Road Construction Federal Register Volume 86, No. 127, July 7, 2021, 35795. *Available on EPA's website* | 07/07/2021 |
| 4.19 | Email from Jonathan Walsh to Karen Bennett on September 9, 2022, requesting additional details related to laboratory tests, groundwater monitoring, and soil monitoring. | 09/09/2022 |
| 4.20 | Letter from Patrick Kane to Jonathan Walsh: "Response to EPA September 9, 2022, Request for Information; Small-Scale Pilot Project" | 12/20/2022 |