UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 28, 2025

Elisabeth S. Theodore
Arnold & Porter Kaye Scholer, LLP
601 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001-3743

Appeal Number: 25-10515-AA
Case Style: Center for Biological Diversity v. U.S. Environmental Protection Agency, et al
Agency Docket Number: FRL-12519-01-0A

The enclosed order has been ENTERED.

Intervenor Certificate of Interested Persons (CIP) requirements
A motion for leave to intervene in this case has been granted. Intervenor(s) must file a CIP and complete the web-based CIP within 28 days from the date of this notice. See 11th Cir. R. 26.1-1(a)(3) and 26.1-1(b).

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action