# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10515

_____

CENTER FOR BIOLOGICAL DIVERSITY,

                                                             Petitioner,

*versus*

U.S. ENVIRONMENTAL PROTECTION AGENCY,
ADMINISTRATOR, U.S. ENVIRONMENTAL
PROTECTION AGENCY,

                                                           Respondents.

_____

Petition for Review of a Decision of the
Environmental Protection Agency
Agency No. FRL-12519-01-0A

_____

2                       Order of the Court                       25-10515

ORDER:

"Mosaic Fertilizer, LLC's Motion to Intervene in Support of Respondents" is GRANTED.


/s/ Adalberto Jordan
UNITED STATES CIRCUIT JUDGE