No. 25-10515

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and
LEE ZELDIN, in his official capacity as Administrator
of the United States Environmental Protection Agency,

*Respondents*,

and

MOSAIC FERTILIZER, LLC,

*Intervenor-Respondent.*

On Petition for Review of an Order of the
Environmental Protection Agency

**INTERVENOR-RESPONDENT MOSAIC FERTILIZER, LLC'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Elissa J. Preheim
Elisabeth S. Theodore
Samuel I. Ferenc
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Fax: (202) 942-5999
elisabeth.theodore@arnoldporter.com

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a)(3), intervenor-respondent Mosaic Fertilizer, LLC, through undersigned counsel, hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement.

- Mosaic Fertilizer, LLC is a Delaware limited-liability company and a wholly-owned subsidiary of The Mosaic Company (NYSE: MOS), a publicly held corporation.

I hereby certify that the disclosure of interested persons submitted by Petitioners is complete and correct except for the following additional interested persons:

1. Arnold & Porter Kaye Scholer LLP, *Attorneys for Intervenor-Respondent*
2. Ferenc, Samuel I., *Attorney for Intervenor-Respondent*
3. Mosaic Fertilizer, LLC, *Intervenor-Respondent*
4. Preheim, Elissa J., *Attorney for Intervenor-Respondent*
5. Theodore, Elisabeth S., *Attorney for Intervenor-Respondent*

<u>*/s/ Elisabeth S. Theodore*</u>
Elisabeth S. Theodore

*Counsel for Intervenor-Respondent*
*Mosaic Fertilizer, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on May 27, 2025 and will therefore be served electronically upon all counsel.

<u>/s/ Elisabeth S. Theodore</u>
Elisabeth S. Theodore

*Counsel for Intervenor-Respondent Mosaic Fertilizer, LLC*
