# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10515

_____

CENTER FOR BIOLOGICAL DIVERSITY,

                                                         Petitioner,

*versus*

U.S. ENVIRONMENTAL PROTECTION AGENCY,
ADMINISTRATOR, U.S. ENVIRONMENTAL
PROTECTION AGENCY,

                                                    Respondents,

MOSAIC FERTILIZER, LLC,

                                                     Intervenor.

_____

2                              Order of the Court                              25-10515

Petition for Review of a Decision of the
Environmental Protection Agency
Agency No. FRL-12519-01-0A

_____

ORDER:

Respondents' motion to extend the briefing schedule is GRANTED as follows:

Petitioner's initial brief is due on or before July 11, 2025.

Respondent's and Intervenor's response briefs are due on or before September 12, 2025.

Petitioner's reply brief is due on or before October 3, 2025.

Petitioner's motion to expedite a ruling on Respondent's motion to extend the briefing schedule is DENIED AS MOOT.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE