Case No. 25-10515

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

CENTER FOR BIOLOGICAL DIVERSITY,

*Petitioner,*

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; and

LEE ZELDIN, in his official capacity as Administrator
of the United States Environmental Protection Agency

*Respondents.*

MOSAIC FERTILIZER, LLC*,*

*Intervenor-Respondent.*

---

## PETITIONER'S APPENDIX
## VOLUME 2 OF 2

---

Ragan Whitlock
Ryan Maher
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 21555
St. Petersburg, FL 33731
Tel: (727) 426-3653
Email: rwhitlock@biologicaldiversity.org

# TABLE OF CONTENTS[1]

## VOLUME 1

| Tab No. | Document Title | Appendix Page No. |
|---------|----------------|-------------------|

### *Federal Register Approval Documents*

| Tab No. | Document Title | Appendix Page No. |
|---------|----------------|-------------------|
| 1 | Pending Approval for Other Use of Phosphogypsum, 89 Fed. Reg. 81,910 (Oct. 9, 2024) | 1 |
| 2 | Approval for Other Use of Phosphogypsum, 89 Fed. Reg. 104,535 (Dec. 23, 2024) | 5 |

### *Supporting Documents*

| Tab No. | Document Title | Appendix Page No. |
|---------|----------------|-------------------|
| 3 | Original March 2022 Request from The Mosaic Company to Use Phosphogypsum in Small-Scale Pilot Project on Private Land (Mar. 31, 2024) | 8 |
| 4 | Review of the Small-Scale Road Pilot Project on Private Land in Florida Submitted by Mosaic Fertilizer, LLC (Oct. 1, 2024) | 50 |
| 5 | Response to Comments: Request for Approval of Use of Phosphogypsum in a Small-Scale Road Pilot Project on Private Land in Florida Submitted by Mosaic, LLC (Dec. 11, 2024) | 84 |
| 6 | December 20, 2024 Letter from EPA on Final Approval for Revised Mosaic Request (Dec. 20, 2024) | 111 |

### *Public Comments*

| Tab No. | Document Title | Appendix Page No. |
|---------|----------------|-------------------|
| 7 | Comment Submitted by Center for Biological Diversity (Nov. 23, 2024) | 115 |

---

[1] The name and sequence of these documents correspond to Respondents' Administrative Record Index filed in this case pursuant to Fed. R. App. P. 17(b)(1)(B). *See* Respondents' Notice of Filing of Certified Index to the Administrative Record, Case No. 25-10515, Dkt. No. 17 (Apr. 15, 2025).

| Tab No. | Document Title | Appendix Page No. |
|---------|----------------|-------------------|

*Additional Supporting Documents*

| Tab No. | Document Title | Appendix Page No. |
|---------|----------------|-------------------|
| 8 | EPA, Comments and Response to Comments – NESHAPS: National Emission Standards for Radon Emissions from Phosphogypsum Stacks (Nov. 1998) | 142 |

## VOLUME 2

| Tab No. | Document Title | Appendix Page No. |
|---------|----------------|-------------------|

*Additional Supporting Documents Cont.*

| Tab No. | Document Title | Appendix Page No. |
|---------|----------------|-------------------|
| 9 | U.S. Environmental Protection Agency. Potential Uses of Phosphogypsum and Associated Risks: Background Information Document, EPA 402-R92-002 (May 1992) | 165 |
| 10 | U.S. Environmental Protection Agency. Applying to EPA for Approval of Other Uses of Phosphogypsum: Preparing and Submitting a Complete Petition Under 40 CFR 61.206, A Workbook (Dec. 2005) | 290 |

# Tab 9



| United States Environmental Protection Agency | Air And Radiation (ANR-459) | 402-R92-002 May 1992 |
|---|---|---|

# Potential Uses Of Phosphogypsum And Associated Risks

## Background Information Document



Printed on Recycled Paper

40 CFR 61 Subpart R
National Emission Standards for
Radon Emissions from
Phosphogypsum Stacks

402-R-92-002

# POTENTIAL USES OF PHOSPHOGYPSUM
## AND
## ASSOCIATED RISKS

## BACKGROUND INFORMATION DOCUMENT

for

40 CFR 61 Subpart R
National Emission Standards for
Radon Emissions from
Phosphogypsum Stacks

Craig Conklin
Work Assignment Manager

Prepared Under
Contract No. 68D90170
Work Assignment No. 1-106

Prepared for
U.S. Environmental Protection Agency
Office of Radiation Programs
401 M Street, S.W.
Washington, D.C.  20460

May 1992

# DISCLAIMER

Mention of any specific product or trade name in this report does not imply an endorsement or guarantee on the part of the Environmental Protection Agency

ii

# PREFACE

The Environmental Protection Agency (EPA) is promulgating revisions to 40 CFR Part 61, Subpart R, National Emission Standards for Radon Emissions From Phosphogypsum Stacks. This Background Information Document (BID) has been prepared in support of the rulemaking. This BID contains an introduction, a general description of the fertilizer industry, a discussion of the physical and radiological characteristics of phosphogypsum, a discussion of the uses of phosphogypsum, analyses of the radiological risks associated with various uses of phosphogypsum, and an analysis of the availability and costs of substitute materials.

Copies of this BID, in whole or in part, are available to all interested persons. For additional information, contact Craig Conklin at (703) 308-8755 or write to:

> Director, Criteria and Standards Division
> Office of Radiation Programs (ANR-46OW)
> U.S. Environmental Protection Agency
> 401 M Street, SW
> Washington, D.C. 20460

## LIST OF PREPARERS

Various staff members from EPA's Office of Radiation Programs contributed to the development and preparation of the BID:

| | | |
|---|---|---|
| Albert Colli | Chief, Air Standards and Economics Branch | Reviewer |
| Craig Conklin | Health Physicist | Project Officer |
| Fran Jonesi | Attorney Adviser | Reviewer |
| Dan Hendricks | Environmental Scientist | Reviewer |
| Larry Gray | Environmental Scientist | Reviewer |
| Byron Bunger | Economist | Reviewer |
| Cheng-Yeng Hung | Hydrologist | Reviewer |

An EPA contractor, S. Cohen & Associates, Inc., McLean, VA, provided significant technical support in the preparation of the BID.

iv

# TABLE OF CONTENTS

Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

Disclaimer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

List of Preparers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iv

List of Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .viii

List of Figures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xi

1.    INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-1

    1.1    Federal Regulatory Background . . . . . . . . . . . . . . . . . .1-1
    1.2    Purpose and Scope of the BID . . . . . . . . . . . . . . . . . .1-1

2.    GENERAL DESCRIPTION OF THE FERTILIZER INDUSTRY . . . . . . . . . 2-1

    2.1    Fertilizer Production . . . . . . . . . . . . . . . . . . . . . . . . .2-1
        2.1.1  Phosphate Rock . . . . . . . . . . . . . . . . . . . . . . . . .2-1
        2.1.2  The Wet Process . . . . . . . . . . . . . . . . . . . . . . . .2-2

    2.2    Phosphogypsum . . . . . . . . . . . . . . . . . . . . . . . . . . .2-6
        2.2.1  Composition of Phosphogypsum . . . . . . . . . . . . . . . .2-6
        2.2.2  Phosphogypsum Stacks . . . . . . . . . . . . . . . . . . . .2-8
        2.2.3  Production Rate of Phosphogypsum . . . . . . . . . . . . . .2-9

3.    USES OF PHOSPHOGYPSUM . . . . . . . . . . . . . . . . . . . . . . . .3-1

    3.1    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3-1
    3.2    Agricultural Applications . . . . . . . . . . . . . . . . . . . . . .3-2
    3.3    Road Construction . . . . . . . . . . . . . . . . . . . . . . . . . .3-4
    3.4    Concrete and Cement Blocks . . . . . . . . . . . . . . . . . . .3-5
    3.5    Sulfur Recovery . . . . . . . . . . . . . . . . . . . . . . . . . . .3-6
    3.6    Mine Reclamation . . . . . . . . . . . . . . . . . . . . . . . . . .3-6
    3.7    Research Activities . . . . . . . . . . . . . . . . . . . . . . . . .3-7
        3.7.1  Agricultural Uses . . . . . . . . . . . . . . . . . . . . . . .3-8
        3.7.2  Construction Materials . . . . . . . . . . . . . . . . . . . .3-8
        3.7.3  Purification of Phosphogypsum . . . . . . . . . . . . . . . .3-9
    3.8    Summary of Phosphogypsum Utilization . . . . . . . . . . . . .3-9

## TABLE OF CONTENTS (Continued)

4.   RADIOLOGICAL ASSESSMENTS OF PHOSPHOGYPSUM USE . . . . . . . . 4-1

   4.1   Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1
   4.2   Radiological Effect of Amending Soils With Phosphogypsum . . . . . . . . . 4-1
      4.2.1   Long-Term Study . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-2
      4.2.2   Short-Term Study . . . . . . . . . . . . . . . . . . . . . . . . . . 4-2
      4.2.3   Leaching Studies . . . . . . . . . . . . . . . . . . . . . . . . . 4-3
   4.3   Risk Assessment Methodology . . . . . . . . . . . . . . . . . . . . . 4-4
      4.3.1   The PATHRAE Dose Assessment Model . . . . . . . . . . . . . . . . . 4-4
      4.3.2   The MICROSHIELD Computer Code . . . . . . . . . . . . . . . . . 4-5
      4.3.3   Exposure Scenarios . . . . . . . . . . . . . . . . . . . . . . . . 4-5
         4.3.3.1 Phosphogypsum in Agriculture . . . . . . . . . . . . . . . . . 4-5
         4.3.3.2 Phosphogypsum in Road Construction . . . . . . . . . . . . . 4-8
         4.3.3.3 Phosphogypsum in Research & Development Activities . . 4-11
      4.3.4 Input Parameters . . . . . . . . . . . . . . . . . . . . . . . . . 4-11
         4.3.4.1 Radionuclide Concentrations . . . . . . . . . . . . . . . . . 4-11
         4.3.4.2 Dose and Risk Conversion Factors . . . . . . . . . . . . . 4-11
         4.3.4.3 Site-Specific Input Parameters . . . . . . . . . . . . . . . 4-14
   4.4   Results . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-14
      4.4.1   Phosphogypsum in Agriculture . . . . . . . . . . . . . . . . . . . 4-14
      4.4.2   Phosphogypsum in Road Construction . . . . . . . . . . . . . . . 4-26
      4.4.3   Phosphogypsum in Research & Development
         Activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-35
      4.4.4   Ingestion of Treated Soil . . . . . . . . . . . . . . . . . . . . . 4-37

5.   AVAILABILITY AND COSTS OF COMPETING MATERIALS . . . . . . . . . 5-1

   5.1   Peanut Farming in Georgia . . . . . . . . . . . . . . . . . . . . . . 5-1
      5.1.1   Availability . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-1
      5.1.2   Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-5
   5.2   Peanut Farming in North Carolina . . . . . . . . . . . . . . . . . . . 5-6
   5.3   Peanut Farming in Virginia . . . . . . . . . . . . . . . . . . . . . . 5-6
   5.4   Agriculture in Florida . . . . . . . . . . . . . . . . . . . . . . . . 5-7
   5.5   Agriculture in Idaho . . . . . . . . . . . . . . . . . . . . . . . . . 5-7
   5.6   Agriculture in California . . . . . . . . . . . . . . . . . . . . . . . 5-7
   5.7   Road Building in Florida . . . . . . . . . . . . . . . . . . . . . . . 5-7
      5.7.1   Availability . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-9
      5.7.2   Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-11
   5.8   Reclaiming Mined Land . . . . . . . . . . . . . . . . . . . . . . . . 5-11
      5.8.1   Availability . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-11
      5.8.2   Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-12

vi

## TABLE OF CONTENTS (Continued)

6.    REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1

APPENDICES
Appendix A   PATHRAE Pathway Equations . . . . . . . . . . . . . . . . . . A-1

Appendix B   Ra-226 Soil Concentration Calculations  . . . . . . . . . . . . . . . B-1

Appendix C   Risk Assessment for the Ingestion of Treated Soil . . . . . . . . . . C-1

vii

## LIST OF TABLES

2-1    Wet process phosphoric acid plants . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-4

2-2    Trends in phosphate fertilizer demand and application   . . . . . . . . . . . . . . . . 2-5

2-3    Average radionuclide concentrations in phosphogypsum, pCi/g dry weight . . . . . 2-6

2-4    Radium-226 concentrations in Florida phosphogypsum samples . . . . . . . . . . . 2-7

2-5    Radium-226 concentrations in phosphogypsum, listed by state . . . . . . . . . . . . 2-7

2-6    Average activity ratios of major radionuclides in composite phosphogypsum
       samples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2-9

2-7    The location and characteristics of phosphogypsum stacks in the United States   . 2-10

2-8    Summary of the phosphogypsum stacks in each state - 1989 . . . . . . . . . . . . . 2-13

2-9    Annual phosphate fertilizer production rates . . . . . . . . . . . . . . . . . . . . . . 2-14

3-1    Quantities of phosphogypsum sold at eight facilities - 1988  . . . . . . . . . . . . . 3-3

3-2    Estimated quantities of phosphogypsum used per year . . . . . . . . . . . . . . . . . 3-10

4-1    Phosphogypsum use parameters for Scenarios 1 through 4 . . . . . . . . . . . . . . . 4-6

4-2    Phosphogypsum use parameters for Scenarios 5 and 6   . . . . . . . . . . . . . . . . 4-7

4-3    Phosphogypsum reference radionuclide concentrations   . . . . . . . . . . . . . . . . 4-12

4-4    Dose and risk conversion factors   . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-13

4-5    Site-specific input parameters for PATHRAE risk assessments   . . . . . . . . . . . 4-15

4-6    Risk assessment results for Scenario 1 - use as fertilizer-average site (clay)   . . . 4-18

4-7    Risk assessment results for Scenario 2 - use as fertilizer-average site (sand)   . . . 4-19

4-8    Risk assessment results for Scenario 3 - use as fertilizer-maximum site (clay)  . . 4-20

4-9    Risk assessment results for Scenario 4 - use as fertilizer-maximum site (sand) . . 4-21

## LIST OF TABLES (Continued)

4-10   Risk assessment results for Scenario 5 - use as sediment control (clay) . . . . . . 4-22

4-11   Risk assessment results for Scenario 6 - use as sediment control (sand) . . . . . . 4-23

4-12   Risk assessment results for Scenario 7 - radon exposure risks to the on-site
individual as a function of phosphogypsum application rate and Ra-226
concentration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-24

4-13   Risk assessment results for Scenario 7 - external gamma risks to the on-site
individual as a function of phosphogypsum application rate and Ra-226
concentration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-24

4-14   Risk assessment results for Scenario 7 - Total risks to the on-site individual as
a function of phosphogypsum application rate and Ra-226 concentration . . . . . 4-25

4-15   Risk assessment results for Scenario 8 - use of phosphogypsum in road base
for secondary road (clay) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-31

4-16   Risk assessment results for Scenario 9 - use of phosphogypsum in road base
for secondary road (sand) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-32

4-17   Risk assessment results for Scenario 10 - use of phosphogypsum in a concrete
road surface (clay) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-33

4-18   Risk assessment results for Scenario 11 - use of phosphogypsum in a concrete
road surface (sand) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-34

4-19   Risk assessment results for Scenario 12 - use of phosphogypsum in R&D
activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-36

4-20   The estimated total risks due to the ingestion of soil treated with
phosphogypsum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-37

5-1   Pod yields per acre of peanuts for various gypsum materials, estimated cost of
various materials and estimated net return, Georgia . . . . . . . . . . . . . . . . . . 5-2

5-2   Gypsum material cost per pound of peanuts for competing gypsum materials . . . 5-3

5-3   Fertilizer cost indices for competing materials relative to phosphogypsum at
point of sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-3

ix

# LIST OF TABLES (Continued)

5-4    Fertilizer cost indices for competing materials relative to phosphogypsum incorporating transportation costs into the fertilizer cost . . . . . . . . . . . . . . . 5-4

5-5    The comparison of material costs per acre . . . . . . . . . . . . . . . . . . . . . . . . . 5-5

5-6    Gypsum sources and application rates for peanuts in North Carolina . . . . . . . . 5-6

5-7    Economic returns using phosphogypsum on selected Florida crops . . . . . . . . . . 5-8

5-8    Estimated maximum distances phosphogypsum can be hauled for road use and remain competitive with conventional materials . . . . . . . . . . . . . . . . . . . . . . 5-11

x

# LIST OF FIGURES

4-1    Scenarios involving the use of phosphogypsum in road construction . . . . . . . . . 4-9

4-2    Risk assessment results for Scenario 4 - radon exposure risks to the on-site
individual as a function of the Ra-226 content of phosphogypsum for the six
application rates (lbs/acre) shown in parenthesis . . . . . . . . . . . . . . . . . . . 4-27

4-3    Risk assessment results for Scenario 4 - external gamma exposure risks to the
on-site individual as a function of the Ra-226 content of phosphogypsum for
the six application rates (lbs/acre) shown in parenthesis . . . . . . . . . . . . . . . 4-28

4-4    Risk assessment results for Scenario 4 - total radon and gamma exposure risks
to the on-site individual as a function of the Ra-226 content of phosphogypsum
for the six application rates (lbs/acre) shown in parenthesis . . . . . . . . . . . . . 4-29

4-5    Application rate of phosphogypsum as a function of Ra-226 concentration
for a lifetime risk of $3x10^{-4}$ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-30

5-1    Road building cost comparison-traditional material versus phosphogypsum . . . . 5-10

xi

# 1. INTRODUCTION

## 1.1    FEDERAL REGULATORY BACKGROUND

The off-site use of phosphogypsum was prohibited by the final National Emission Standards for Hazardous Air Pollutants (NESHAPs) for radionuclides promulgated at 40 CFR Part 61, Subpart R, National Emission Standards for Radon Emissions from Phosphogypsum Stacks (54 FR 51654, December 15, 1989). This rule requires that as of the effective date of the rule (March 15, 1990), phosphogypsum be disposed of in stacks or in mines, prohibiting uses of phosphogypsum in construction, agriculture, or research and development.

Because of concerns about the potential impact on farmers, researchers, and other users of phosphogypsum, a Notice of Limited Reconsideration was published in the Federal Register on April 10, 1990 (55 FR 13480). Simultaneously EPA issued a limited class waiver allowing the continued use of phosphogypsum for agricultural application during the 1990 growing season. This waiver had an expiration date of October 1, 1990. However, the waiver was extended on September 28, 1990 with an expiration date of June 1, 1991 (55 FR 40834), and again on May 16, 1991 with an expiration date of October 1, 1991 (56 FR 23519). When the waiver expired on October 1, 1991, all persons holding stacks of phosphogypsum became subject to the work practice requirements in subpart R.

In conjunction with the Notice of Limited Reconsideration, EPA issued a notice of proposed rulemaking at 55 FR 13482 which contains the following options:

1) Retain Subpart R as promulgated on December 15, 1989;

2) Establish a threshold level of radium-226 which would further define the term "phosphogypsum";

3) Allow, upon prior EPA approval, the use of discrete quantities of phosphogypsum for the research and development of processes to remove radium-226 from phosphogypsum, to the extent that such use is at least as protective of public health as is disposal of phosphogypsum in stacks or mines; and/or

4) Allow, upon prior EPA approval, other alternative use(s) of phosphogypsum to the extent that such use(s) is at least as protective of public health as is disposal of phosphogypsum in stacks or mines.

## 1.2    PURPOSE AND SCOPE OF THE BID

This Background Information Document (BID) provides information relative to the management, disposal and potential uses of phosphogypsum. It also contains an assessment

1-1

of the radiological risks associated with agricultural, construction, and research and development applications of phosphogypsum.

The BID contains a detailed description of the Agency's procedures and methods for estimating the radiological risks associated with the potential uses of phosphogypsum. The material is arranged as shown in the following descriptions of the chapters and appendices.

- Chapter 2 - A general description of the phosphoric acid industry, including phosphate rock, fertilizer, and phosphogypsum production rates and the nature and composition of phosphogypsum.

- Chapter 3 - A description of the potential uses of phosphogypsum, including the quantity of material utilized for each use, and the scope of ongoing research activities.

- Chapter 4 - A detailed description of the risk assessment performed and the results obtained.

- Chapter 5 - A discussion of the availability of nonradioactive materials that could compete with phosphogypsum and the costs associated with their use.

- Chapter 6 - References.

- Appendix A - A description of the PATHRAE pathway equations used in the assessments.

- Appendix B - A description of the Ra-226 soil concentration calculations used in the assessments.

- Appendix C - The risk assessment for the ingestion of soil treated with phosphogypsum based on different application rates and exposure periods.

1-2

## 2.  GENERAL DESCRIPTION OF THE FERTILIZER INDUSTRY

### 2.1  FERTILIZER PRODUCTION

Modern agricultural practice uses large amounts of chemical fertilizers to replenish and supplement the nutrients that growing plants take up from the soil.  A number of chemical elements are required to support vigorous plant growth.  Most soils contain adequate trace amounts of the minor chemicals required, but to maintain the long-term fertility of the soil, quantities of nitrogenous material, phosphates, and compounds of potassium and sulfur must be replaced.

Phosphorus fertilizer requirements can be met by the application of chemicals derived from natural deposits of what is known as phosphate rock.  Phosphate rock does not have a definite chemical composition, and the composition varies in different mining areas.  The major phosphorus materials in the rock are geologically in the apatite group, which in high grade ores is about seventy percent calcium phosphate and is mixed with a large number of impurities, such as calcium fluoride, chlorides, chromium, rare earths, and radionuclides.

Extensive deposits of phosphate rock are found in Florida, Tennessee, and North Carolina.  Workable deposits are also found in Idaho.  The phosphate rock is recovered by open pit mining.  Phosphate rock is transported to a washing plant where it is separated from accompanying soil, stones, etc.  Particles less than 200 mesh size are called slimes and are separated from the ore at the washing plant creating a slurry of up to one third the total mined tonnage.  The slurry is discharged to slime ponds.  The material larger than 200 mesh size is treated in an amine flotation circuit to remove the silica sand from the ore, dried, and ground into particle sizes of 150 micrometers or less.  The calcium phosphate is nearly insoluble in water and, to be useful as fertilizer, must be converted into a soluble form.  This is most commonly done by converting the phosphate content of the rock into phosphoric acid.  There are wet and dry processes for doing the conversion.  United States production facilities utilize a wet process where the prepared material is digested with sulfuric acid to produce the phosphoric acid.  Phosphoric acid is water soluble and can be concentrated, as desired, by evaporating water from the mixture.  The byproduct remaining after the acid conversion is largely calcium sulfate and has been given the name phosphogypsum.  Gypsum is the common tradename for calcium sulfate, a common building material.

The phosphogypsum product appears as the dihydrate or the hemihydrate form (water molecules attached to the calcium sulfate molecule), depending on the specific processing details.  This byproduct material, filtered from the phosphoric acid, is transferred as a water slurry to open air storage areas known as stacks.  A stack can be created by filling a previously mined area or constructed directly on the land surface.

### 2.1.1  Phosphate Rock

Phosphate rock, mined in open-pit mines, consists of about one-third quartz sand,

one-third clay minerals, and one-third phosphate particles. After mining, the ore is processed by beneficiation (washing and flotation processes), followed by drying of the marketable rock. The production of phosphate rock in the United States during 1988 was estimated to be 38 million metric tons (MT)[a] (TFI89). Production in the United States peaked in 1980 when 54 million MT were produced (TVA86), and has since declined at a rate of about 3 percent per year (TVA86, TFI89, BOM88). Phosphate rock inventories have also decreased, from 15 to 7.5 million MT in 1985 and 1988, respectively (TFI89).

Phosphate ores mined in the United States contain uranium concentrations ranging from about 7 to 67 pCi/g (20-200 ppm)[b] (SCA91). This is 10 to 100 times higher than the uranium concentration in typical rocks (1 to 2 ppm). Uranium decay products, such as radium-226, exist with the uranium at near secular equilibrium levels. Actual radium-226 concentrations in central Florida phosphate ore range from 18-84 pCi/g, with an average value of 38 pCi/g (Ro87a). Thorium-232 occurs in the ore at much lower concentrations, ranging between 0.1 to 0.6 pCi/g (SCA91).

## 2.1.2  The Wet Process

In general, the wet process for manufacturing phosphoric acid involves four primary operations: raw material feed preparation, phosphate rock digestion, filtration, and concentration. The phosphate rock is generally dried in direct-fired rotary kilns, ground to a fineness of less than 150 $\mu$m for improved reactivity, and digested in a reaction vessel with sulfuric acid to produce the product, phosphoric acid, and the byproduct, phosphogypsum.

Specific wet-acid processes used include the classic Prayon and Nissan-H processes which generate a dihydrate form of phosphogypsum ($CaSO_4 \bullet 2H_2O$), and the Central-Prayon and Nissan-C processes which generate a hemihydrate form of phosphogypsum ($CaSO_4 \bullet \frac{1}{2}H_2O$) (EPA90). The processes that generate the hemihydrate form result in phosphoric acid concentrations of 40 to 50 percent without evaporation, as opposed to the 30 to 35 percent normally produced by the dihydrate processes. It is uncertain which of the above processes are used by each of the phosphoric acid facilities; however, indications are that only two or three facilities use one of the processes which generate the hemihydrate phosphogypsum while the large majority of the facilities use one of the processes which generate the dihydrate phosphogypsum (EPA90). All four processes generate two special wastes: process wastewater and phosphogypsum.

The phosphogypsum is transferred as a slurry to onsite disposal areas referred to as phosphogypsum stacks. These stacks are generally constructed directly on unused or mined-out land with little or no prior preparation of the land surface. The gypsum slurry is pumped

---

[a]One metric ton (MT) is approximately 1.1 tons.

[b]1 ppm U-238 = 0.33 pCi/g or 0.67 pCi/g total uranium, U-238 + U-234.

2-2

to the top of the stack where it forms a small impoundment, commonly referred to as a gypsum pond. Gypsum is dredged from the pond on top of the stack and used to increase the height of the dike surrounding the pond. The phosphogypsum stacks become an integral part of the overall wet process. Because the process requires large quantities of water, the water impounded on the stack is used as a reservoir that supplies and balances the water needs of the process. Thus, the stack is not only important as a byproduct storage site, but also contributes to the production process.

As of September 1989, the phosphoric acid production industry consisted of 21 active facilities that use the wet-acid production process (EPA90). Two additional facilities, Agrico's Fort Madison, IA and Hahnville, LA facilities, were on standby at that time. The locations of these facilities are shown in Table 2-1. The majority of the 21 facilities are located in the southeast, with 12 in Florida, three in Louisiana, and one in North Carolina. The combined annual production capacity of 19 reporting facilities is over 11 million MT. In 1988, the aggregate production of nearly 8.5 million MT yielded a capacity utilization rate of about 77 percent (EPA90). Several facilities, however, operated at low utilization rates, e.g., three facilities reported rates of 15.8, 30.1, and 37.5 percent. The generation of 8.5 million MT of $P_2O_5^{(c)}$ would produce an estimated 38 million MT of phosphogypsum, based on 4.5 MT of phosphogypsum per MT $P_2O_5$ (Gu75).

In 1985, 51 million MT of marketable phosphate rock were produced, of which 41 million MT (80 percent) were used to produce 12 million MT of $P_2O_5$ by the wet acid process (EPA89a). By 1988, these production figures had dropped to 38 million MT of marketable phosphate rock producing 8.5 million MT of $P_2O_5$. The main cause for this reduced production, nearly 30 percent, was the poor financial condition of the fertilizer industry during much of the 1980s. These conditions were the result of low domestic demand and reduced foreign purchases (EPA90). About 95 percent of the commercial phosphoric acid produced by the wet process is used in the production of fertilizers and animal feed, with a small portion used as a feedstock in chemical processing operations (BOM87). The data shown in Table 2.2 reflect the use of phosphate fertilizers on major crops, such as coarse grain, wheat, soybeans, and cotton and, as can be seen, the demand for fertilizer closely parallels the acreage of major agricultural crop production. However, the domestic demand for phosphoric acid is expected to increase as a result of the 1988 recovery of the farm economy, and should continue to grow as crop prices and planted acreage increases (EPA90). Non-fertilizer uses of phosphoric acid also declined during the 1980s, due to strict regulations governing the use of phosphates in household products, such as detergents, and a decline in industrial demand (SP88).

---

[c] By convention, the phosphate industry relates the production of phosphoric acid to $P_2O_5$ rather than $H_3PO_4$.

2-3

Table 2-1.  Wet process phosphoric acid plants (EPA90).

| Operator | Location | Parent Company |
|---|---|---|
| Agrico | Donaldsonville,LA | Freeport-McMoRan |
| Agrico | Mulberry (Pierce), FL | Freeport-McMoRan |
| Agrico | Uncle Sam, LA | Freeport-McMoRan |
| Arcadian | Geismar, LA | Arcadian |
| Central Phos. | Plant City, FL | CF Industries |
| CF Chemicals | Bartow (Bonnie), FL | CF Industries |
| Chevron Chemical | Rock Springs, WY | Chevron Corp. |
| Conserv | Nichols, FL | Conserv |
| Farmland, Inc. | Bartow (Pierce), FL | Farmland Ind. |
| Fort Mead Chemical | Fort Meade, FL | US Agric Chem/WR Grace |
| Gardinier | Riverview (Tampa), FL | Gardinier |
| IMC Fertilizer | New Wales (Mulberry), FL | IMC Fertilizer |
| Mobil Mining | Pasadena, TX | Mobil Corp. |
| Nu-South Ind. | Pascagoula, MS | Nu-West Industries |
| Nu-West | Soda Springs, ID | Nu-West Industries |
| Occidental Chem. | White Springs, FL | Occidental Petroleum |
| Royster | Mulberry, FL | Cedar Holding Co. |
| Royster | Palmetto (Piney Pt), FL | Cedar Holding Co. |
| Seminole Fert. | Bartow, FL | Seminole Fertilizer |
| J.R. Simplot | Pocatello, ID | J.R. Simplot |
| Texasgulf | Aurora, NC | Texasgulf |
| Argico[a] | Ft. Madison, IA | Freeport - McMoRan |
| Agrico[a] | Hahnville, LA | Freeport - McMoRan |

[a]    On standby in 1989.

2-4

Table 2-2.    Trends in phosphate fertilizer demand and application (BOM88).

| -- Year -- Actual/Projected | Fertilizer Demand (million MT) | Major Crop[a] Harvested Areas (million acres) | Application Rates (Kg/acres) |
|---|---|---|---|
| 1980 | 5.5 | 331 | 16.6 |
| 1981 | 5.6 | 351 | 15.8 |
| 1982 | 5.0 | 336 | 15.0 |
| 1983 | 4.4 | 297 | 15.0 |
| 1984 | 5.2 | 324 | 16.2 |
| 1985 | 4.9 | 331 | 15.0 |
| 1986 | 4.5 | 311 | 14.2 |
| 1987 | 4.2 | 289 | 14.2 |
| 1988 | 4.2 | 296 | 14.2 |
| 1990 | 4.4 | 309 | 14.2 |
| 1995 | 5.0 | 333 | 15.0 |
| Average[b] | 4.8 | 319 | 15.0 |

[a]    Major crops include coarse grain, wheat, soybeans, and cotton.

[b]    Does not include 1990 or 1995 projections.

2-5

## 2.2 PHOSPHOGYPSUM

### 2.2.1 Composition of Phosphogypsum

Phosphogypsum, which has an average particle diameter of less than 0.2 mm, is primarily calcium sulfate dihydrate, $CaSO_4 \cdot 2H_2O$, in association with varying amounts of silicon, phosphate and fluoride. Phosphogypsum is only slightly soluble in water, about 2g per liter (EPA89a). Phosphogypsum contains appreciable quantities of radium-226, uranium, and other uranium decay products. This is due to the high uranium concentration in phosphate rock which was discussed in Section 2.1.1. The radionuclides of significance are: uranium-238, uranium-234, thorium-230, radium-226, radon-222, lead-210, and polonium-210. When the phosphate rock is processed through the wet process, there is a selective separation and concentration of radionuclides. Most of the radium-226, about 80 percent, follows the phosphogypsum, while about 86 percent of the uranium and 70 percent of the thorium are found in the phosphoric acid (Gu75).

Table 2-3 shows the average radionuclide concentrations measured in 50 phosphogypsum samples collected in 1985 by EPA from five stacks in central Florida (Ho88). For comparison, the radionuclide concentrations normally observed in uncontaminated rock and soil are also presented. The concentrations measured in the phosphogypsum samples are similar to those previously reported (Gu75) and exceed those in background soil by factors of 10 (uranium) to 60 (radium-226). These radionuclides and radon-222 are possible sources of airborne radioactivity. Radon-222, a decay product of radium-226, is a gaseous element which may diffuse into the air. Also, these radionuclides in particulate form may be resuspended into the air by wind and vehicular traffic. Wind and vehicular traffic are the two principal mechanisms for airborne releases of radioactivity from phosphogypsum stacks.

Table 2-3.    Average radionuclide concentrations in phosphogypsum, pCi/g dry weight (Ho88).

| Material | Ra-226 | U-234 | U-238 | Th-230 | Po-210 | Pb-210 |
|---|---|---|---|---|---|---|
| Phosphogypsum | 31 | 3.3 | 3.2 | 5.1 | 27 | 36 |
| Background Soil | 0.5 | 0.3 | 0.3 | 0.3 | 0.5 | 0.7 |

The radium-226 concentration in phosphogypsum varies significantly at different sampling locations on a single stack and also in phosphogypsum from different stacks within the same geographical area. This variation is illustrated by the data in Table 2-4. All stacks were active except Estech, which was inactive (closed). The ranges of radium-226 concentrations measured in phosphogypsum collected from stacks in six states are presented

Appendix Page No. 187

Table 2-4.    Radium-226 concentrations in Florida phosphogypsum samples (Ho88).

| Phosphogypsum Stack | Mean Concentration (pCi/g dry)[a] | Concentration Range (pCi/g dry) |
|---|---|---|
| Gardinier | 33±2 | 31-37 |
| W.R. Grace | 30±9 | 19-48 |
| Royster | 30±11 | 16-49 |
| Conserv | 34±18 | 23-81 |
| Estech | 25±4 | 19-31 |

[a]    Mean concentration with the standard deviation of samples from 10 locations on each stack.

Table 2-5.    Radium-226 concentrations in phosphogypsum, listed by state (EPA90).

| State | Phosphogypsum Generated in 1988 (MT) | Ra-226 Concentration in Phosphogypsum (pCi/g) |
|---|---|---|
| Florida | 29,777,000 | 5.9-36 |
| Idaho | 2,646,000 | 7.9-23 |
| Louisiana | 7,280,000 | 1.4-26 |
| Mississippi | 474,000 | 5.9-36 |
| North Carolina | 5,425,000 | 4.3-46 |
| Texas | 1,157,000 | 13-15 |

2-7

Appendix Page No. 188

in Table 2-5. The radium-226 concentrations observed in phosphogypsum from Louisiana and Mississippi are similar to those observed in Florida, as might be expected since Florida phosphate rock is processed in those states.

The average activity ratios of the major radionuclides in the composite phosphogypsum samples from the central Florida study are shown in Table 2-6. For example, the activity ratio of Ra-226/U-238 is the average radium-226 concentration in phosphogypsum divided by the average uranium-238 concentration in phosphogypsum. These activity ratios indicate that concentrations of uranium and thorium isotopes are depleted in phosphogypsum relative to their concentrations in phosphate rock. However, the concentration of Ra-226 in phosphogypsum is similar to that in phosphate rock. Thus, most of the radium-226 follows the phosphogypsum in the wet process, while most of the uranium and thorium are in the phosphoric acid product.

In addition to radionuclides, phosphogypsum contains some trace metals in concentrations which the EPA believes may pose a potential hazard to human health and the environment (EPA90). Two contaminants, chromium and arsenic, were identified in phosphogypsum from some facilities at concentrations that may pose significant health risks. The concentrations of these contaminants vary greatly in phosphogypsum from different facilities, ranging over three orders of magnitude. Trace metals may also be leached from phosphogypsum, as are radionuclides, and migrate to nearby surface and groundwater resources. The EPA has identified a number of potential constituents in phosphogypsum from some facilities that could, under the appropriate conditions, cause adverse health effects or the restriction of potential uses of nearby surface or groundwater resources. Elements identified include arsenic, lead, cadmium, chromium, fluoride, zinc, antimony, and copper (EPA90). The presence of these trace metals in phosphogypsum is mentioned here in order to provide a more complete description of phosphogypsum, but they will not be addressed in the risk assessment.

## 2.2.2 Phosphogypsum Stacks

A total of 63 phosphogypsum stacks were identified nationwide in 1989 (EPA89a). Table 2-7 gives the location, size, and status, as of 1989, for each stack. Phosphogypsum stacks were present in 12 different states, with two-thirds located in just four states, Florida, Texas, Illinois and Louisiana. Of the stacks identified, 26 were operating, 24 were inactive, and 13 were considered idle. An operating or active stack is one that is currently receiving gypsum, and an inactive stack is one that is permanently closed. A stack was classified as idle if there were definite plans to reactivate it and it has the characteristics of an active stack, e.g., water may be maintained on the stack top surface and utilized in the water balance for the facility. The phosphogypsum stacks ranged in area from approximately 5 to almost 741 acres, and heights of the stacks ranged from 3 to about 60 meters.

The number of phosphogypsum stacks in each state is given in Table 2-8. The information in this table relates the phosphogypsum stacks to individual states and gives the

Table 2-6.    Average activity ratios of major radionuclides in composite phosphogypsum samples (Ho88).

| Radionuclides | Activity Ratio |
|---|---|
| Ra-226 / U-238 | 9.1 |
| Th-230 / U-238 | 1.7 |
| Pb-210 / U-238 | 13.0 |
| Pb-210 / Ra-226 | 1.4 |
| Po-210 / Pb-210 | 0.74 |
| U-234 / U-238 | 1.1 |

distribution of stack and stack areas within each category (operating, idle, and inactive). Over half of the operating stacks are in Florida, which accounts for 57 percent of the total base area of all operating stacks. In 1989, the total base area of all phosphogypsum stacks in the United States was approximately 8,490 acres, of which 69 percent was associated with operating stacks, 14 percent with idle stacks, and 17 percent with inactive stacks. From Table 2-8, it is apparent that older inactive stacks are generally much smaller than the newer operating stacks. For example, the average base area of an operating stack was 224 acres, while the average base area of an inactive stack was only 60 acres.

In addition to their large sizes, operating phosphogypsum stacks are characterized by other physical features. Large areas of the stack top are covered by ponds of water, ditches, or beaches (saturated land masses that protrude into the ponds). These surface features may cover up to 75 percent of the top of the stack. Other surface features include areas of loose, dry materials, access roads, and thinly-crusted stack sides. Inactive stacks are characterized by a hard, thick-crusted top and dry, thinly-crusted sides.

## 2.2.3  Production Rate of Phosphogypsum

The production of phosphogypsum can be estimated by applying the rule of thumb of 4.5 MT of phosphogypsum per Mt of $P_2O_5$ (Gu75). For illustrative purposes, the annual phosphate rock, phosphoric acid, and phosphogypsum production rates are provided in Table 2-9 for selected years since 1965 (TFI89, TVA86).

2-9

Table 2-7.    The location and characteristics of phosphogypsum stacks in the United States (EPA89a).

| Facility Name | | Location | Stack Status | Stack Height(m) | Base Area(acres) |
|---|---|---|---|---|---|
| Districhem Inc.[a] | | Helena, AR | Inactive | 23[a] | 22 |
| Agrico Fertilizer Co. | | Bartow, FL | Operating | 21 | 346[a] |
| Royster Phosphate,Inc[a] | | Palmetto, FL | Operating | 21 | 299 |
| Brewster Phosphates | | Bradley, FL | Inactive | 9 | 124 |
| CF Industries, Inc. | | Plant City, FL | Operating | 28 | 400 |
| CF Industries, Inc. | | Bartow, FL | Idle[a] | 40 | 361 |
| Conserv, Inc. | 1[b] | Nichols, FL | Operating | 10 | 79 |
| | 2 | | Operating | 27 | 77 |
| Estech, Inc. | | Bartow, FL | Inactive | 9 | 27[a] |
| Farmland Industries,Inc. | | Bartow, FL | Operating | 20 | 227 |
| Gardinier, Inc. | | Tampa, FL | Operating | 54 | 341 |
| Seminole Fertilizer | 1 | Bartow, FL | Operating | 6 | 158 |
| Corp. | 2 | | Operating | 27 | 561 |
| IMC Corp. | | Mulberry, FL | Operating | 24[c] | 388[c] |
| Occidental Chem.Co. | 1 | White Spgs, FL | Operating | 22 | 99 |
| (Suwanne River) | 2 | | Operating | 20 | 99 |
| Occidental Chemical Co. (Swift Creek) | | White Spgs, FL | Operating | 18 | 131 |
| Royster Co. | 1 | Mulberry, FL | Operating | 18 | 74 |
| | 2 | | Operating | 24 | 44 |
| USS Agri-Chemicals,Inc. | | Bartow, FL | Inactive | 18 | 49 |
| USS Agri-Chemicals,Inc. | | Ft. Meade, FL | Operating | 23 | 151 |
| Nu-West Ind.,Inc.[a] | | Conda, ID | Operating | 24 | 89 |
| J.R. Simplot Co. | 1 | Pocatello, ID | Idle | 12[d] | 42[d] |
| | 2 | | Operating | 20[d] | 200 |
| Bunker Hill Co. 1 | | Kellogg, ID | Inactive | 8[e] | 5[e] |
| | 2 | | Inactive | 8[e] | 12[e] |
| | 3 | | Inactive | 8[e] | 49[e] |
| General Chemical Corp. | | E.St.Louis, IL | Inactive | 9 | 21 |

2-10

Table 2-7.    The location and characteristics of phosphogypsum stacks in the United States (EPA89a) (continued).

| Facility Name | | Location | Stack Status | Stack Height(m) | Base Area(acres) |
|---|---|---|---|---|---|
| F&W Flying Service, Inc. | | Marseilles, IL | Inactive | 6 | 65 |
| Mobil Mining & Minerals Co. | | Depue, IL | Inactive | 13 | 135 |
| Northern Petrochem. Co. | | Morris, IL | Inactive | 4 | 69 |
| Olin Corp. | 1 | Joliet, IL | Idle[a] | 27 | 210[a] |
| | 2 | | Inactive | 5 | 20[a] |
| Smith Douglas/Borden | | Streator, IL | Inactive | 18 | 25[a] |
| Quantum Chemical Corp. | | Tuscola, IL | Inactive | 16 | 79 |
| Agrico Fert. Co. | 1 | Ft. Madison,IA | Inactive | 30 | 49 |
| | 2 | | Inactive | 9 | 49 |
| | 3 | | Inactive | 5 | 59 |
| Agrico Fertilizer Co. | | Donaldsonville, LA | Operating | 12 | 502[f] |
| Arcadian Corp. | 1 | Geismar, LA | Idle | 20[a] | 94[a] |
| | 2 | | Idle | 12[a] | 35[a] |
| | 3 | | Idle | 12[a] | 27[a] |
| | 4 | | Operating | 6[a] | 22[a] |
| Agrico Fert. Co.[a] | | Hahnville, LA | Operating | 4 | 22 |
| Agrico Fert. Co.[a] | | Uncle Sam, LA | Operating | 20 | 702[g] |
| Nu-South Ind., Inc.[a] | | Pascagoula, MS | Operating | 20 | 250 |
| Farmers Chemical Co. | | Joplin, MO | Inactive | 15 | 69 |
| W.R. Grace and Co. | 1 | Joplin, MO | Inactive | 10[a] | 25 |
| | 2 | | Inactive | 10[a] | 25 |
| Texasgulf Chem. Co. | 1 | Aurora, NC | Idle[a] | 26[a] | 40[a] |
| | 2 | | Idle[a] | 18[a] | 74[a] |
| | 3 | | Idle[a] | 38[a] | 126[a] |
| | 4 | | Idle[a] | 19[a] | 126[a] |
| | 5 | | Operating[a] | 20[a] | 126[a] |
| Amoco Oil Co. | 1 | Texas City, TX | Idle | 11 | 35 |
| | 2 | | Idle | 3 | 5 |

2-11

Table 2-7.    The location and characteristics of phosphogypsum stacks in the United States (EPA89a) (continued).

| Facility Name | | Location | Stack Status | Stack Height(m) | Base Area(acres) |
|---|---|---|---|---|---|
| Kerley Agricultural Chem. of TX Inc. | | Pasadena, TX | Inactive | 11 | 27 |
| Mobil Mining and | 1 | Pasadena, TX | Inactive | 27 | 59 |
| Minerals Div. | 2 | | Inactive[a] | 27 | 89 |
| | 3 | | Operating | 30 | 151 |
| Phillips Chemical Co. | | Pasadena, TX | Idle | 27 | 35 |
| Four Court Incorporated | | Magna, UT | Inactive[h] | 5 | 299 |
| Chevron Chemical Co. | | Rock Sp., WY | Operating | 10[i] | 450 |

(a)      Jo88b.

(b)      Numbers 1,2,3, etc. refer to different stacks at a facility.

(c)      Ba88; (d) Si88; (e) Ap88; (f) Wa88b; (g) Wa88a; (h) Co88; (i) Default value.

Note:    Information in this table is from PEI85, except for that identified by footnotes (a), and (c) to (i), and relates to 1988-1989 conditions.

These production figures reflect the capacity of the phosphate mining industry for the last 20 years.  It is evident from Table 2-9 that the yearly phosphogypsum production has averaged nearly 40 million MT since 1984.  However, this estimate may be low, as the estimated quantity of phosphogypsum produced in 1988, 41.9 million MT, is less than the total reported by the EPA for the same year for six of the larger production states, 46.8 million MT (see Table 2-5).  The total phosphate waste volume generated in the U.S. from 1910 to 1981 has been estimated at 7.7 billion MT (EPA85).  In Central Florida, the phosphoric acid industry produces about 32 million MT of phosphogypsum each year, with a current stockpile of nearly 400 million MT (SCA91).

The amount of phosphogypsum that will be produced in future years is uncertain. Predictions of the amount of phosphogypsum that will be produced during the next 20 years are reported to range from 310 to 910 million MT (SCA91).  Thus, although the amount of phosphogypsum that must be managed in future years will certainly be large, it is not possible to predict with a reasonable degree of certainty the growth of the total phosphogypsum inventory in the U.S.

Appendix Page No. 193

Table 2-8.    Summary of the phosphogypsum stacks in each state-1989 (EPA89a).

| State | Number of Stacks | Total Base Areas, acres[a] | | |
|-------|------------------|-----------|------|----------|
| | | Operating | Idle | Inactive |
| Arkansas | 1 | 0 | 0 | 22 (1) |
| Florida | 20 | 3319 (16) | 361 (1) | 200 (3) |
| Idaho | 6 | 289 (2) | 42 (1) | 67 (3) |
| Illinois | 8 | 0 | 210 (1) | 410 (7) |
| Iowa | 3 | 0 | 0 | 158 (3) |
| Louisiana | 7 | 1248 (4) | 156 (3) | 0 |
| Mississippi | 1 | 250 (1) | 0 | 0 |
| Missouri | 3 | 0 | 0 | 119 (3) |
| N. Carolina | 5 | 126 (1) | 366 (4) | 0 |
| Texas | 7 | 151 (1) | 74 (3) | 175 (3) |
| Utah | 1 | 0 | 0 | 299 (1) |
| Wyoming | 1 | 450 (1) | 0 | 0 |
| Total | 63 | 5833 (26) | 1209 (13) | 1450 (24) |
| Average Stack Area | | 224 | 93 | 60 |

[a]    Number of stacks is shown in parentheses.

2-13

Table 2-9.    Annual phosphate fertilizer production rates.

| Year | Phosphate Rock (million MT) | Phosphoric Acid (million MT) | Phosphogypsum (million MT) |
|------|------------------------------|-------------------------------|------------------------------|
| 1965 | 26.8 | 3.5 | 15.8 |
| 1970 | 35.1 | 5.2 | 23.4 |
| 1975 | 44.3 | 7.0 | 31.5 |
| 1980 | 54.4 | 9.8 | 44.1 |
| 1984 | 49.2 | 9.9 | 44.6 |
| 1985 | 44.8 | 8.9 | 40.1 |
| 1986 | 32.8 | 7.4 | 33.3 |
| 1987 | 35.7 | 8.1 | 36.5 |
| 1988 | 38.3 | 9.3 | 41.9 |

Appendix Page No. 195

## 3. USES OF PHOSPHOGYPSUM

### 3.1 INTRODUCTION

Phosphogypsum is currently being used in several commercial applications with additional research being conducted, primarily by the Florida Institute of Phosphate Research (FIPR), in order to identify new applications and expand existing ones. Currently, applications include (SCA91):

1)   fertilizer and conditioner for soils where peanuts and a variety of other crops are grown;

2)   backfill and road-base material in roadway and parking lot construction;

3)   additive to concrete and concrete blocks;

4)   mine reclamation; and

5)   recovery of sulfur.

Each application is discussed below. Agriculture, and to a lesser extent mine reclamation, presently utilizes the largest quantities of phosphogypsum. Other uses have not moved past the development stage of field testing in the U.S. However, this could change in the future if present restrictions on the disposal of phosphogypsum are removed. Research is continuing on additional uses of phosphogypsum as a soil conditioner, as well as other uses, e.g., sulfur recovery, in ceramic products, as anti-skid aggregate, and as a concrete aggregate (SCA91).

Due to the absence of low-cost natural gypsum and the lack of long-term storage space, the use of phosphogypsum in Europe and Japan has been much more widespread than in the U.S. These countries have used phosphogypsum extensively in cement, wallboard, and other building materials (SCA91).

Because of the elevated levels of radionuclides, primarily radium-226, in phosphogypsum, building construction materials containing phosphogypsum could result in elevated radiation exposures to building occupants. Phosphogypsum was used by a New Jersey based company in the manufacture of wallboard, partition blocks, and plaster for distribution in the northeastern United States between 1935 and 1946 (Fi78). No wallboard containing phosphogypsum is currently manufactured for commercial use in the United States. Therefore, the use of phosphogypsum in wallboard and the associated risk will not be addressed in this assessment.

Radon measurements conducted in a room constructed of Japanese phosphogypsum wallboard at EPA's National Air and Radiation Environmental Laboratory did not detect any

Appendix Page No. 196

increase in indoor radon concentrations (Se88). The emanation fraction was estimated to be less than 2 percent. However, a modular structure constructed of ferrocement panels containing 50 percent phosphogypsum, 25 percent cement, and 25 percent fine aggregate resulted in radon levels, measured under worst-case ventilation conditions (i.e., the structure was made as air-tight as possible) that averaged 4 to 5 pCi/L (Ch87). The upper end of this range is above the level at which the EPA recommends that homeowners take action to determine the long-term average radon concentration in their home (EPA86).

The amount of phosphogypsum currently being used in the U.S. for the above purposes is small compared to the total amount being produced. It has been estimated that only about 5 percent of the U.S. phosphogypsum output is utilized in some way (An88). The quantities of phosphogypsum sold each year are compared in Table 3-1 to the annual production rates at eight facilities (Va89). The phosphogypsum sold at these facilities was primarily for agriculture. Although this survey does not include all facilities, it does indicate the small scale use of phosphogypsum in the United States.

## 3.2 AGRICULTURAL APPLICATIONS

For more than 30 years, phosphogypsum has been used in the United States as a conditioner for clayey and sodic[a] soils because of its moisture retaining and salt leaching properties. Its use is considered critical to maintaining soil productivity in the southeastern states where highly weathered soils have poor physical properties and high erodability (TFI90a). In addition, phosphogypsum provides needed nutrients, such as calcium and sulfur, to deficient soils. The phosphogypsum in the southeast is used primarily by peanut growers in Georgia, North Carolina, Virginia, and Alabama. Studies have also indicated that phosphogypsum may be beneficial to southeastern soils used to grow tobacco, corn, small grain, and sugar cane. Currently, the state of Georgia is the largest consumer of phosphogypsum, applying 120,000 to 180,000 MT annually to its peanut fields. Application rates vary depending on the crop, soil type, and purpose of the amendment. Phosphogypsum is a source of calcium for peanuts and is added at rates of 0.2-0.4 MT/acre per year. It is applied at higher rates, 0.8-1.2 MT/acre per year, on acidic, crusting soils to improve physical properties and mitigate subsoil acidity (Mi91).

There is also a large demand (estimated 500,000 to 750,000 MT/yr (TFI90a, Va89) for agricultural use of gypsum in California to amend sodic soils growing such crops as citrus, almonds, vegetables, and tomatoes. In 1985, more than 270,000 MT of phosphogypsum were applied to fields in California. The sales of phosphogypsum for agriculture declined sharply to about 84,500 MT in 1988, due primarily to the depletion of phosphogypsum stacks in that state. As a result, phosphogypsum is currently being shipped into California from Utah.

---

[a]Soils containing elevated levels of sodium.

3-2

Table 3-1.          Quantities of phosphogypsum sold at eight facilities-1988 (Va89).

| Facility Name | Location | Tons Sold Per Year | Percent of Annual Facility Production |
|---|---|---|---|
| Arcadian Corp. | Geismer, LA | 5,000 | 0.7 |
| Farmland Industries, Inc. | Bartow, FL | 0-5,000 | 0 - <0.2 |
| Four Court, Inc. | Magna, UT | 200,000[a] | [b] |
| Mobil Mining & Minerals Div. | Pasadena, TX | [c] | 10 - 15 |
| Occidental Chemical Co. | White Springs, FL | 100,000 | < 1 |
| Royster Co. | Mulberry, FL | [c] | < 1 |
| J.R. Simplot Co. | Pocatello, ID | 40,000-50,000 | 3-4 |
| Texasgulf Chemicals Co. | Aurora, NC | 100,000-150,000 | 2-3 |

[a]     Shipped to San Joaquin Valley, CA.
[b]     Facility is inactive, but has about 8 million tons stockpiled.
[c]     Information not provided.

3-3

The Fertilizer Institute (TFI) circulated a questionnaire to which eight farmers in California and 30 farmers in Georgia who regularly apply phosphogypsum to their fields responded (TFI90a, Appendix 38). The crops grown in the amended soils in California were almonds and walnuts (69 acres), peaches (40 acres), grapes (20 acres), alfalfa, corn, beans, and oats (1080 acres), and trees (75 acres). The farms in Georgia were used exclusively for growing peanuts, a total of about 4,200 acres. The following results were obtained from this survey.

| | Georgia | California |
|---|---|---|
| Application, tons/acre | 0.06 - 1.0 (0.44)[a] | 1.0-2.0 (1.3) |
| Acres Amended per Farm | 5-700 (139) | 7-1,000 (183) |
| Years of Application | 3-40 (17.3) | 2-15 (10.5) |
| Average Tillage Depth, inches | 1-15 (8.3) | 0-18 (7.4)[b] |

[a]    Average values are given in parenthesis.
[b]    Depended significantly on crop.

This is a small sampling of the total farmers that apply phosphogypsum to their fields; however, it probably presents a representative cross-section of this practice, particularly for the peanut farmers in the southeastern United States.

## 3.3  ROAD CONSTRUCTION

Phosphogypsum, mixed with fly ash, sand, gravel, or cement, has been successfully used in the United States as a base for roads, parking lots, and storage areas. The use of phosphogypsum for road bed construction has been most extensive in the Houston, Texas area (L185, Kr88), with some application in Florida (FIPR88). The quantities of phosphogypsum sold for roadbed construction in Texas and Florida in 1988 was estimated to be about 140,000 MT per year (Kr88). The quantities of phosphogypsum used in North Carolina are not available. However, considering the large amount of phosphogypsum in Florida and the strong demand for aggregate in that state, the use of phosphogypsum in road construction could significantly increase. Some applications of phosphogypsum in roadway and parking lot construction are described below (EPA90, TFI90a).

3-4

1) Phosphogypsum from Mobil's facility in Pasadena, Texas was mixed with fly ash or cement and used as road base on five sections of city streets in La Porte, Texas, near Houston.

2) In Polk County, Florida, 2.4 km of road base was constructed of a compacted mixture of phosphogypsum and granular sand, and surfaced with one to two inches of asphalt.

3) In Columbia County, Florida, a 2-mile stretch of road base was constructed using both 100 percent dihydrated phosphogypsum and mixtures of phosphogypsum and sand in ratios of 1:2, 1:1 and 2:1. The road base was then surfaced with one to two inches of asphalt.

4) Phosphogypsum has been used commercially in North Carolina as a fill and sub-base in roads crossing swampy areas.

5) A mixture of phosphogypsum (13 percent) and concrete was used to pave 1,670 m$^2$ (2,000 yd$^2$) of driveways and parking areas at the Florida Institute of Phosphate Research in Bartow, Florida.

Several investigators have studied direct radiation exposures from gamma-rays and radon-222 resulting from the use of phosphogypsum in roadbed construction. Roessler reports external gamma-ray exposures ranging as high as 20 $\mu$R/hr over a roadbed constructed on a 100 percent phosphogypsum base, to 10-11 $\mu$R/hr over roadways constructed of a 25 percent phosphogypsum/gravel or sand base and paved with asphalt (Ro87b). Radon flux measurements over the roadways generally ranged between 1 to 2 pCi/m$^2$-s. When the roadbed was sealed with asphalt, the radon flux was less than 1 pCi/m$^2$-s. Exposures along the sides of the roadways were near the background gamma-ray and flux levels of 8-10 $\mu$R/hr and less than 0.1 pCi/m$^2$-s, respectively. Another source cites similar exposure levels (An88).

## 3.4 CONCRETE AND CEMENT BLOCKS

Phosphogypsum has been used on a very limited basis in the manufacture of building materials, e.g., concrete and cement blocks. Phosphogypsum is not currently being used in the United States in the manufacture of building materials. It is widely used for this purpose in Europe and Japan. It is believed that the utilization of phosphogypsum as a raw material for building materials will require further evaluation and probably the establishment of standards for final construction materials. The potential demand for phosphogypsum for this purpose is not known, but would probably not be great. An exception may be in Florida where there are large quantities of phosphogypsum and a high demand for cement. Currently, natural gypsum is used extensively in cement; about 19 percent of the natural gypsum used in the United States is used as an additive to cement (EPA90).

## 3.5  SULFUR RECOVERY

Extensive research has been conducted to develop a technology to recover sulfur from phosphogypsum. The development stage appears to be complete and the process could become commercially available should the price of sulfur, currently at $110.00/long ton, increase significantly (Ll91). In general, sulfate is converted to sulfur dioxide ($SO_2$) by a high temperature decomposition of calcium sulfate ($CaSO_4$) in the phosphogypsum. The sulfur dioxide is scrubbed from the gaseous emissions and sent to the facility's chemical plant where it is converted to sulfuric acid ($H_2SO_4$) which is utilized in the wet-acid process.

A pilot project to produce sulfuric acid and aggregate has operated successfully at the Agrico plant near Uncle Sam, LA (Ll91). Using the circular grate process, the plant utilized about 35 tons of phosphogypsum and other materials to produce about 30 tons of sulfuric acid and 25 tons of aggregate per day. The plant began operation in 1988 but is presently mothballed, a result of the low price of sulfur.

Consolidated Minerals, Inc. proposes to construct on a 17,100 acre site in DeSoto County, Florida, a multi-production facility that will include a sulfur recovery process. The sulfur dioxide recovered will be converted to sulfuric acid and used in the phosphate fertilizer production unit to precipitate calcium sulfate. In addition to the usual phosphate fertilizer products, the process will also produce calcium oxide for use in Portland cement. The waste products from the plant will include a more pure phosphogypsum (dihydrate with some hemihydrate and anhydrate forms) containing lower radium-226 concentrations (reported to be less than 5 pCi/g) and the insoluble impurities that contain most of the radium-226. It is planned to return the latter to the mine site as part of the reclamation process. The plant is presently scheduled to begin operation in late 1994.

## 3.6  MINE RECLAMATION

An alternative to the disposal of phosphogypsum directly in stacks has been developed in which the phosphogypsum is mixed with a phosphatic clay suspension (a waste from the beneficiation of phosphate rock) in the approximate ratio of 3 parts phosphogypsum to 1 part clay. The suspension is then pumped to the disposal site. The mixture will dewater and become consolidated in about one year, after which the surface can be revegetated with grass and trees.

There are two factors that must be considered in determining if a phosphogypsum facility can utilize this disposal method. First, the facility must be located near the disposal site (mine) to keep transportation costs to a minimum. Second, the phosphatic clay suspension must contain sufficient base (e.g. calcium carbonate) to neutralize the acids remaining in the phosphogypsum.

3-6

Currently, only Texasgulf's facility near Aurora, North Carolina is using this disposal process. At this facility, phosphogypsum is disposed in a mine adjacent to the plant at about the same rate as it is produced (EPA90). Facilities in Florida and Idaho are close enough to mines to make this disposal process feasible. In 1988, mine reclamation could have utilized more than 32 million MT. However, this use is not viable for facilities in Louisiana, Mississippi, and Texas because their phosphate rock is shipped from Florida, nor at the facility in Rock Springs, Wyoming that receives phosphate rock mined in Utah. In 1988, the combined total phosphogypsum generated at these facilities was nearly 10 million MT (EPA90).

Mine reclamation as a means of phosphogypsum disposal is a viable option that may become more prevalent in the future. Two distinct advantages of mine reclamation over the current practice of placing the material in large stacks are the aesthetic advantage of revegetating the mined-out area, and the greatly reduced potential for the waste to be released to surface water by erosion and to the atmosphere by the wind.

## 3.7  RESEARCH ACTIVITIES

Extensive research is being conducted under the sponsorship of the Florida Institute of Phosphate Research (FIPR) and other organizations to develop commercial uses for phosphogypsum (FIPR87, FIPR89a, FIPR89b, FIPR90a, FIPR90b). Some current and potential uses for phosphogypsum were listed in Section 3.1 and briefly discussed in Sections 3.2 to 3.6. Research and development projects were being actively pursued in all of these applications until the prohibition on its use was enacted on December 15, 1989 (54 FR 51654).

Numerous research efforts have been directed at expanding and developing beneficial uses for phosphogypsum. The major goals of FIPR, an agency of the State of Florida supported financially by the state severance tax on phosphate, are the prevention of further accumulation of phosphogypsum and the reduction of current inventories. FIPR is engaged in research directed toward the recovery of sulfur and other valuable by-products from phosphogypsum; the possible production of building materials such as aggregate, lime, and cement; the use of phosphogypsum as a road-base material; and its use as an agricultural amendment to enhance calcium and sulfur values in the soil.

FIPR and the phosphate industry are not alone in conducting research on possible uses for phosphogypsum. Louisiana State University has established an Institute for Recyclable Materials, one objective of which is the study of beneficial uses of phosphogypsum. Other southeastern universities, including the University of Florida, the University of Miami, and the University of Georgia are also involved in phosphogypsum research.

Research activities related to a few specific potential uses of phosphogypsum are discussed below. This is not intended as a complete listing of current or planned research projects. It is included here only to provide a perspective of the effort being made to

Appendix Page No. 202

identify beneficial uses of phosphogypsum and to point out the diversity of the uses being considered.

## 3.7.1 Agricultural Uses

AGRO Services International, Inc., under a grant sponsored by FIPR, researched the use of phosphogypsum as a fertilizer on several Florida crops (AGRO89). As part of this study, field trials were conducted using various rates and placement of phosphogypsum (holding constant the addition of other fertilizer containing nutrients not found in gypsum) in order to determine the yield response of several crops to phosphogypsum. The study demonstrated that the application of phosphogypsum on crops, other than cowpeas, is very likely to result in strong economic returns.

Other research studies indicate that phosphogypsum can be an important source of calcium and sulfur for soils that are deficient in these elements (FIPR89b, FIPR90a, Da____). In a study of phosphogypsum as a source of sulfur to improve the yield of wheat grown for forage on sandy loams in Florida and Alabama, phosphogypsum was added at annual rates varying between 12 and 121 kg/acre (FIPR90a). Significant increases in yield were observed at an annual application rate of about 40 Kg/acre. Various studies have also indicated the usefulness of phosphogypsum on crops such as tobacco, corn, wheat, and sugar cane grown in Alabama, Louisiana, and North Carolina (Ba80, Go83).

Phosphogypsum has been found useful in controlling soil erosion and maintaining soil productivity on agricultural fields in the southeastern states where highly weathered soils have poor physical properties and are highly erodable (Mi89, Su80, Oa85). Experimental data indicate that phosphogypsum maintains a higher rate of water infiltration for soils compared with mined gypsum. Higher dissolution of the smaller phosphogypsum crystals provides a relatively high electrolyte concentration in the surface soil, sufficient to prevent crust formation. The improvement in water infiltration rates by phosphogypsum application has resulted in significant reductions in surface water runoff which leads to a reduction in soil erosion. Reductions in soil erosion approaching 60 percent have been observed (Wa89).

## 3.7.2 Construction Materials

Phosphogypsum use in road construction has been tested in the United States. Several research studies have demonstrated that phosphogypsum is suitable for use as a construction aggregate for various applications, including road construction, road embankments, and railroad beds (Ch89, Ch90). Phosphogypsum has been used on an experimental basis for paving and highway construction in both Texas and Florida (see Section 3.3). The addition of gypsum to cement appears to retard the setting times, counteracts shrinkage, increases the strength of the cement product, and provides resistance to sulfate etching.

Phosphogypsum has the same basic properties as natural gypsum and may be used as a substitute for natural gypsum in the manufacture of commercial construction products such

Appendix Page No. 203

as plasterboard and plaster of Paris. Phosphogypsum has been used extensively in the manufacture of construction materials in Japan, Australia, and Europe. Currently, however, there are no major uses of phosphogypsum in commercial construction materials in the United States due to the low-cost availability of other suitable materials and to the ban on the utilization of phosphogypsum under 40 CFR Part 61, Subpart R. If the ban on the use of phosphogypsum is lifted, research might well lead to the development of building materials that are suitable for the U.S. market.

### 3.7.3  Purification of Phosphogypsum

The major disadvantage to the commercial use of phosphogypsum is the presence of potentially hazardous concentrations of radium-226. Research is being conducted in the United States and in other countries to reduce or remove the radium from raw phosphogypsum to ensure its safe use in the agriculture and construction industries. Methods for the removal of radium include hydrocycloning, a physical separation process, and calcining raw phosphogypsum into the hemihydrate form which eliminates most of the radium.

The physical process involves the use of a hydrocyclone to separate the smaller phosphogypsum crystals (less than 30 $\mu$m) which contain the greatest portion of the radionuclides from the rest of the phosphogypsum (Pe85). Although this process has proven effective in reducing radium concentrations by factors of 2 to 5, it does not remove all of the radium from the phosphogypsum. A new process, which shows promise of producing phosphogypsum of a much lower radioactive content, involves calcining the raw phosphogypsum into the hemihydrate form ($CaSO_4 \bullet 1/2H_2O$) and dissolving the hemihydrate in water (Mo90). The solution is quickly filtered and the radium salts are collected on the filter media.

Although the hemihydrate process generates a relatively low volume of waste, it is concentrated in radium-226, up to 600 pCi/g, and may pose disposal problems that are equal to or even greater than those associated with the original phosphogypsum (EPA90). No information is available on the volume or radium-226 concentration of the waste resulting from the physical separation method, but it too would probably produce wastes with relatively high concentrations of radium-226. This waste disposal problem will need to be resolved if the purification of phosphogypsum is to become viable.

## 3.8  SUMMARY OF PHOSPHOGYPSUM UTILIZATION

Probably less than 500,000 MT per year of phosphogypsum are being used in the United States today. The majority is for agricultural applications in California and the peanut producing states in the southeast (approximately 220,000 MT/year). The remaining quantity is for road construction in Texas and Florida (approximately 140,000 MT/yr). Quantities used for mine reclamation are not presently available, but could be substantial in the future if it were decided to dispose of the phosphogypsum by this process. The quantities

Appendix Page No. 204

of phosphogypsum used for building materials and research are very small.

The historic usage of phosphogypsum from 1984 through 1987 shows a general decline, primarily due to the closing of the California facilities and the depletion of the phosphogypsum generated in that state. This decline is demonstrated in Table 3-2 (Jo88a, EPA89a).

Table 3-2.    Estimated quantities of phosphogypsum used per year (EPA89a).

| Year | Total Estimated MT[a] |
|------|----------------------|
| 1984 | 660,000 |
| 1985 | 460,000 |
| 1986 | 540,000 |
| 1987 | 360,000 |

[a]    These totals are based on the results of a mail survey (Jo88a). Since some of the companies failed to respond to the survey, it does not represent a total response for the industry; however, it is believed that the survey gives an approximate total usage rate.

3-10

# 4. RADIOLOGICAL ASSESSMENTS OF PHOSPHOGYPSUM USE

## 4.1 INTRODUCTION

The purpose of this assessment is to analyze the radiological risk associated with various uses of phosphogypsum. The PATHRAE dose assessment model is employed to evaluate potential doses and risks for plausible exposure scenarios involving the commercial use of phosphogypsum. Section 4.3 provides a discussion of the methodology for this risk assessment, including a brief description of the PATHRAE dose assessment model, the exposure scenarios evaluated, and the input parameter values used in the PATHRAE analysis. The results of the risk assessment are summarized in Section 4.4. Risks to workers, to individuals in the critical population group (CPG), and to reclaimers are evaluated for agricultural, road construction, and research and development (R&D) uses of phosphogypsum.

There is some concern that crops grown in soils amended with phosphogypsum may contain elevated concentrations of radionuclides, primarily radium-226, polonium-210, and lead-210 (see Table 2-3). To better understand the significance of this pathway, both long- and short-term uptake studies were conducted at the University of Georgia for the EPA (Mi91). As part of the study, the leachability of radionuclides in amended soils was investigated. The results of the University of Georgia study are presented in Section 4.2.

## 4.2 RADIOLOGICAL EFFECT OF AMENDING SOILS WITH PHOSPHOGYPSUM

Both long- and short-term studies were conducted by the Agronomy Department at the University of Georgia to determine the significance of the uptake of radionuclides by plants grown in soils treated with phosphogypsum (Mi91). Locations having two different soil types were selected for study: one at Athens, GA where there is a sandy loam topsoil (25-30 cm) overlying a clayey subsoil, and at Tifton, GA where there is a very sandy topsoil (50 cm) over a sandy clay loam subsoil.

### 4.2.1 Long-Term Study

In 1985, 2 m by 5 m plots were established at both locations and treated with an equivalent of 4 MT/acre (simulating 5 to 10 years of field treatment) of phosphogypsum from Bartow, FL. The phosphogypsum was mixed with the top 15 cm of soil and planted with alfalfa. Similar untreated plots were used as controls. All plots were treated with commercial nitrogen, phosphorus, and potassium fertilizers. Plant tissues were randomly harvested from each plot in 1990, after which five core samples, 5 cm in diameter and 90 cm deep, were obtained from each plot, divided into three sections (0-15 cm, 15-30 cm, and 75-90 cm depths), and combined with respect to the depth increment.

4-1

## 4.2.2  Short-Term Study

This study was conducted in 1990 at the Athens, GA farm.  Plots of 4 m by 5 m were treated with an equivalent of 4 MT/acre of the same phosphogypsum that was used in the long-term study.  The phosphogypsum was lightly raked into the soil surface immediately after soybeans had been planted in June.  Untreated plots were used as controls.  The soybeans were harvested in the fall and separated into leaves (including stems) and seeds.

Prior to analysis, the plant samples were dried at 60°C and ground in a Wiley mill. The soil samples were air-dried and sieved to <2 mm.  All samples, including samples of the phosphogypsum used in the studies, were analyzed for isotopic uranium and thorium, radium-226, lead-210, and polonium-210.

Of the pertinent radionuclides, only Ra-226 was consistently present above the detection limit in the soil samples; however, concentrations in samples from the treated plots were no higher than those from the control plots, about 2 pCi/g.  The analysis of core samples from fields treated five years earlier with phosphogypsum showed no detectable elevated levels of radionuclides at any depth.  These results were attributed to the small quantities of radionuclides added in the phosphogypsum relative to the amounts naturally present in the soil.

Radium-226 was the only radionuclide associated with phosphogypsum that was detected in either alfalfa or soybeans.  There were no statistical differences in the concentration of Ra-226 measured in plant tissues grown in the treated and control plots. Although the uptake of Ra-226 was measurably higher in alfalfa grown in Tifton soil than in alfalfa grown in Athens soil (2 pCi/g dry weight vs less than 1 pCi/g dry weight), it was not statistically significantly greater in plants from treated soils than in the controls at the two sites.  The dominant radionuclide was potassium-40 in both plant types, ranging from about 7 to 20 pCi/g dry weight.

## 4.2.3  Leaching Studies

A series of leaching studies was performed as part of the uptake studies (Mi91). Intact soil columns, 10 cm diameter and 30 cm deep, were taken of both Tifton and Athens soils using a truck-mounted hydraulic ram.  Two columns of each soil type were treated with an equivalent of 4 MT/acre of the phosphogypsum used in the uptake studies.  The phosphogypsum was applied as a powder to the soil surface.  Two columns of each soil type were untreated and used as controls.  Deionized water was ponded on the surface at a constant 2-cm depth and allowed to perculate through the column until a total of 8 liters of leachate in 1-liter increments had been collected from the column base.  This is equivalent to about one year of precipitation.

The leachate was filtered to remove suspended clay particles prior to analysis.  The columns were cut into 5-cm sections, and the soil in each section analyzed separately for the

same radionuclides as listed above for the soil samples.

Only Ra-226 was consistently detected in the leachate of the soil columns. The amount of Ra-226 leached from the treated and untreated Athens soil columns was about the same, totaling 2.2 pCi in the 8 liters collected. However, the Ra-226 concentrations in the leachate of Tifton soil treated with phosphogypsum was 3 to 5 times higher than in the control leachate. The Ra-226 concentration in the leachate peaked at 3 liters (0.8 pCi/L), and then decreased to near the control level after 8 liters were collected. The total amount of Ra-226 collected in the Tifton soil leachate was 6.5 pCi, equivalent to about 5 percent of the Ra-226 initially added in the phosphogypsum. The higher leachability of Ra-226 in the Tifton soil was attributed to the sandy nature of the soil allowing rapid percolation of water with limited adsorption capacity of the soil. No discernable trend was observed in the Ra-226 concentration with soil depth.

Considering the relative immobility of the principal radionuclides associated with phosphogypsum in soil and the small quantities added in the phosphogypsum relative to the amounts naturally present in the soil, 0.7 pCi/g and 1.9 pCi/g of radium-226 in Tifton and Athens soils, respectively, University of Georgia investigators concluded that short-term treatments (5-10 years) of farm lands with phosphogypsum does not pose an acute environmental hazard.

Studies conducted earlier to characterize the radiological hazards associated with soils amended with phosphogypsum produced similar results and conclusions. A University of Florida study of radionuclide uptake by foods grown in soil receiving one ton of phosphogypsum per acre every four years concluded that there would be no significant radiation problems for up to at least 50 years (Ro88). Another study measured the radon flux on three fields that had been amended with varying amounts of phosphogypsum for different periods of time (Po90). The mean of 13 flux measurements, using charcoal canisters, made on each field ranged from 0.4 to 1 pCi/m$^2$-s. The background flux, measured on areas receiving no application, was 0.4 pCi/m$^2$-s. It was difficult to correlate the radon flux measurements with the amount of phosphogypsum applied.

## 4.3  RISK ASSESSMENT METHODOLOGY

The methodology employed in evaluating individual and population risks from commercial uses of phosphogypsum is described in this section. Dose calculations were performed using the PATHRAE dose assessment model (EPA87). Calculations were performed for exposure scenarios which included the use of phosphogypsum in agriculture, road construction, and R&D activities. Where PATHRAE does not model the exposure scenario (e.g., a person performing experimental analyses on phosphogypsum contained in metal drums), the MICROSHIELD computer code (GRO85) was used to augment the results of the PATHRAE analyses. Lifetime risks from one year of exposure were obtained from the PATHRAE dose assessment results using the risk conversion factors in the EPA's Environmental Impact Statement for NESHAPS radionuclides (EPA89b).

Appendix Page No. 208

### 4.3.1  The PATHRAE Dose Assessment Model

The PATHRAE performance assessment model (EPA87) was initially developed as an analytical tool to assist EPA in developing standards for low-level radioactive waste and below regulatory concern waste disposal. The PATHRAE model estimates health effects which could potentially occur if radioactive wastes were disposed of in a near surface facility, sanitary landfill, or other geological setting. PATHRAE can be used to calculate effective dose equivalents[a] to members of a critical population group from the disposal of radioactive material at sites located in diverse hydrogeologic, climatic, and demographic settings. An important PATHRAE model feature is its simplicity in analyzing a comprehensive set of radionuclides, disposal settings, and exposure pathways. The effects of changes in disposal site and facility characteristics can be readily investigated with relatively few parameters needed to define the problem.

PATHRAE models both off-site and on-site pathways through which persons may come in contact with radioactivity from disposed material. The off-site pathways include groundwater transport to a well and a river, surface water runoff to a river, and atmospheric transport of radioactive particulates. On-site pathways include direct gamma exposure, dust inhalation, exposure from foodstuffs grown on-site, and inhalation of radon gas and radon daughters. See Appendix A for a detailed description of the PATHRAE pathway equations.

For this risk assessment, the phosphogypsum is assumed to be mixed with soil in an agricultural field or mixed with other construction materials to construct roadbeds and concrete highways. Exposure scenarios and values for some important input parameters used in modeling these scenarios are described later in this section.

### 4.3.2  The MICROSHIELD Computer Code

Where the exposure geometry is not readily modeled by PATHRAE (e.g., person exposed to the radioactivity in phosphogypsum contained in metal drums), MICROSHIELD was used to estimate the external gamma dose. MICROSHIELD (GRO85) is a microcomputer adaptation of the ISOSHLD II (Eng66) mainframe code for analyzing gamma radiation shielding. MICROSHIELD has solution algorithms for 14 different geometries which include point, line, sphere, disk, cylinder, plane, and rectangular volume sources; and slab, cylindrical, and spherical shield configurations. MICROSHIELD sorts individual gamma energies from each isotope in the source term into 21 energy groups. Dose rate calculations are performed by one of three geometry-based calculational routines which include analytical expressions, Simpson's rule integration, and point-kernel integration. Execution of the program proceeds by repeating the solution algorithm for each energy group that has any activity until all 21 energy groups have been evaluated.

---

[a] Throughout this report the term "dose" refers to the effective whole body dose equivalent.

4-4

The MICROSHIELD code user supplies input information describing the characteristics of the exposure scenario to be evaluated. This input information includes: distance between the source and the exposed individual; source inventory; dimensions of the source region; the dimensions, locations, and orientations of intervening shields; and the material (including air) used for these intervening shields.

### 4.3.3  Exposure Scenarios

The exposure scenarios evaluated for this phosphogypsum risk assessment include potential exposures to individuals from the use of phosphogypsum in agriculture, road construction, and R&D activities.

### 4.3.3.1  Phosphogypsum in Agriculture

Seven scenarios involving the agricultural use of phosphogypsum are evaluated. Scenarios 1, 3, and 5 assume a clay soil base type, with the exposed individual being greater than 100 m from the site edge. Scenarios 2, 4, and 6 consider similar pathways, using a sand soil base type, and exposed individuals 100 m from the site boundary. Scenarios 1 through 4 involve the use of phosphogypsum as a source of calcium and sulfur for soils deficient in these elements. Scenarios 5 and 6 involve its use in sediment control for soils that have been eroded and leached. Scenario 7 evaluates the effect of using phosphogypsum containing a range of Ra-226 concentrations with different application rates.

*Scenarios 1 through 4: Phosphogypsum as a source of calcium and sulfur for soils deficient in these elements.* Parameters which characterize the four scenarios involving phosphogypsum as a source of calcium and sulfur on agricultural fields are shown in Table 4-1. Four scenarios are evaluated: two involving an average phosphogypsum application rate on a moderate size clay or sand field, and another for a maximum application rate on a large clay or sand field. The parameter values in Table 4-1 are based on responses by agricultural users of phosphogypsum to a survey by The Fertilizer Institute (TFI). The reference agricultural fields for Scenarios 1 through 4 are postulated to be located in the southeastern United States. Values of environmental and climatological parameters used in the risk assessment are representative of a humid permeable site.

The dose calculations for Scenarios 1 through 4 assume biennial applications of phosphogypsum to the reference site for a period of 100 years. Phosphogypsum is spread over a field and diluted by mixing with the soil. Hence the incremental radionuclide concentrations in the soil are much lower than the concentrations in the phosphogypsum itself. Over time, as phosphogypsum continues to be applied, the radionuclide concentrations in the soil are expected to increase until equilibrium is reached with competing mechanisms that remove the gypsum, and its radioactive constituents, from the soil. These removal mechanisms include plant uptake, leaching by infiltration of surface water, and wind and water erosion. The radionuclide content in the soil is also reduced as a result of radioactive decay. A simple mass balance equation is used to estimate radionuclide concentrations in the

Table 4-1.    Phosphogypsum use parameters for Scenarios 1 through 4.

|  | Average Site (Scenario 1&2) | Maximum Site (Scenario 3&4) |
|---|---|---|
| Kilograms of phosphogypsum per acre | 664 | 2,032 |
| Acres per farm | 138 | 1,000 |
| Tillage depth (cm) | 22 | 46 |
| Application rate | Biennially | Biennially |
| Distance to nearest residence (m) | 890 & 100 | 6,440 & 100 |
| Soil Type | Clay, Sand | Clay, Sand |

reference soil as a result of biennial applications of phosphogypsum for a period of 100 years. For a Ra-226 concentration of 30 pCi/g in phosphogypsum, the increase in the Ra-226 concentration in the soil after 100 years of biennial application is calculated to be 0.69 pCi/g for Scenarios 1 and 2 and 1.02 pCi/g for Scenarios 3 and 4. A detailed description of the Ra-226 soil concentration calculation method is presented in Appendix B.

*Scenarios 5 and 6: Phosphogypsum as sediment control for soils that have been eroded and leached.* Parameters which characterize Scenarios 5 and 6 are shown in Table 4-2. The reference agricultural site for this scenario is assumed to be located in south-central California. The phosphogypsum is initially applied at the rate of 8 MT per acre, followed by biennial applications of 4 MT per acre. As in Scenarios 1 through 4, an application period of 100 years is postulated. For a Ra-226 concentration of 30 pCi/g in phosphogypsum, the increase in the Ra-226 concentration in the soil after 100 years of biennial application is calculated to be 3.12 pCi/g for Scenarios 5 and 6.

For Scenarios 1 through 6 the following exposure pathways are evaluated:

- Agricultural Worker
  - Direct gamma exposure
  - Dust inhalation

- On-site Individual
  - Direct gamma exposure
  - Indoor radon inhalation
  - Use of contaminated well water

4-6

- **Member of CPG**
  - Inhalation of contaminated dust
  - Ingestion of drinking water from a contaminated well
  - Ingestion of foodstuffs contaminated by well water
  - Ingestion of foodstuffs grown on fertilized soil

- **Off-Site Individual**
  - Ingestion of river water contaminated via the groundwater pathway
  - Ingestion of river water contaminated by surface runoff.

Table 4-2.    Phosphogypsum use parameters for Scenarios 5 and 6.

| | |
|---|---:|
| Kilograms of phosphogypsum per acre | |
|    - Initial application | 8,000 |
|    - Subsequent applications | 4,000 |
| Acres per farm | 556 |
| Tillage depth (cm) | 30 |
| Application rate | biennially |
| Distance to nearest residence (m) | 1,000 & 100 |
| Soil Type | Clay, Sand |

The agricultural worker is assumed to spend 2,000 hours per year at the agricultural site, performing activities such as plowing, fertilizing, harvesting, etc. The worker would probably use machinery for most of these activities which would provide some shielding from direct gamma radiation (as in the construction scenarios plowing equipment on average provide a shielding factor of 0.6). However, to ensure conservatism in the results of this risk analysis, no credit for shielding is taken in calculating the dose from direct exposure to gamma radiation.

The on-site individual is assumed to live in a house in a development constructed on a site which was previously used for agriculture. For conservatism, this individual is also assumed to work at this same site.

The CPG is defined to include individuals who might be exposed to the highest doses as a result of normal daily activities. For this phosphogypsum risk assessment, the member of the CPG is assumed to be an adult at the nearest residence as defined in Tables 4-1 and 4-2. The person obtains all water from a well adjacent to the house. Fifty percent of foodstuffs are assumed to be grown on-site.

4-7

*Scenario 7: Use of phosphogypsum as a soil amendment based on the application rate and Ra-226 concentration.* The purpose of this scenario is to determine if the phosphogypsum containing various concentrations of Ra-226 can be applied for agricultural purposes based on various application rates. To evaluate the feasibility of this approach, risk estimates are performed for the two limiting exposure pathways identified from Scenarios 1-6, direct gamma and indoor radon exposures to the on-site individual. The risks for these exposure pathways are estimated using the following combinations of phosphogypsum application rates and Ra-226 concentrations:

| Application Rate (lbs/acre) | Ra-226 Concentration (pCi/g) |
|---|---|
| 500 | 3, 7, 15, 20, 30, 45, 60 |
| 1,000 | 3, 7, 15, 20, 30, 45 |
| 1,500 | 3, 7, 15, 20, 30 |
| 2,500 | 3, 7, 15, 20 |
| 5,000 | 3, 7, 15 |
| 10,000 | 3, 7, 15 |

A nine-inch tillage depth is assumed. All other parameters remain constant and are those given above for the average site in the southeastern United States.

### 4.3.3.2 Phosphogypsum in Road Construction

Four scenarios involving phosphogypsum in road construction are evaluated. Scenarios 8 and 9 involve the use of phosphogypsum in a road base for a secondary road. Scenarios 10 and 11 involve phosphogypsum as an additive to increase the strength of a concrete road surface. These scenarios are shown schematically in Figure 4-1.

*Scenarios 8 and 9: Phosphogypsum in a road base for a secondary road.* The road base consists of a 1:2 phosphogypsum:soil mixture with a density of 2.25 g/cm³ (2.25 MT/m³). Assuming a Ra-226 concentration of 30 pCi/g in phosphogypsum, the Ra-226 concentration in the road base is 10 pCi/g. The road base is 9.15 m (30 ft) wide and 0.25 m (10 inches) thick and is covered by a 0.12 m (5 inch) thickness of asphalt.

*Scenarios 10 and 11: Phosphogypsum in a concrete road surface.* The concrete road surface incorporates 15 weight percent phosphogypsum. Assuming a Ra-226 concentration of 30 pCi/g in phosphogypsum, the Ra-226 concentration in the road surface is 4.5 pCi/g. The road surface is 7.32 m (24 ft) wide and 0.12 m (5 inches) thick. The road base under the concrete surface is the same as for Scenarios 8 and 9.

For Scenarios 8 through 11 the following exposure pathways are evaluated:

4-8



## SCENARIOS 8 AND 9
## USE OF PHOSPHOGYPSUM IN A ROAD BASE



## SCENARIOS 10 AND 11
## USE OF PHOSPHOGYPSUM IN A
## CONCRETE ROAD SURFACE

RAE-103855

**Figure 4-1.  Scenarios involving the use of phosphogypsum in road construction.**

4-9

Appendix Page No. 214

- **Construction Worker**
  - Direct gamma exposure
  - Dust inhalation

- **Person Driving on Road**
  - Direct gamma exposure

- **Member of CPG**
  - Direct gamma exposure
  - Ingestion of drinking water from a contaminated well
  - Ingestion of foodstuffs contaminated by well water

- **Reclaimer**
  - Direct gamma exposure
  - Indoor radon inhalation
  - Use of contaminated well water
  - Ingestion of foodstuffs grown on-site

- **Off-Site Individual**
  - Ingestion of river water contaminated via the groundwater pathway
  - Ingestion of river water contaminated by surface runoff.

The construction worker is assumed to be engaged eight hours per day for 250 days per year in constructing a 16-km (10-mile) section of road. Gamma exposures are calculated for a worker who is employed directly on the road surface and a worker who uses equipment such as a bulldozer or road grader which provides some shielding from gamma radiation. The shielding coefficient is 0.6.

The person driving on the road is assumed to use the road from home to work, and return. This person travels the road one hour per day for 250 trips per year. The automobile in which this person rides provides some shielding from direct gamma radiation. The shielding coefficient is 0.6.

The reclaimer is assumed to build a house on the roadbed at some future time after the road is closed and the road surface has crumbled and been removed. In addition to living in a house at the site, the reclaimer drills a well for water and plants a vegetable garden in the contaminated soil. The vegetable garden provides 50 percent of the reclaimer's foodstuffs.

The member of the CPG is assumed to live in a house located 100 or 1,000 meters from the road. Potential doses to a member of the CPG could result from direct gamma exposure or from the use of contaminated well water.

4-10

### 4.3.3.3 Phosphogypsum in Research & Development Activities

One scenario (Scenario 12) is evaluated in which phosphogypsum is used in research and development to evaluate the properties of this material for commercial applications. In this scenario, exposures are estimated for a worker who spends four hours per day, 250 days per year in a laboratory containing one open 55-gallon drum of phosphogypsum. The worker is exposed via direct gamma radiation, dust inhalation, and radon inhalation pathways. MICROSHIELD is used to estimate the external gamma dose; the worker is assumed to be positioned at an average distance of one meter from the drum of phosphogypsum. To estimate the exposure from dust inhalation, a dust loading of 100 micrograms/m$^3$ is postulated. This value is derived from 40 CFR 50.6(b), which specifies a level of 50 $\mu g/m^3$ as the arithmetic mean level of primary and secondary standards for airborne particulate matter. The value is doubled to provide a conservative estimate. To estimate the indoor radon exposure, two air changes per hour are assumed.

### 4.3.4 Input Parameters

Values of input parameters used in PATHRAE to evaluate potential doses to individuals and the attendant risks from the commercial use of phosphogypsum are presented in this section. These input parameters include radionuclide concentrations, dose and risk conversion factors, and parameters used to characterize the exposure scenarios described in Section 4.3.3.

### 4.3.4.1 Radionuclide Concentrations

The relative radionuclide concentrations in phosphogypsum providing the basis for the risk assessment are shown in Table 4-3. The concentrations in Table 4-3 are based on a radium-226 concentration of 1 pCi/g. The risk estimates presented in Section 4 are given as a function of Ra-226 concentration.

The relative concentrations of Pb-210, Po-210, Th-230, U-234, and U-238 are based on average activity ratios of these radionuclides to Ra-226 in phosphogypsum reported in Ho88. The relative concentration of Ra-228 is derived from the activity ratio of Ra-228 to Ra-226 in phosphate fertilizer, reported in SCA91. Activity ratios for Th-228 and Th-232 relative to Ra-226 are also those for phosphate fertilizer, reported in SCA91. Because concentrations of thorium in phosphogypsum are depleted relative to concentrations in phosphoric acid, the use of thorium to radium-226 activity ratios for phosphate fertilizer may tend to overestimate these thorium concentrations. The activity of U-235 in phosphogypsum is assumed to be about 5 percent of the U-238 activity.

### 4.3.4.2 Dose and Risk Conversion Factors

The dose and risk conversion factors used in this analysis are shown in Table 4-4. Dose conversion factors for ingestion and inhalation are from the EPA's Federal Guidance

4-11

Table 4-3.  Phosphogypsum reference radionuclide concentrations.[a]

| Radionuclide | Concentration (pCi/g) |
|---|---|
| Ra-226 | 1.000 |
| Po-210 | 1.040 |
| Pb-210 | 1.400 |
| Th-228 | 0.133 |
| Ra-228 | 0.133 |
| Th-230 | 0.187 |
| Th-232 | 0.123 |
| U-234 | 0.120 |
| U-235 | 0.005 |
| U-238 | 0.110 |

[a]    Based on a Ra-226 concentration of 1 pCi/g.  See text for explanation of activity ratios of other radionuclides relative to Ra-226.

Report No. 11, which provides guidance for control of occupational exposures to radiation (EPA88).

Dose conversion factors for inhalation, ingestion and direct exposure to gamma radiation are from guidance for modifying PRESTO-EPA-CPG to reflect major recent changes in EPA's dose calculation methodology.  The inhalation and ingestion conversion factors represent the effective whole body dose equivalents resulting from a unit curie of intake, and the conversion factors for the direct gamma represent the effective whole body dose rates resulting from the exposure to a unit concentration of a curie per square meter on the ground surface.  Risk conversion factors in Table 4-4, except those for radon, are based on the radiation risk factors in Table 6-27 of Volume I of EPA's "Environmental Impact Statement for NESHAPS Radionuclides" (EPA89b).  As a result of a recommendation by EPA's Science Advisory Board, EPA reduced the radon risk conversion factors by about 37 percent to $4.4 \times 10^{-8}$ and $4.4 \times 10^{-9}$ for indoor and outdoor exposures, respectively (Co92).  The risk conversion factors represent average lifetime (i.e., 70-year) risks of fatal cancer per unit

4-12

Table 4-4.    Dose and risk conversion factors.

## I. DOSE CONVERSION FACTORS

| Nuclide | Inhalation DCF (mrem/pCi)[a] | Ingestion DCF (mrem/pCi)[a] | Direct Gamma DCF (mrem/yr per pCi/m²) |
|---|---|---|---|
| Ra-226 | 8.6E-03 | 1.3E-03 | 1.67E-04 |
| Po-210 | 9.4E-03 | 1.9E-03 | 8.55E-10 |
| Pb-210 | 1.4E-02 | 5.4E-03 | 0 |
| Th-228 | 3.4E-01 | 4.0E-04 | 3.37E-04 |
| Ra-228 | 4.8E-03 | 1.4E-03 | 9.04E-05 |
| Th-230 | 3.3E-01 | 5.5E-04 | 8.88E-08 |
| Th-232 | 1.6E+00 | 2.7E-03 | 6.56E-08 |
| U-234 | 1.3E-01 | 2.8E-04 | 8.00E-08 |
| U-235 | 1.2E-01 | 2.5E-04 | 6.41E-08 |
| U-238 | 1.2E-01 | 2.7E-04 | 1.67E-05 |

[a]    50-year committed dose equivalent from one year of intake (uptake).

## II. RISK CONVERSION FACTORS[b]

| Nuclide | Inhalation Risk per pCi Inhaled | Ingestion Risk per pCi Ingested | Direct Gamma Risk per pCi/m² |
|---|---|---|---|
| Ra-226 | 2.8E-09 | 9.4E-11 | 5.7E-11 |
| Po-210 | 2.4E-09 | 1.4E-10 | 2.9E-16 |
| Pb-210 | 1.4E-09 | 5.5E-10 | 0 |
| Th-228 | 7.2E-08 | 1.3E-11 | 4.8E-11 |
| Ra-228 | 5.8E-10 | 7.0E-11 | 3.1E-11 |
| Th-230 | 2.9E-08 | 2.3E-11 | 2.7E-14 |
| Th-232 | 2.9E-08 | 2.1E-11 | 2.0E-14 |
| U-234 | 2.5E-08 | 7.5E-11 | 2.4E-14 |
| U-235 | 2.3E-08 | 7.3E-11 | 5.5E-12 |
| U-238 | 2.2E-08 | 7.4E-11 | 7.23E-13 |

[b]    70-year lifetime risk of fatal cancer from one year of exposure.

## III. RADON RISK CONVERSION FACTORS[c]

| Exposure Scenario | Inhalation Risk per pCi/m³ |
|---|---|
| Indoor Exposure | 4.4E-08 |
| Outdoor Exposure | 4.4E-09 |

[c]    70-year lifetime risk of fatal cancer from one year of exposure to Rn-220 and Rn-222 daughters.

4-13

of intake or exposure. A quality factor of 1 has been used to convert from rads to rems for low-LET (i.e., gamma) radiation, and a relative biological effectiveness of 8 has been used to convert from rads to rems for the induction of cancer by high-LET (i.e., alpha) radiation.

### 4.3.4.3 Site-Specific Input Parameters

Values of all important site-specific input parameters used by PATHRAE in the risk assessments are shown in Table 4-5.

## 4.4 RESULTS

The results of the phosphogypsum risk assessment are given in this section. Results are presented for the commercial use of phosphogypsum in agriculture, road construction, and research and development. Exposure scenarios used for this risk assessment are described in Section 4.3.

### 4.4.1 Phosphogypsum in Agriculture

The results of the risk assessment for the use of phosphogypsum in agriculture are summarized in Tables 4-6 through 4-14. Estimated doses and risks for Scenarios 1 and 2, involving an average phosphogypsum application rate on a moderate size clay or sand field used to grow peanuts, are shown in Tables 4-6 and 4-7. Estimated doses and risks for Scenarios 3 and 4, involving a maximum phosphogypsum application rate on a large clay or sand field, are shown in Tables 4-8 and 4-9. Estimated doses and risks for Scenarios 5 and 6, involving the use of phosphogypsum for sediment control, are shown in Tables 4-10 and 4-11. Estimated risks for Scenario 7, based on various phosphogypsum application rates and Ra-226 concentrations, for radon and gamma exposures to the on-site individual are shown in Tables 4-12 and 4-13, respectively; the total risks from both pathways are shown in Table 4-14. The risks shown in the tables are estimated lifetime (70-year) risks from one year of exposure.

As explained in Section 4.3, phosphogypsum applications to agricultural fields are assumed to occur biennially. Equilibrium is reached with competing mechanisms that remove gypsum and its radioactive constituents at 1100 yrs for Ra-226 and 1600 yrs for uranium and thorium. Doses and risks are evaluated for fields that have been repeatedly fertilized on a biennial basis over a 100-year period. Results of Scenarios 1 through 6 are shown for Ra-226 concentrations in phosphogypsum ranging from 26 pCi/g to 3 pCi/g. The actual Ra-226 concentrations in the agricultural fields are lower due to dilution of the phosphogypsum with the soil and depletion mechanisms such as plant uptake and leaching which tend to remove radionuclides.

4-14

Table 4-5.    Site-specific input parameters for PATHRAE risk assessments.

| Parameter | Units | Clay Value, Sand Value |
|---|---|---|
| Phosphogypsum application rate--agricultural scenarios | | |
|     Fertilizer--average | MT/acre/yr | 0.66 |
|     Fertilizer--maximum | MT/acre/yr | 2.03 |
|     Soil conditioner | MT/acre/yr | 4.05 |
| Phosphogypsum application interval--agricultural scenarios | -- | biennially |
| Total years of application--agricultural scenarios | yrs | 100 |
| Agricultural field size | | |
|     Fertilizer--average | acre | 138 |
|     Fertilizer--maximum | acre | 1,000 |
|     Soil conditioner | acre | 556 |
| Tillage depth--agricultural scenarios | | |
|     Fertilizer--average | m | 0.22 |
|     Fertilizer-maximum | m | 0.46 |
|     Soil conditioner | m | 0.30 |
| Agricultural field soil density | kg/m³ | 1.50E+03 |
| Roadbed material density | kg/m³ | 2.25E+03 |
| Distance to nearest residence | | |
|     Fertilizer--average | m | 890,  100 |
|     Fertilizer--maximum | m | 6,440,  100 |
|     Soil conditioner | m | 1,000,  100 |
|     Road construction scenarios | m | 1,000,  100 |
| Distance to river | m | 5.00E+03 |
| River flow rate | m³/yr | 1.00E+08 |
| Density of aquifer | kg/m³ | 1.80E+03 |
| Porosity of aquifer | -- | 0.33 |
| Horizontal velocity of aquifer | m/yr | 20 |

Table 4-5.    Site-specific input parameters for PATHRAE risk assessments (continued).

| Parameter | Units | Clay Value, Sand Value |
|---|---|---|
| Vertical distance to aquifer | | |
|     Fertilizer scenarios | m | 3.0 |
|     Soil conditioner scenario | m | 10.0 |
|     Construction scenarios--humid site | m | 3.0 |
|     Construction scenarios--dry site | m | 10.0 |
| Water infiltration rate | | |
|     Fertilizer scenarios | m/yr | 0.40 |
|     Soil conditioner scenario | m/yr | 0.25 |
|     Construction scenarios--humid site | m/yr | 0.40 |
|     Construction scenarios--dry site | m/yr | 0.25 |
| Fraction of food eaten grown on-site | -- | 0.50 |
| Adult breathing rate | $m^3$/yr | 8.00E+03 |
| Average dust loading in outside air | kg/$m^3$ | 5.00E-07 |
| Average dust loading in R&D lab | kg/$m^3$ | 1.00E-07 |
| Atmospheric stability class | -- | 4 |
| Fraction of time wind blows toward receptor | -- | 0.093 |
| Average wind speed | m/sec | 4.5 |
| Dust resuspension rate for off-site transport | $m^3$/sec | 5.0E-07 |
| Dust deposition velocity | m/sec | 1.0E-03 |
| Radon emanating power | -- | 0.30 |
| Radon diffusion coefficient | | |
|     Soil--humid site | $m^2$/yr | 2.2E+01 |
|     Soil--dry site | $m^2$/yr | 6.3E+01 |
|     Concrete | $m^2$/yr | 1.6E+01 |
| Air change rate in reclaimer house | changes/hr | 2 |
| Exposure fraction for indoor exposure | -- | 0.75 |
| Equivalent exposure fraction for outdoor exposure | -- | 0.50 |
| Surface erosion rate | m/yr | 2.0E-04 |

Appendix Page No. 221

Table 4-5.    Site-specific input parameters for PATHRAE risk assessments (continued).

| Parameter | Units | Clay Value, Sand Value |
|---|---|---|
| Distribution coefficients ($K_d$) | | |
| Ra-226 | m³/kg | 0.45,  0.07 |
| Po-210 | m³/kg | 0.50,  0.50 |
| Pb-210 | m³/kg | 0.90,  0.90 |
| Th-228 | m³/kg | 150.0,  150.0 |
| Ra-228 | m³/kg | 0.45,  0.07 |
| Th-230 | m³/kg | 150.0,  150.0 |
| Th-232 | m³/kg | 150.0,  150.0 |
| U-234 | m³/kg | 0.45,  0.07 |
| U-235 | m³/kg | 0.45,  0.07 |
| U-238 | m³/kg | 0.45,  0.07 |
| Volume of drinking water consumed annually by an individual | m³/yr | 0.37 |
| Length of road perpendicular to aquifer | mile | 10 |
| Aquifer thickness | m | 10 |

It is observed that the doses from the groundwater pathways are all zero.  As an added sensitivity analysis, scenarios 2, 4, 6, 9 and 11 were created as replicates of 1, 3, 5, 8 and 10, modifying the distance to the offsite individual (100 m).  Additionally, the $k_d$ for uranium and radium was reduced to 70 ml/g.  Using these modifications, PATHRAE projected a peak risk at year 4200 of $1.5 \times 10^{-8}$.  These changes also caused, as illustrated in the summary tables, an increase in the risk to members  of the CPG from dust inhalation.  For a well placed onsite, and a $k_d$ of 70 ml/g for uranium and radium, a risk of $6.7 \times 10^{-9}$ occurred by the year 1000, for scenario 4.  A peak risk of $2 \times 10^{-8}$ occurred in year 3100 for the same scenario.

For Scenarios 1 and 2, a Ra-226 concentration of 26 pCi/g in phosphogypsum is estimated to correspond to an increase in the soil Ra-226 concentration of 0.60 pCi/g at the end of the 100-year period.  For Scenarios 3 and 4, a Ra-226 concentration of 26 pCi/g in phosphogypsum is estimated to correspond to an increase in the soil Ra-226 concentration of 0.88 pCi/g at the end of the 100-year period.  For Scenarios 5 and 6, a Ra-226 concentration of 26 pCi/g in phosphogypsum is estimated to correspond to an increase in the soil Ra-226 concentration of 2.70 pCi/g at the end of the 100-year period.  As shown in the tables, for each scenario, the doses and risks are directly proportional to the Ra-226 concentration in the original phosphogypsum.

4-17

Table 4-6. Risk assessment results for Scenario 1 - use as fertilizer - average site (clay).

| | Ra-226 Concentrations in Phosphogypsum | | | | | | | | | |
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural Worker Direct Gamma | 3.5E+00 | 1.4E-06 | 1.4E+00 | 5.3E-07 | 9.5E-01 | 3.7E-07 | 6.8E-01 | 2.7E-07 | 4.1E-01 | 1.6E-07 |
| Agricultural Worker Dust Inhalation | 7.1E-02 | 5.8E-09 | 2.7E-02 | 2.2E-09 | 1.9E-02 | 1.6E-09 | 1.4E-02 | 1.1E-09 | 8.2E-03 | 6.7E-10 |
| On-Site Individual Direct Gamma | 7.6E+00 | 3.0E-06 | 2.9E+00 | 1.2E-06 | 2.0E+00 | 8.0E-07 | 1.4E+00 | 5.7E-07 | 8.7E-01 | 3.4E-07 |
| On-Site Individual Indoor Radon | --- | 2.6E-06 | ---c | 1.0E-06 | --- | 6.8E-07 | --- | 5.0E-07 | --- | 3.0E-07 |
| On-Site Individual Well Water Use | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Inhalation of contaminated dust | 7.0E-04 | 5.7E-11 | 2.7E-04 | 2.2E-11 | 1.9E-04 | 1.6E-11 | 1.4E-04 | 1.1E-11 | 8.1E-05 | 6.7E-12 |
| Member of CPG - Ingestion of drinking water from contaminated well | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff contaminated by well water | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff grown on fertilized soil | 4.9E-02 | 5.2E-09 | 1.9E-02 | 2.0E-09 | 1.3E-02 | 1.4E-09 | 9.5E-03 | 1.5E-09 | 5.7E-03 | 3.0E-10 |
| Individual - Ingestion of river water contaminated by groundwater | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Individual - Ingestion of river water contaminated by surface runoff | 8.3E-03 | 7.4E-10 | 3.2E-03 | 2.9E-10 | 2.2E-03 | 2.0E-10 | 1.6E-03 | 1.4E-10 | 9.6E-04 | 8.6E-11 |

a. Dose or dose commitment from one year of exposure.
b. Lifetime risk from one year of exposure.
c. No radionuclides are calculated to reach the on-site well via the groundwater pathway for almost 10,000 years, or the off-site river or well for at least 100,000 years because of groundwater velocities and retardation factors.

4-18

Table 4-7.  Risk assessment results for Scenario 2 - use as fertilizer - average site (sand).

| | \+ | | | | | | Ra-226 Concentrations in Phosphogypsum | | | | |
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural Worker Direct Gamma | 3.5E+00 | 1.4E-06 | 1.4E+00 | 5.3E-07 | 9.5E-01 | 3.7E-07 | 6.8E-01 | 2.7E-07 | 4.1E-01 | 1.6E-07 |
| Agricultural Worker Dust Inhalation | 7.1E-02 | 5.8E-09 | 2.7E-02 | 2.2E-09 | 1.9E-02 | 1.6E-09 | 1.4E-02 | 1.1E-09 | 8.2E-03 | 6.7E-10 |
| On-Site Individual Direct Gamma | 7.6E+00 | 3.0E-06 | 2.9E+00 | 1.2E-06 | 2.0E+00 | 8.0E-07 | 1.4E+00 | 5.7E-07 | 8.7E-01 | 3.4E-07 |
| On-Site Individual Indoor Radon | --- | 2.6E-06 | ---c | 1.0E-06 | --- | 6.8E-07 | --- | 5.0E-07 | --- | 3.0E-07 |
| On-Site Individual Well Water Use | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Inhalation of contaminated dust | 4.0E-02 | 3.3E-09 | 1.5E-02 | 1.3E-09 | 1.1E-02 | 8.8E-10 | 7.7E-03 | 6.3E-10 | 4.6E-03 | 3.8E-10 |
| Member of CPG - Ingestion of drinking water from contaminated well | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff contaminated by well water | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff grown on fertilized soil | 4.9E-02 | 5.2E-09 | 1.9E-02 | 2.0E-09 | 1.3E-02 | 1.4E-09 | 9.5E-03 | 1.5E-09 | 5.7E-03 | 3.0E-10 |
| Individual - Ingestion of river water contaminated by groundwater | ---c | ---c | --- | --- | --- | --- | ---c | --- | --- | --- |
| Individual - Ingestion of river water contaminated by surface runoff | 8.3E-03 | 7.4E-10 | 3.2E-03 | 2.9E-10 | 2.2E-03 | 2.0E-10 | 1.6E-03 | 1.4E-10 | 9.6E-04 | 8.6E-11 |

a.   Dose or dose commitment from one year of exposure.
b.   Lifetime risk from one year of exposure.
c.   No radionuclides are calculated to reach the on-site well via the groundwater pathway for about 4,000 years, or the off-site river or well for at least 100,000 years because of groundwater velocities and retardation factors.

4-19

Table 4-8.  Risk assessment results for Scenario 3 - use as fertilizer - maximum site (clay).

| | Ra-226 Concentrations in Phosphogypsum | | | | | | | | | |
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural Worker Direct Gamma | 5.4E+00 | 2.2E-06 | 2.1E+00 | 8.1E-07 | 1.5E+00 | 5.7E-07 | 1.0E+00 | 4.1E-07 | 6.2E-01 | 2.5E-07 |
| Agricultural Worker Dust Inhalation | 1.1E-01 | 9.0E-09 | 4.2E-02 | 3.5E-09 | 3.0E-02 | 2.4E-09 | 2.1E-02 | 1.7E-09 | 1.3E-02 | 1.0E-09 |
| On-Site Individual Direct Gamma | 1.2E+01 | 4.6E-06 | 4.4E+00 | 1.8E-06 | 3.1E+00 | 1.3E-06 | 2.2E+00 | 8.7E-07 | 1.3E+00 | 5.2E-07 |
| On-Site Individual Indoor Radon | --- | 6.8E-06 | ---[c] | 2.6E-06 | --- | 1.8E-06 | --- | 1.3E-06 | --- | 7.5E-07 |
| On-Site Individual Well Water Use | ---[c] | ---[c] | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Inhalation of contaminated dust | 4.4E-05 | 3.6E-12 | 1.7E-05 | 1.4E-12 | 1.2E-05 | 9.6E-13 | 8.5E-06 | 6.9E-13 | 5.1E-06 | 4.1E-13 |
| Member of CPG - Ingestion of drinking water from contaminated well | ---[c] | ---[c] | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff contaminated by well water | ---[c] | ---[c] | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff grown on fertilized soil | 8.6E-02 | 9.1E-09 | 3.3E-02 | 3.5E-09 | 2.3E-02 | 2.5E-09 | 1.6E-02 | 1.8E-09 | 9.9E-03 | 1.1E-09 |
| Individual - Ingestion of river water contaminated by groundwater | ---[c] | ---[c] | --- | ---[c] | --- | --- | --- | --- | --- | --- |
| Individual - Ingestion of river water contaminated by surface runoff | 8.8E-02 | 7.8E-09 | 3.4E-02 | 3.0E-09 | 2.4E-02 | 2.1E-09 | 1.7E-02 | 1.5E-09 | 1.0E-02 | 9.1E-10 |

a.  Dose or dose commitment from one year of exposure.
b.  Lifetime risk from one year of exposure.
c.  No radionuclides are calculated to reach the on-site well via the groundwater pathway for almost 10,000 years, or the off-site river or well for more than 100,000 years because of groundwater velocities and retardation factors.

4-20

Table 4-9.  Risk assessment results for Scenario 4 - use as fertilizer - maximum site (sand).

| | Ra-226 Concentrations in Phosphogypsum | | | | | | | | | |
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural Worker Direct Gamma | 5.4E+00 | 2.2E-06 | 2.1E+00 | 8.1E-07 | 1.5E+00 | 5.7E-07 | 1.0E+00 | 4.1E-07 | 6.2E-01 | 2.5E-07 |
| Agricultural Worker Dust Inhalation | 1.1E-01 | 9.0E-09 | 4.2E-02 | 3.5E-09 | 3.0E-02 | 2.4E-09 | 2.1E-02 | 1.7E-09 | 1.3E-02 | 1.0E-09 |
| On-Site Individual Direct Gamma | 1.2E+01 | 4.6E-06 | 4.4E+00 | 1.8E-06 | 3.1E+00 | 1.3E-06 | 2.2E+00 | 8.7E-07 | 1.3E+00 | 5.2E-07 |
| On-Site Individual Indoor Radon | --- | 6.8E-06 | ---c | 2.6E-06 | --- | 1.8E-06 | --- | 1.3E-06 | --- | 7.5E-07 |
| On-Site Individual Well Water Use | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Inhalation of contaminated dust | 6.1E-02 | 5.0E-09 | 2.3E-02 | 1.9E-09 | 1.4E-02 | 1.4E-09 | 1.2E-02 | 9.7E-10 | 7.0E-03 | 5.8E-10 |
| Member of CPG - Ingestion of drinking water from contaminated well | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff contaminated by well water | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff grown on fertilized soil | 8.6E-02 | 9.1E-09 | 3.3E-02 | 3.5E-09 | 2.3E-02 | 2.5E-09 | 1.6E-02 | 1.8E-09 | 9.9E-03 | 1.1E-09 |
| Individual - Ingestion of river water contaminated by groundwater | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Individual - Ingestion of river water contaminated by surface runoff | 8.8E-02 | 7.8E-09 | 3.4E-02 | 3.0E-09 | 2.4E-02 | 2.1E-09 | 1.7E-02 | 1.5E-09 | 1.0E-02 | 9.1E-10 |

a.   Dose or dose commitment from one year of exposure.
b.   Lifetime risk from one year of exposure.
c.   No radionuclides are calculated to reach the on-site well via the groundwater pathway for about 4,000 years, or the off-site river or well for more than 100,000 years because of groundwater velocities and retardation factors.

4-21

Table 4-10. Risk assessment results for Scenario 5 - use as sediment control (clay).

| | Ra-226 Concentrations in Phosphogypsum | | | | | | | | | |
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural Worker Direct Gamma | 1.6E+01 | 6.4E-06 | 6.3E+00 | 2.5E-06 | 4.4E+00 | 1.8E-06 | 3.2E+00 | 1.3E-06 | 1.9E+00 | 7.3E-07 |
| Agricultural Worker Dust Inhalation | 8.1E-01 | 6.6E-08 | 3.1E-01 | 2.5E-08 | 2.2E-01 | 1.8E-08 | 1.6E-01 | 1.3E-08 | 9.3E-02 | 7.6E-09 |
| On-Site Individual Direct Gamma | 3.5E+01 | 1.4E-05 | 1.3E+01 | 5.3E-06 | 9.4E+00 | 3.8E-06 | 6.7E+00 | 2.7E-06 | 4.0E+00 | 1.6E-06 |
| On-Site Individual Indoor Radon | --- | 1.2E-05 | ---c | 4.7E-06 | --- | 3.3E-06 | --- | 2.4E-06 | --- | 1.4E-06 |
| On-Site Individual Well Water Use | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Inhalation of contaminated dust | 6.6E-03 | 5.4E-10 | 2.5E-03 | 2.1E-10 | 1.8E-03 | 1.5E-10 | 1.3E-03 | 1.0E-10 | 7.6E-04 | 6.2E-11 |
| Member of CPG - Ingestion of drinking water from contaminated well | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff contaminated by well water | ---c | ---c | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff grown on fertilized soil | 2.2E-01 | 2.3E-08 | 8.4E-02 | 9.0E-09 | 5.9E-02 | 6.3E-09 | 4.2E-02 | 4.5E-09 | 2.5E-02 | 2.7E-09 |
| Individual - Ingestion of river water contaminated by groundwater | ---c | ---c | --- | --- | --- | --- | ---c | --- | --- | --- |
| Individual - Ingestion of river water contaminated by surface runoff | 1.5E-01 | 1.3E-08 | 5.8E-02 | 5.1E-09 | 4.1E-02 | 3.6E-09 | 2.9E-02 | 2.6E-09 | 1.8E-02 | 1.5E-09 |

a.   Dose or dose commitment from one year of exposure.
b.   Lifetime risk from one year of exposure.
c.   No radionuclides are calculated to reach the on-site well via the groundwater pathway for almost 10,000 years, or the off-site river or well for more than 100,000 years because of groundwater velocities and retardation factors.

4-22

Table 4-11.  Risk assessment results for Scenario 6 - use as sediment control (sand).

| | Ra-226 Concentrations in Phosphogypsum | | | | | | | | | |
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural Worker Direct Gamma | 1.6E-01 | 6.4E-06 | 6.3E+00 | 2.5E-06 | 4.4E+00 | 1.8E-06 | 3.2E+00 | 1.3E-06 | 1.9E+00 | 7.3E-07 |
| Agricultural Worker Dust Inhalation | 8.1E-01 | 6.6E-08 | 3.1E-01 | 2.5E-08 | 2.2E-01 | 1.8E-08 | 1.6E-01 | 1.3E-08 | 9.3E-02 | 7.6E-09 |
| On-Site Individual Direct Gamma | 3.5E+01 | 1.4E-05 | 1.3E+01 | 5.3E-06 | 9.4E+00 | 3.8E-06 | 6.7E+00 | 2.7E-06 | 4.0E+00 | 1.6E-06 |
| On-Site Individual Indoor Radon | --- | 1.2E-05 | ---[c] | 4.7E-06 | --- | 3.3E-06 | --- | 2.4E-06 | --- | 1.4E-06 |
| On-Site Individual Well Water Use | ---[c] | ---[c] | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Inhalation of contaminated dust | 4.5E-01 | 3.7E-08 | 1.7E-01 | 1.4E-08 | 1.2E-01 | 9.9E-09 | 8.7E-02 | 7.1E-09 | 5.2E-02 | 4.3E-09 |
| Member of CPG - Ingestion of drinking water from contaminated well | ---[c] | ---[c] | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff contaminated by well water | ---[c] | ---[c] | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of foodstuff grown on fertilized soil | 2.2E-01 | 2.3E-08 | 8.4E-02 | 9.0E-09 | 5.9E-02 | 6.3E-09 | 4.2E-02 | 4.5E-09 | 2.5E-02 | 2.7E-09 |
| Individual - Ingestion of river water contaminated by groundwater | ---[c] | ---[c] | --- | --- | --- | --- | --- | --- | --- | --- |
| Individual - Ingestion of river water contaminated by surface runoff | 1.5E-01 | 1.3E-08 | 5.8E-02 | 5.1E-09 | 4.1E-02 | 3.6E-09 | 2.9E-02 | 2.6E-09 | 1.8E-02 | 1.5E-09 |

a.  Dose or dose commitment from one year of exposure.
b.  Lifetime risk from one year of exposure.
c.  No radionuclides are calculated to reach the on-site well via the groundwater pathway for about 4,000 years, or the off-site river or well for more than 100,000 years because of groundwater velocities and retardation factors.

4-23

Table 4-12.   Risk assessment results for Scenario 7 - radon exposure risks to the on-site individual as a function of phosphogypsum application rate and Ra-226 concentration.[a]

| Application Rate | Ra-226 Concentration in Phosphogypsum (pCi/g) | | | | | | |
|---|---|---|---|---|---|---|---|
| (lbs/Acre) | 3 | 7 | 15 | 20 | 30 | 45 | 60 |
| 500 | 1.0E-07 | 2.4E-07 | 5.1E-07 | 6.8E-07 | 1.0E-06 | 1.6E-06 | 2.1E-06 |
| 1,000 | 2.1E-07 | 4.8E-07 | 1.0E-06 | 1.4E-06 | 2.1E-06 | 3.1E-06 | -- |
| 1,500 | 3.1E-07 | 7.5E-07 | 1.6E-06 | 2.1E-06 | 3.1E-06 | -- | -- |
| 2,500 | 5.1E-07 | 1.2E-06 | 2.6E-06 | 3.4E-06 | -- | -- | -- |
| 5,000 | 1.0E-06 | 2.4E-06 | 5.1E-06 | -- | -- | -- | -- |
| 10,000 | 2.1E-06 | 4.8E-06 | 1.0E-05 | -- | -- | -- | -- |

[a]   Lifetime risk from one year of exposure.

Table 4-13.   Risk assessment results for Scenario 7 - external gamma risks to the on-site individual as a function of phosphogypsum application rate and Ra-226 concentration.[a]

| Application Rate | Ra-226 Concentration in Phosphogypsum (pCi/g) | | | | | | |
|---|---|---|---|---|---|---|---|
| (lbs/Acre) | 3 | 7 | 15 | 20 | 30 | 45 | 60 |
| 500 | 1.1E-07 | 2.6E-07 | 5.7E-07 | 7.5E-07 | 1.1E-06 | 1.7E-06 | 2.3E-06 |
| 1,000 | 2.3E-07 | 5.3E-07 | 1.1E-06 | 1.5E-06 | 2.3E-06 | 3.4E-06 | -- |
| 1,500 | 3.4E-07 | 7.9E-07 | 1.7E-06 | 2.3E-06 | 3.4E-06 | -- | -- |
| 2,500 | 5.7E-07 | 1.3E-06 | 2.8E-06 | 3.8E-06 | -- | -- | -- |
| 5,000 | 1.1E-06 | 2.6E-06 | 5.7E-06 | -- | -- | -- | -- |
| 10,000 | 2.3E-06 | 5.3E-06 | 1.1E-05 | -- | -- | -- | -- |

[a]   Lifetime risk from one year of exposure.

Table 4-14.    Risk assessment results for Scenario 7 - Total risks to the on-site individual as a function of phosphogypsum application rate and Ra-226 concentration.[a,b]

| Application Rate | Ra-226 Concentration in Phosphogypsum (pCi/g) | | | | | | |
|---|---|---|---|---|---|---|---|
| (lbs/Acre) | 3 | 7 | 15 | 20 | 30 | 45 | 60 |
| 500 | 2.2E-07 | 5.1E-07 | 1.1E-06 | 1.4E-06 | 2.2E-06 | 3.3E-06 | 4.4E-06 |
| 1,000 | 4.4E-07 | 1.0E-06 | 2.2E-06 | 2.9E-06 | 4.4E-06 | 6.5E-06 | -- |
| 1,500 | 6.5E-07 | 1.4E-06 | 3.3E-06 | 4.4E-06 | 6.5E-06 | -- | -- |
| 2,500 | 1.1E-06 | 2.5E-06 | 5.4E-06 | 7.2E-06 | -- | -- | -- |
| 5,000 | 2.2E-06 | 5.1E-06 | 1.1E-05 | -- | -- | -- | -- |
| 10,000 | 4.4E-06 | 1.0E-05 | 2.2E-05 | -- | -- | -- | -- |

[a]    Lifetime risk from one year of exposure.

[b]    The sum of the risks from Tables 4-12 and 4-13.

4-25

For each of the agricultural scenarios, the highest doses and risks result from external gamma exposure and from indoor radon inhalation to the on-site individual. For Scenario 1, the lifetime risk to the on-site individual from one year of external gamma exposure is estimated to range from $3.0 \times 10^{-6}$ for 26 pCi/g phosphogypsum to $3.4 \times 10^{-7}$ for 3 pCi/g phosphogypsum. The lifetime risk from one year of indoor radon inhalation is estimated to range from $2.6 \times 10^{-6}$ for 26 pCi/g phosphogypsum to $3.0 \times 10^{-7}$ for 3 pCi/g phosphogypsum.

For Scenario 3, the lifetime risk to the on-site individual from one year of external gamma exposure is estimated to range from $4.6 \times 10^{-6}$ for 26 pCi/g phosphogypsum to $5.2 \times 10^{-7}$ for 3 pCi/g phosphogypsum. The lifetime risk from one year of indoor radon inhalation is estimated to range from $6.8 \times 10^{-6}$ for 26 pCi/g phosphogypsum to $7.5 \times 10^{-7}$ for 3 pCi/g phosphogypsum.

For Scenario 5, the lifetime risk to the on-site individual from one year of external gamma exposure is estimated to range from $1.4 \times 10^{-5}$ for 26 pCi/g phosphogypsum to $1.6 \times 10^{-6}$ for 3 pCi/g phosphogypsum. The lifetime risk from one year of indoor radon inhalation is estimated to range from $1.2 \times 10^{-5}$ for 26 pCi/g phosphogypsum to $1.4 \times 10^{-6}$ for 3 pCi/g phosphogypsum.

The results of the first four scenarios prompted Scenario 7; an evaluation of the risks associated with the two principal exposure pathways, radon and direct gamma exposures, with varying phosphogypsum application rates and Ra-226 concentrations. Combinations of application rates and Ra-226 concentrations varied from 500 to 10,000 lbs/acre and 3 to 60 pCi/g, respectively. The affect of these two variables on the estimated risk is best illustrated by the family of curves represented in Figures 4-2 to 4-4, which illustrate the increase in risk as the Ra-226 concentrations increase with each application rate. The risks presented in the figures are those listed in Tables 4-12 to 4-14 multiplied by a 70-year exposure period. Thus, they represent the estimated lifetime risk resulting from a 70-year exposure. The total lifetime risk to the on-site individual from 70 years of external gamma and radon exposures is estimated to range from $1.5 \times 10^{-5}$ for 3 pCi/g phosphogypsum applied at a rate of 500 lbs/acre to $1.5 \times 10^{-3}$ for 15 pCi/g phosphogypsum applied at a rate of 10,000 lbs/acre. Using Scenario 7, the combinations of phosphogypsum application rates and Ra-226 concentrations that yield an estimated lifetime risk of $3 \times 10^{-4}$ is plotted in Figure 4-5. For example, a lifetime risk of $3 \times 10^{-4}$ will result when phosphogypsum, containing 1 pCi/g of Ra-226, is applied at a rate of 25,000 lbs/acre; whereas, to produce the same risk when the application rate is 1,000 lbs/acre will require a Ra-226 concentration of 30 pCi/g.

## 4.4.2  Phosphogypsum in Road Construction

The road construction scenarios evaluated in this risk assessment are shown schematically in Figure 4-1. The results of the risk assessment of the use of phosphogypsum in road construction are summarized in Tables 4-15 to 4-18. Estimated doses and risks for Scenarios 8 and 9, involving the use of phosphogypsum in a road base, are shown in Tables

4-26



**Figure 4-2.** Risk assessment results for Scenario 7 - radon exposure risks to the on-site individual as a function of the Ra-226 content of phosphogypsum for the six application rates (lbs/acre) shown in parenthesis

4-27

Appendix Page No. 232



**Figure 4-3.** Risk assessment results for Scenario 7 - external gamma exposure risks to the on-site individual as a function of the Ra-226 content of phosphogypsum for the six application rates (lbs/acre) shown in parenthesis

Appendix Page No. 233



**Figure 4-4.** Risk assessment results for Scenario 7 - total radon and gamma exposure risks to the on-site individual as a function of the Ra-226 content of phosphogypsum for the six application rates (lbs/acre) shown in paraenthesis

4-29

Appendix Page No. 234

**Figure 4-5.  Application rate of phosphogypsum as a function of Ra-226 concentration for a lifetime risk of $3 \times 10^{-4}$.**



4-30

Appendix Page No. 235

Table 4-15. Risk assessment results for Scenario 8 - use of phosphogypsum in road base for secondary road (clay).

| | Ra-226 Concentrations in Phosphogypsum | | | | | | | | | |
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| Construction Worker -No Shielding- Direct Gamma | 4.1E+01 | 1.5E-05 | 1.6E+01 | 5.9E-06 | 1.1E+01 | 4.1E-06 | 7.9E+00 | 3.0E-06 | 4.7E+00 | 1.8E-06 |
| Construction Worker -With Shielding- Direct Gamma | 2.5E+01 | 9.0E-06 | 9.4E+00 | 3.5E-06 | 6.6E+00 | 2.5E-06 | 4.7E+00 | 1.8E-06 | 2.8E+00 | 1.1E-06 |
| Construction Worker -Humid Site- Dust Inhalation | 1.0E+00 | 8.4E-08 | 3.8E-01 | 3.1E-08 | 2.7E-01 | 2.2E-08 | 1.9E-01 | 1.6E-08 | 1.2E-01 | 9.4E-09 |
| Construction Worker -Dry Site- Dust Inhalation | 2.5E+00 | 2.2E-07 | 9.6E-01 | 8.3E-08 | 6.7E-01 | 5.8E-08 | 4.8E-01 | 4.2E-08 | 2.9E-01 | 2.5E-08 |
| Person Driving on Road Direct Gamma | 2.2E-01 | 8.2E-08 | 8.4E-02 | 3.1E-08 | 5.8E-02 | 2.2E-08 | 4.2E-02 | 1.5E-08 | 2.5E-02 | 9.6E-09 |
| Member of CPG Direct Gamma | 4.3E-02 | 1.6E-08 | 1.6E-02 | 6.2E-09 | 1.2E-02 | 4.4E-09 | 8.2E-03 | 3.2E-09 | 4.9E-03 | 1.9E-09 |
| Member of CPG - Ingestion of Drinking Water From Contaminated Well | --[c] | --[c] | -- | -- | -- | -- | -- | -- | -- | -- |
| Member of CPG - Ingestion of Foodstuff Contaminated by Well Water | --[c] | --[c] | -- | -- | -- | -- | -- | -- | -- | -- |
| Reclaimer Direct Gamma | 7.1E+01 | 2.6E-05 | 2.7E+01 | 1.0E-05 | 1.9E+01 | 7.2E-06 | 1.4E+01 | 5.3E-06 | 8.2E+00 | 3.2E-06 |
| Reclaimer -Humid Site- Indoor Radon Inhalation | -- | 5.9E-05 | -- | 2.2E-05 | -- | 1.6E-05 | -- | 1.1E-05 | -- | 6.8E-06 |
| Reclaimer -Dry Site- Indoor Radon Inhalation | -- | 6.2E-05 | -- | 2.4E-05 | -- | 1.7E-05 | -- | 1.2E-05 | -- | 7.5E-06 |
| Reclaimer Well Water Use | --[c] | --[c] | -- | -- | -- | -- | -- | -- | -- | -- |
| Reclaimer - Ingestion of Foodstuff Grown On-Site | 2.6E-01 | 1.5E-08 | 1.0E-01 | 5.9E-09 | 6.8E-02 | 4.2E-09 | 4.7E-02 | 3.0E-09 | 2.9E-02 | 1.8E-09 |
| Individual - Ingestion of River Water Contaminated by Groundwater | --[c] | --[c] | -- | -- | -- | -- | -- | -- | -- | -- |
| Individual - Ingestion of River Water Contaminated by Surface Runoff | 2.0E-02 | 1.5E-09 | 7.6E-03 | 5.6E-10 | 5.3E-03 | 4.0E-10 | 3.8E-03 | 2.7E-10 | 2.3E-03 | 1.7E-10 |

a.    Dose or dose commitment from one year of exposure.
b.    Lifetime risk from one year of exposure.
c.    No radionuclides are calculated to reach the on-site well via the groundwater pathway for almost 10,000 years, or the off-site river or well for more than 100,000 years because of groundwater velocities and retardation factors.

4-31

Table 4-16. Risk assessment results for Scenario 9 - use of phosphogypsum in road base for secondary road (sand).

| | Ra-226 Concentrations in Phosphogypsum | | | | | | | | | |
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| Construction Worker -No Shielding- Direct Gamma | 4.1E+01 | 1.5E-05 | 1.6E+01 | 5.9E-06 | 1.1E+01 | 4.1E-06 | 7.9E+00 | 3.0E-06 | 4.7E+00 | 1.8E-06 |
| Construction Worker -With Shielding- Direct Gamma | 2.5E+01 | 9.0E-06 | 9.4E+00 | 3.5E-06 | 6.6E+00 | 2.5E-06 | 4.7E+00 | 1.8E-06 | 2.8E+00 | 1.1E-06 |
| Construction Worker -Humid Site- Dust Inhalation | 1.0E+00 | 8.4E-08 | 3.8E-01 | 3.1E-08 | 2.7E-01 | 2.2E-08 | 1.9E-01 | 1.6E-08 | 1.2E-01 | 9.4E-09 |
| Construction Worker -Dry Site- Dust Inhalation | 2.5E+00 | 2.2E-07 | 9.6E-01 | 8.3E-08 | 6.7E-01 | 5.8E-08 | 4.8E-01 | 4.2E-08 | 2.9E-01 | 2.5E-08 |
| Person Driving on Road Direct Gamma | 2.2E-01 | 8.2E-08 | 8.4E-02 | 3.1E-08 | 5.8E-02 | 2.2E-08 | 4.2E-02 | 1.5E-08 | 2.5E-02 | 9.6E-09 |
| Member of CPG Direct Gamma | 4.3E-02 | 1.6E-08 | 1.6E-02 | 6.2E-09 | 1.2E-02 | 4.4E-09 | 8.2E-03 | 3.2E-09 | 4.9E-03 | 1.9E-09 |
| Member of CPG - Ingestion of Drinking Water From Contaminated Well | —[c] | —[c] | — | — | — | — | — | — | — | — |
| Member of CPG - Ingestion of Foodstuff Contaminated by Well Water | —[c] | —[c] | — | — | — | — | — | — | — | — |
| Reclaimer Direct Gamma | 7.1E+01 | 2.6E-05 | 2.7E+01 | 1.0E-05 | 1.9E+01 | 7.2E-06 | 1.4E+01 | 5.3E-06 | 8.2E+00 | 3.2E-06 |
| Reclaimer -Humid Site- Indoor Radon Inhalation | — | 5.9E-05 | — | 2.2E-05 | — | 1.6E-05 | — | 1.1E-05 | — | 6.8E-06 |
| Reclaimer -Dry Site- Indoor Radon Inhalation | — | 6.2E-05 | — | 2.4E-05 | — | 1.7E-05 | — | 1.2E-05 | — | 7.5E-06 |
| Reclaimer Well Water Use | 4.2E-03 | 4.2E-10 | 1.6E-03 | 1.6E-10 | 1.1E-03 | 1.1E-10 | 8.1E-04 | 8.0E-11 | 4.8E-04 | 4.8E-11 |
| Reclaimer - Ingestion of Foodstuff Grown On-Site | 2.6E-01 | 1.5E-08 | 1.0E-01 | 5.9E-09 | 6.8E-02 | 4.2E-09 | 4.7E-02 | 3.0E-09 | 2.9E-02 | 1.8E-09 |
| Individual - Ingestion of River Water Contaminated by Groundwater | —[c] | —[c] | — | — | — | — | — | — | — | — |
| Individual - Ingestion of River Water Contaminated by Surface Runoff | 2.0E-02 | 1.5E-09 | 7.6E-03 | 5.6E-10 | 5.3E-03 | 4.0E-10 | 3.8E-03 | 2.7E-10 | 2.3E-03 | 1.7E-10 |

a.    Dose or dose commitment from one year of exposure.
b.    Lifetime risk from one year of exposure.
c.    No radionuclides are calculated to reach the off-site river or well via the groundwater pathway for more than 10,000 years because of groundwater velocities and retardation factors.

4-32

Table 4-17.  Risk assessment results for Scenario 10 - use of phosphogypsum in a concrete road surface (clay).

| | Ra-226 Concentrations in Phosphogypsum | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
| Construction Worker -No Shielding-Direct Gamma | 4.1E+01 | 1.5E-05 | 1.6E+01 | 5.9E-06 | 9.1E+00 | 4.1E-06 | 7.9E+00 | 3.0E-06 | 4.7E+00 | 1.8E-06 |
| Construction Worker -With Shielding-Direct Gamma | 2.5E+01 | 9.0E-06 | 9.4E+00 | 3.5E-06 | 5.5E+00 | 2.5E-06 | 4.7E+00 | 1.8E-06 | 2.8E+00 | 1.1E-06 |
| Construction Worker -Humid Site-Dust Inhalation | 1.0E+00 | 8.4E-08 | 3.8E-01 | 3.1E-08 | 2.7E-01 | 2.2E-08 | 1.9E-01 | 1.6E-08 | 1.2E-01 | 9.4E-09 |
| Construction Worker -Dry Site-Dust Inhalation | 2.5E+00 | 2.2E-07 | 9.6E-01 | 8.3E-08 | 6.7E-01 | 5.8E-08 | 4.8E-01 | 4.2E-08 | 2.9E-01 | 2.5E-08 |
| Person Driving on Road Direct Gamma | 2.6E+00 | 9.6E-07 | 9.8E-01 | 3.7E-07 | 6.9E-01 | 2.6E-07 | 4.9E-01 | 1.8E-07 | 2.9E-01 | 1.1E-07 |
| Member of CPG Direct Gamma | 5.0E-01 | 1.8E-07 | 1.9E-01 | 7.3E-08 | 1.3E-01 | 5.1E-08 | 9.7E-02 | 3.6E-08 | 5.8E-02 | 2.2E-08 |
| Member of CPG - Ingestion of Drinking Water From Contaminated Well | --[c] | --[c] | -- | -- | -- | -- | -- | -- | -- | -- |
| Member of CPG - Ingestion of Foodstuff Contaminated by Well Water | --[c] | --[c] | -- | -- | -- | -- | -- | -- | -- | -- |
| Reclaimer Direct Gamma | 1.4E+02 | 5.1E-05 | 5.2E+01 | 1.9E-05 | 3.7E+01 | 1.4E-05 | 2.6E+01 | 1.0E-05 | 1.6E+01 | 5.9E-06 |
| Reclaimer -Humid Site-Indoor Radon Inhalation | -- | 6.8E-05 | -- | 2.7E-05 | -- | 1.9E-05 | -- | 1.4E-05 | -- | 8.1E-06 |
| Reclaimer -Dry Site-Indoor Radon Inhalation | -- | 8.1E-05 | -- | 3.1E-05 | -- | 2.2E-05 | -- | 1.6E-05 | -- | 9.3E-06 |
| Reclaimer Well Water Use | --[c] | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Reclaimer -Ingestion of Foodstuff Grown on-Site | 2.6E-01 | 1.5E-08 | 1.0E-01 | 5.9E-09 | 6.8E-02 | 4.2E-09 | 4.7E-02 | 3.0E-09 | 2.9E-02 | 1.8E-09 |
| Individual -Ingestion of River Water Contaminated by Groundwater | --[c] | --[c] | -- | -- | -- | -- | -- | -- | -- | -- |
| Individual -Ingestion of River Water Contaminated by Surface Runoff | 2.0E-02 | 1.5E-09 | 7.6E-03 | 5.6E-10 | 5.3E-03 | 4.0E-10 | 3.8E-03 | 2.7E-10 | 2.3E-03 | 1.7E-10 |

a.    Dose or dose commitment from one year of exposure.
b.    Lifetime risk from one year of exposure.
c.    No radionuclides are calculated to reach the on-site well via the groundwater pathway for almost 10,000 years, or the off-site river or well for more than 100,000 years because of groundwater velocities and retardation factors.

4-33

Table 4-18.   Risk assessment results for Scenario 11 - use of phosphogypsum in a concrete road surface (sand).

| | Re-226 Concentrations in Phosphogypsum | | | | | | | | | |
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
|---|---|---|---|---|---|---|---|---|---|---|
| Construction Worker - No Shielding- Direct Gamma | 4.1E+01 | 1.5E-05 | 1.6E+01 | 5.9E-06 | 9.1E+00 | 4.1E-06 | 7.9E+00 | 3.0E-06 | 4.7E+00 | 1.8E-06 |
| Construction Worker - With Shielding- Direct Gamma | 2.5E+01 | 9.0E-06 | 9.4E+00 | 3.5E-06 | 5.5E+00 | 2.5E-06 | 4.7E+00 | 1.8E-06 | 2.8E+00 | 1.1E-06 |
| Construction Worker -Humid Site- Dust Inhalation | 1.0E+00 | 8.4E-08 | 3.8E-01 | 3.1E-08 | 2.7E-01 | 2.2E-08 | 1.9E-01 | 1.6E-08 | 1.2E-01 | 9.4E-09 |
| Construction Worker -Dry Site- Dust Inhalation | 2.5E+00 | 2.2E-07 | 9.6E-01 | 8.3E-08 | 6.7E-01 | 5.8E-08 | 4.8E-01 | 4.2E-08 | 2.9E-01 | 2.5E-08 |
| Person Driving on Road Direct Gamma | 2.6E+00 | 9.6E-07 | 9.8E-01 | 3.7E-07 | 6.9E-01 | 2.6E-07 | 4.9E-01 | 1.8E-07 | 2.9E-01 | 1.1E-07 |
| Member of CPG Direct Gamma | 5.0E-01 | 1.8E-07 | 1.9E-01 | 7.3E-08 | 1.3E-01 | 5.1E-08 | 9.7E-02 | 3.6E-08 | 5.8E-02 | 2.2E-08 |
| Member of CPG - Ingestion of Drinking Water From Contaminated Well | ---[c] | ---[c] | --- | --- | --- | --- | --- | --- | --- | --- |
| Member of CPG - Ingestion of Foodstuff Contaminated by Well Water | ---[c] | ---[c] | --- | --- | --- | --- | --- | --- | --- | --- |
| Reclaimer Direct Gamma | 1.4E+02 | 5.1E-05 | 5.2E+01 | 1.9E-05 | 3.7E+01 | 1.4E-05 | 2.6E+01 | 1.0E-05 | 1.6E+01 | 5.9E-06 |
| Reclaimer -Humid Site- Indoor Radon Inhalation | --- | 6.8E-05 | --- | 2.7E-05 | --- | 1.9E-05 | --- | 1.4E-05 | --- | 8.1E-06 |
| Reclaimer -Dry Site- Indoor Radon Inhalation | --- | 8.1E-05 | --- | 3.1E-05 | --- | 2.2E-05 | --- | 1.6E-05 | --- | 9.3E-06 |
| Reclaimer Well Water Use | 4.2E-03 | 4.2E-10 | 1.6E-03 | 1.6E-10 | 1.1E-03 | 1.1E-10 | 8.1E-04 | 8.0E-11 | 4.8E-04 | 4.8E-11 |
| Reclaimer -Ingestion of Foodstuff Grown on-Site | 2.6E-01 | 1.5E-08 | 1.0E-01 | 5.9E-09 | 6.8E-02 | 4.2E-09 | 4.7E-02 | 3.0E-09 | 2.9E-02 | 1.8E-09 |
| Individual -Ingestion of River Water Contaminated by Groundwater | ---[c] | ---[c] | --- | --- | --- | --- | --- | --- | --- | --- |
| Individual -Ingestion of River Water Contaminated by Surface Runoff | 2.0E-02 | 1.5E-09 | 7.6E-03 | 5.6E-10 | 5.3E-03 | 4.0E-10 | 3.8E-03 | 2.7E-10 | 2.3E-03 | 1.7E-10 |

a.   Dose or dose commitment from one year of exposure.
b.   Lifetime risk from one year of exposure.
c.   No radionuclides are calculated to reach the off-site river or well via the groundwater pathway for more than 10,000 years because of groundwater velocities and retardation factors.

4-34

4-15 and 4-16.  Estimated doses and risks for Scenarios 10 and 11, involving the use of phosphogypsum in both a concrete road surface and a road base, are shown in Tables 4-17 and 4-18.

In evaluating the risk to the construction worker from external gamma radiation, four cases were analyzed -- two in which the worker stands directly on the roadbed for the entire work day (no shielding), and two in which the worker uses equipment, such as a road grader, which provides some protection from external gamma radiation (with shielding). These four cases are considered to bracket the worker doses which could be received from external gamma radiation.  Worker doses for Scenarios 8 and 9 were evaluated for the case of no asphalt cover over the roadbed to maximize the results of the dose calculations. Worker doses from dust inhalation were evaluated for a humid site (with characteristics typical of a southeastern site) and a dry site (with characteristics typical of a southwestern site).

Reclaimer doses were evaluated for a time (presumed to be 50 years after road construction) when the road is closed and the road surface has crumbled and been removed. The reclaimer is assumed to live in a house constructed on the site and to obtain 50 percent of his food from a garden grown on the site.  Indoor radon doses to the reclaimer were evaluated for both a humid site and a dry site.

For the road construction scenarios, the highest doses and risks result from external gamma exposure and indoor radon inhalation to the reclaimer.  For Scenarios 8 and 9, the lifetime risk to the reclaimer from one year of external gamma exposure is estimated to range from $2.6 \times 10^{-5}$ for 26 pCi/g phosphogypsum to $3.2 \times 10^{-6}$ for 3 pCi/g phosphogypsum.  The lifetime risk from one year of indoor radon inhalation is estimated to range from $6.2 \times 10^{-5}$ for 26 pCi/g phosphogypsum to $7.5 \times 10^{-6}$ for 3 pCi/g phosphogypsum.

For Scenarios 10 and 11, the lifetime risk to the reclaimer from one year of external gamma exposure is estimated to range from $5.1 \times 10^{-5}$ for 26 pCi/g phosphogypsum to $5.9 \times 10^{-6}$ for 3 pCi/g phosphogypsum.  The lifetime risk from one year of indoor radon inhalation is estimated to range from $8.1 \times 10^{-5}$ for 26 pCi/g phosphogypsum to $9.3 \times 10^{-6}$ for 3 pCi/g phosphogypsum.

### 4.4.3  Phosphogypsum in Research & Development Activities

The results of the risk assessment of the use of phosphogypsum in Research & Development activities are summarized in Table 4-19.  For the Research & Development scenario (Scenario 12), a researcher is postulated to work in a laboratory and be exposed to an open 55-gallon drum of phosphogypsum.  Doses to the researcher from external gamma radiation, dust inhalation, and indoor radon inhalation are evaluated.

The doses and risks to the researcher from external gamma radiation and dust inhalation are estimated to be comparable to worker doses from the agricultural and road

4-35

Table 4-19.  Risk assessment results for Scenario 12 - use of phosphogypsum in R&D activities.

| | Ra-226 Concentrations in Phosphogypsum | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 26 pCi/g | | 10 pCi/g | | 7 pCi/g | | 5 pCi/g | | 3 pCi/g | |
| | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] | Dose[a] (mrem) | Risk[b] |
| Researcher Direct Gamma | 2.5E+00 | 9.1E-07 | 9.6E-01 | 3.5E-07 | 6.7E-01 | 2.5E-07 | 4.8E-01 | 1.8E-07 | 2.9E-01 | 1.1E-07 |
| Researcher Dust Inhalation | 9.1E-01 | 8.3E-08 | 3.5E-01 | 3.2E-08 | 2.5E-01 | 2.2E-08 | 1.8E-01 | 1.6E-08 | 1.1E-01 | 9.6E-09 |
| Researcher Indoor Radon Inhalation | --- | 2.1E-05 | --- | 8.1E-06 | --- | 5.6E-06 | --- | 4.0E-06 | --- | 2.4E-06 |

a.  Dose or dose commitment from one year of exposure.
b.  Lifetime risk from one year of exposure.

Appendix Page No. 241

construction scenarios. The greatest risk to the researcher is estimated to be from indoor radon inhalation. The indoor radon inhalation risk is estimated to range from $2.1 \times 10^{-5}$ for 26 pCi/g phosphogypsum to $2.4 \times 10^{-6}$ for 3 pCi/g phosphogypsum.

### 4.4.4   Ingestion of Treated Soil

A final risk assessment was conducted of ingesting soil that had been treated with phosphogypsum. Two scenarios are considered: Scenario 13, which assumes a biennial application rate for 100 years of 664 kg/acre of phosphogypsum containing 10 pCi/g Ra-226, and scenario 14, which assumes an initial application of 8,000 kg/acre of phosphogypsum containing 26 pCi/g Ra-226 followed by biennial applications of 4,000 kg/acre for 100 years. These application rates are the same as those used for scenarios 1/2 and 5/6, respectively (see Section 4.3.3.1). The detailed calculations and the results of this risk assessment are provided in Appendix C. The exposure periods and soil ingestion rates selected for this assessment are also listed in Appendix C.

The total estimated risks for each scenario are given in Table 4-20. The estimated risks from ingesting treated soil are small in comparison to those estimated earlier in this section for exposure to either direct gamma radiation or indoor radon-222. As might be expected, the highest estimated lifetime risk, 7.4E-6, is for a 70-year exposure period combined with using the phosphogypsum containing the highest Ra-226 concentration, 26 pCi/g. This risk is similar to that estimated for exposure to either direct gamma radiation or indoor radon when phosphogypsum containing only 3 pCi/g Ra-226 is applied at a rate of 227 kg (500 lbs) per acre (see Tables 4-12 and 4-13). Over 85 percent of the total risk is due to the presence of Pb-210 and Po-210, while the Ra-226 present contributes only about 10 percent of the risk.

Table 4-20. The estimated total risks due to the ingestion of soil treated with phosphogypsum[a].

| Condition | Exposure Period[b] | | |
|---|---|---|---|
| | 70 year | 30 year | 9 year |
| Scenario 13 | 1.9E-6 | 8.8E-7 | 3.7E-7 |
| Scenario 14 | 7.4E-6 | 3.5E-6 | 1.5E-6 |

[a]    Results from Appendix C.
[b]    Lifetime risk for the specified exposure period.

## 5.  AVAILABILITY AND COSTS OF COMPETING MATERIALS

### 5.1  PEANUT FARMING IN GEORGIA

#### 5.1.1  Availability

Georgia grows almost half of the peanuts produced in the United States.  Of the more than 600,000 acres of peanuts grown in Georgia, approximately a third require some form of gypsum.  Traditionally, 60-70% of that demand has been supplied by phosphogypsum (GDA90).  But since the ban on phosphogypsum, there have been numerous entrants into the Georgia market for gypsum materials, even though there have been waivers for the agricultural use of phosphogypsum.  New products in the Georgia area include: Nutcracker-- a by-product of sulfuric acid neutralization distributed out of Tampa, Florida; Kemira--an industrial acid neutralization product distributed out of Savannah, Georgia; and  Fluorolite-- another acid neutralization product distributed out of Louisiana and Alabama.   According to Agrobusiness, one of the largest distributors of gypsum materials in Georgia, these new products, as well as pure gypsum products, are abundant and available in the Georgia peanut growing area (JA91).

#### 5.1.2  Cost

Dr. Carley, an agricultural economist at the University of Georgia, presented cost and effectiveness data for different types of gypsum fertilizers, including phosphogypsum, during public testimony on the limited reconsideration and proposed rule NESHAP for radionuclide emissions from phosphogypsum stacks in May 1990.  He compared the four phosphate fertilizers in Table 5-1 with a control (no gypsum material added) to determine the economic return when using the four different types of gypsum materials.  Carley found that phosphogypsum gave the highest return at $1218 per acre.  U.S.G. 500, a gypsum product still available on the Georgia market today, provided a slightly lower return of $1212 per acre.  The other two products analyzed, granular and pelleted substances, gave significantly lower returns.

By analyzing Dr. Carley's information, it is possible to compare the cost of increasing peanut yield from the control level for each of the gypsum materials.  This comparison is shown in Table 5-2.  Phosphogypsum provides the lowest cost per pound of peanuts when increasing yield.  Gypsum costs are 1 cent for every pound of increased peanut yield if phosphogypsum is used as the source of gypsum.  It costs four times as much, 4 cents per pound, to increase crop yield using U.S.G. 500.  The two other materials, granular and pelleted substances, have considerably higher costs per pound to provide an increased yield.

Further analysis of phosphogypsum cost compared to substitutes is presented in Table 5-3.  The analysis makes no assumption about comparative yield when using one gypsum fertilizer or another.  It presents cost indices for gypsum materials competitive with phosphogypsum.  Only two products, Fluorolite and Nutcracker have indices less than 1.

5-1

Table 5-1.   Pod yields per acre of peanuts for various gypsum materials, estimated cost of various materials and estimated net return, Georgia.

| Gypsum Material[a] | Experimental Yields (pds/acre)[a] | Gross Return ($/acre)[b] | Cost of Gypsum Material ($/acre)[c] | Return Minus Gypsum Cost ($/acre) |
|---|---|---|---|---|
| Control (no gypsum material) | 2708 | 854 | 0 | 854 |
| Phosphogypsum - Occiwet. | 3917 | 1236 | 17.5 | 1218 |
| Crystalline - U.S.G. 500 | 4000 | 1262 | 50 | 1212 |
| Granular - Abssgram | 3091 | 975 | 45 | 930 |
| Pelleted - Abpellet | 2768 | 873 | 37.5 | 835 |

[a]   From reference A189.

[b]   Priced at 1990 quota support price of $631 per ton, no adjustment made for grade.

[c]   Based on Carley's personal communication with Coastal Plain Experimental Station research personnel; 1990 price quotations. Costs include transportation costs to Tift County Georgia.

Kemira is identically priced to phosphogypsum, with a cost index of 1. All of the other gypsum products are at least two and one-half times as expensive as phosphogypsum, with cost indices of 2.69 or greater. These cost indices are misleading, however, because they do not include transportation costs in the cost of the fertilizer. The two products which seem most competitive with phosphogypsum are both produced great distances from the Georgia peanut growing district -- in Tampa, Florida and Geismar, Louisiana. The Table 5-3 cost indices were revised by including estimated transportation costs from the point of sale to Tifton, Georgia for each of the fertilizers. The new cost indices are shown in Table 5-4. Tifton, Georgia was chosen as the final destination for determining transportation costs because it is in the center of the Georgia peanut growing area. The revised fertilizer cost indices show that no gypsum treatments are less expensive than phosphogypsum. Only Kemira, with a cost index of 1.28 approaches phosphogypsum. All other applications cost at least twice as much as phosphogypsum, with the exception of A.C.G.2000 and Nutcracker which cost 1.86 and 1.95 times as much as phosphogypsum, respectively.

As different soil amendments are not applied at the same rate, the application rate should be considered in the comparative pricing of different products. For example, the University of Georgia Cooperative Extension Service recommends a minimum application

Appendix Page No. 245

Table 5-2.    Gypsum material cost per pound of peanuts for competing gypsum materials.

| Gypsum Material | Cost of Material ($/acre) | Experimental Yield (pds/acre) | Change in Cost From Control ($) | Change in Yield From Control (pds) | Change in Cost/Change in Yield ($/pd) |
|---|---|---|---|---|---|
| None (Control) | 0 | 2708 | | | |
| Phosphogypsum - Occiwet. | 17.5 | 3917 | 17.5 | 1209 | 0.01 |
| Crystalline - U.S.G. 500 | 50 | 4000 | 50 | 1292 | 0.04 |
| Granular - Abssgram | 45 | 3091 | 45 | 383 | 0.12 |
| Pelleted - Abpellet | 37.5 | 2768 | 37.5 | 60 | 0.63 |

Source:   Table 5.1

Table 5-3.    Fertilizer cost indices for competing materials relative to phosphogypsum at point of sale.

| Fertilizer | | Point of Sale[a] | Price at Point of Sale ($/ton)[b] | Fertilizer Cost Index |
|---|---|---|---|---|
| Phosphogypsum | | White Springs, FL | 13 | 1.00 |
| U.S.G. 500 | | Brunswick, GA | 38 | 2.92 |
| Gold Bond Bag | (bagged) | Savannah, GA | 41.5 | 3.19 |
| | (bulk) | Savannah, GA | 35 | 2.69 |
| Domtar | (bagged) | Savannah, GA | 47 | 3.62 |
| | (bulk) | Savannah, GA | 35 | 2.69 |
| A.C.G. 2000 | | Cordele, GA | 40 | 3.08 |
| Nutcracker | | Tampa, FL | 10 | 0.77 |
| Kemira | | Savannah, GA | 13 | 1.00 |
| Fluorolite | | Geismar, LA | 7.5 | 0.58 |
| | | Columbia, AL | 47 | 3.62 |
| Granular (made from Kemira | | Moultrie, GA | 63 | 4.85 |
| by Florida Favorites) | | Macon, GA | 63 | 4.85 |

[a]    Prices obtained from a phone conversation with Jim Arnold of Agrobusiness in Albany, Georgia on August 13, 1991.

[b]    The fertilizer cost does not include equipment and labor cost for applying the fertilizer or transportation costs to the farm.  Equipment costs can be considered the same for all fertilizers, but labor costs are higher for the two dry gypsums, Gold Bond Bag and Domtar, than for the damp gypsums.

5-3

Table 5-4.   Fertilizer cost indices for competing materials relative to phosphogypsum incorporating transportation costs into the fertilizer cost.

| Fertilizer | | Point of Sale | Miles From Point of Sale to Tifton, GA[a] | Transportation Cost ($/ton)[b] | Total Fertilizer Cost (Transportation & Sale) ($/ton) | Fertilizer Cost Index |
|---|---|---|---|---|---|---|
| Phosphogypsum | | White Springs, FL | 107 | 10.7 | 23.7 | 1.00 |
| U.S.G. 500 | | Brunswick, GA | 111 | 11.1 | 49.1 | 2.07 |
| Gold Bond Bag | (bagged) | Savannah, GA | 174 | 17.4 | 58.9 | 2.49 |
| | (bulk) | Savannah, GA | 174 | 17.4 | 52.4 | 2.21 |
| Domtar | (bagged) | Savannah, GA | 174 | 17.4 | 64.4 | 2.72 |
| | (bulk) | Savannah, GA | 174 | 17.4 | 52.4 | 2.21 |
| A.C.G. 2000 | | Cordele, GA | 40 | 4 | 44 | 1.86 |
| Nutcracker | | Tampa, FL | 363 | 36.3 | 46.3 | 1.95 |
| Kemira | | Savannah, GA | 174 | 17.4 | 30.4 | 1.28 |
| Fluorolite | | Geismar, LA | 400 | 40 | 47.5 | 2.00 |
| | | Columbia, AL | 107 | 10.7 | 57.7 | 2.43 |
| Granular (made from Kemira | | Moultrie, GA | 29 | 2.9 | 65.9 | 2.78 |
| by Florida Favorites) | | Macon, GA | 104 | 10.4 | 73.4 | 3.10 |

(a)   Miles determined from a 1989 Rand McNally Road Atlas.

(b)   Transportation Costs determined based on an estimated truck freight rate of $.10/ton/mile.  The estimate is derived from the truck freight rate of Exhibit 2.6 of "Transportation Benefits of The Proposed Wabash Waterway," completed by Jack Faucett Associates in December of 1986.  The figure was revised to account for inflation.

5-4

rate (broadcasting) for phosphogypsum and USG 500 of 1000 lbs/acre and 750 lbs/acre, respectively (USG90). Thus, a complete comparative pricing for phosphogypsum and substitute products will include their respective application rates. Table 5-5 presents the results of such an analysis for phosphogypsum and three substitute materials. It is estimated that USG 500 will cost $6.56 (about 55 percent) more per acre than phosphogypsum. Gold Bond and Kemira are 132 and 150 percent more costly per acre, respectively, than phosphogypsum.

Table 5-5. The comparison of material costs per acre.

| Material | Costs (dollars/ton) | | Application Rates (lbs/acre) (USG90) | Cost ($/acre) | Cost/Acre Differential ($) |
|---|---|---|---|---|---|
| | Product (Table 5-3) | Transportation (Table 5-4) | | | |
| Phosphogypsum | 13 | 10.70 | 1000 | 11.85 | 0 |
| USG500 | 38 | 11.10 | 750 | 18.41 | 6.56 |
| Gold Bond | 35 | 17.40 | 1050 | 27.51 | 15.66 |
| Kemira | 63 | 2.90 | 900 | 29.66 | 17.81 |

## 5.2  PEANUT FARMING IN NORTH CAROLINA

The North Carolina Agricultural Extension Service recommends that gypsum be applied to all peanuts regardless of soil type or soil nutrient levels. Although soil calcium is usually sufficient for good plant growth, it is inadequate for pod development and good quality peanuts. Application rates are balanced with the calcium content of the gypsum. Table 5-6 provides the application rates recommended by the North Carolina Agricultural Extension Service for four forms of gypsum (NC90).

According to the Department of Agriculture of the State of North Carolina, approximately two-thirds of peanut growers used phosphogypsum on crops in 1990. They estimate that the banning of phosphogypsum for agriculture use on peanuts would cost North Carolina peanut farmers approximately $2 million per year in producing 160,000 acres of peanuts (Gr90). In March 1991, the North Carolina Peanut Growers Association wrote that other gypsum sources may be available in North Carolina, but that "Phosphogypsum is less expensive, easier to handle, and convenient (Su91)." The Plant Food Association of North Carolina, which includes fertilizer manufacturers and dealers, materials suppliers, NC State University Research and Extension, and NC Department of Agriculture, wrote in April 1990, "Phosphogypsum provides a readily available and economical source of nutrients for our

5-5

Table 5-6.    Gypsum sources and application rates for peanuts in North Carolina.

| Source | Percent Calcium | Application Rate (lbs/acre) 16-18 in. Band | Broadcast |
|---|---|---|---|
| Bagged (finely ground) | 25 | 600-800 | -- |
| 420 Granular | 25 | 600-800 | 1,200-1,600 |
| By-Product Wet Bulk | 17 | -- | 1,800-2,300 |
| Granular By-Product | 20 | 750-1,000 | 1,500-2,000 |

Eastern North Carolina peanut crop.  There are other sources available, but excessively expensive (Yo90)."

## 5.3  PEANUT FARMING IN VIRGINIA

According to S. Mason Carbaugh, Commissioner of the Commonwealth of Virginia's Department of Agriculture and Consumer Services, and his staff, "an adequate supply of gypsum is available in Virginia to meet the needs of Virginia farmers (Ca90)."  Carbaugh investigated prices for substitutes and found a price of $24.30 an acre for gypsum from U.S. Gypsum and $15.75 an acre for gypsum from Materials Byproducts, Inc.  Phosphogypsum, available in Virginia from Texasgulf, was comparatively priced at $15.75 an acre.  All prices are FOB at a dealer warehouse.  The Virginia Farm Bureau Association estimates that banning the use of phosphogypsum would cost southeast Virginia peanut farmers, who currently use phosphogypsum, $20 more an acre for an alternative.  The Association estimates that this increased cost would translate into a cost of several million dollars a year for the farmers of the approximately 100,000 acres of peanuts in Virginia (As90).

## 5.4  AGRICULTURE IN FLORIDA

AGRO Services International, Inc., under a grant sponsored by the Florida Institute of Phosphate Research, researched the use of phosphogypsum as a fertilizer on several Florida crops (AGRO89).  As part of this study, AGRO Services completed field trials using various rates and placement of phosphogypsum (holding constant the addition of other fertilizers containing nutrients not in gypsum) in order to determine the yield response of several crops to phosphogypsum.  As well as determining yield response for each crop tested, AGRO determined the economic returns due to the use of phosphogypsum on the crops.  By assigning a cost to phosphogypsum and its application, assigning a selling price to the tested crops, and by using the percentage yield increases of the experiment, AGRO found that only

5-6

cowpeas present a real risk in obtaining an economic return on investment in phosphogypsum among the crops tested. See Table 5-7 for a summary of the AGRO study. Application of phosphogypsum on the crops, other than cowpeas, is highly likely to result in strong economic returns, because the percentage increases in the last column of Table 5-7 are substantially higher than the break-even levels.

## 5.5  AGRICULTURE IN IDAHO

Simplot operates a plant in Pocatello, Idaho. In 1988 Simplot sold approximately 40,000 to 50,000 tons of phosphogypsum for use on alfalfa, onion, and potato crops in Idaho. In 1991, Simplot only sold approximately 4,500 tons of phosphogypsum for use on a ranch which produces corn, potatoes, and wheat. Due to the regulatory uncertainty surrounding the use and sale of phosphogypsum, they no longer promote sales (Mc91).

## 5.6  AGRICULTURE IN CALIFORNIA

According to The Fertilizer Institute, phosphogypsum is used on a variety of crops in California including citrus, almonds, vegetables, and tomatoes. The 1988 sales of phosphogypsum in California were 84,507 tons. The Fertilizer Institute estimates, however, that 1990 demand for gypsum for agricultural use in California is at 500,000-750,000 tons per year (TFI90b). Four Court, Inc., whose 1990 sales of phosphogypsum to California sources were 50,000 tons, questions the use of alternative mined gypsum from Utah. They suggest that mined gypsum from one Utah source contains high levels of uranium and thorium (Se90).

## 5.7  ROAD BUILDING IN FLORIDA

### 5.7.1  Availability

In a study considering the use of phosphogypsum for secondary road construction, the University of Miami writes, "Traditional road building materials, such as limerock, shellrock, shell, and clay are in short supply in many parts of Florida. Significant tonnages of aggregates used in road construction are now imported from foreign countries. The U.S. Bureau of Mines has forecasted that Florida will have to import all its aggregate by the year 2000 (UoM89)." The study suggests phosphogypsum as an alternative. According to the Florida Department of Transportation, however, limestone - the primary material used as a roadbase in the state of Florida - is plentiful from local sources throughout the state of Florida with a few exceptions. Natural sand-clay material and natural shellrock are also available in limited supply in some areas (He91). Thus, there appears to be differing opinions on the availability of roadbase materials in Florida, and the need for phosphogypsum in road construction is unclear.

Table 5-7.    Economic returns using phosphogypsum on selected Florida crops.

| Crop | Selling Price of Produce (Dollars) | Average Yield of Crop Without Phosphogypsum (pounds) | Cost of Phosphogypsum ($/acre) | Percentage Increase Needed to Break Even Using 1000 lbs/acre | Using 2000 lbs/acre | Percentage Increase Found |
|---|---|---|---|---|---|---|
| Cantaloupe | 0.10 | 36000 | 90 | 2.5 | 5 | 37 |
| Sweet Corn | 0.12 | 24000 | 90 | 3.1 | 6.2 | 55 |
| Cow Peas | 0.06 | (a) | 90 | 12.5 | 25 | 20 |
| Bell Peppers | 0.25 | 12000 | 90 | 1 | 2 | 40 |
| Potatoes | 0.08 | 60000 | 90 | 1.9 | 3.8 | 22 |
| Tomatoes | 0.14 | 36000 | 90 | 1.8 | 3.6 | 6 |
| Watermelon | 0.05 | (a) | 90 | 4.5 | 9 | 49 |

(a) Value missing from the source document.

Source:  "Uses of Phosphogypsum Fortified With Other Selected Essential Elements as a Soil Amendment on Low Cation Exchange Soils."  Prepared by Agro Service Intl., Inc. under a grant sponsored by the Florida Institute of Phosphate Research, Bartow, Florida, November 1989.

## 5.7.2  Cost

The University of Miami in conjunction with the Florida Institute of Phosphate Research constructed one and one-half miles of secondary road (Parrish Road) utilizing phosphogypsum(UoM89).  They then compared the costs of building the road to the costs encountered in building two similar roads.  The roads used for comparative purposes, Tanner Road and Windy Hill Road, were built in Polk County about the same time as Parrish Road, but were built with clay.  The building of Parrish road was broken down into 9 tasks for which economic data (labor, capital, and energy expense) were collected.  The tasks included:  setting stakes and grading, hauling gypsum, spreading gypsum, boxing out and shaping up, mixing subgrade and gypsum, watering, final blade, compaction, and foreman's work.  According to the analysis, the total cost for building Tanner Road and Windy Hill Road were $98,339 per mile and $129,320 per mile, respectively.  In comparison, the cost of building Parrish Road was $23,485 per mile.  Figure 5-1 breaks these costs down by vehicle, material, and labor costs.  The road built with phosphogypsum materials has no material costs as the road was built close to the source of the phosphogypsum and the phosphogypsum was donated to the project.  In order for the cost of building Parrish Road to equal the cost of Tanner Road and Windy Hill Road, the amount of phosphogypsum necessary to build one mile of road and the transportation of that amount of material would have to cost $74,854 and $105,835, respectively.

It is possible to estimate the cost of phosphogypsum to construct one mile of roadway using information provided in the BID; however, it is difficult to estimate the transportation costs.  Because the transportation cost is a function of the haulage distance, it is possible, however, to estimate the distance phosphogypsum can be transported and not exceed the cost of using conventional materials ($74,854 and $105,835).  The following information was provided earlier in this document.

- Roadbed Dimensions (Figure 4-1) - 0.25 m thick x 9.15 m wide x 1613 m long
- Roadbed Material Density (Table 4-5) - 2250 kg/m$^3$
- Cost of Phosphogypsum (Table 5-3) - $13.00/ton
- Transportation Cost (Table 5-4) - $0.10/ton-mile

Using this information, one mile of roadbed will contain 3690 m$^3$ of material weighing 9,151 tons.  Phosphogypsum is usually mixed in various ratios with soil (clay/sand) in roadbed preparation.  The amounts of phosphogypsum required and its cost for three commonly used mixtures are:

| Phosphogypsum: Soil Mixture | Amount (tons) | Cost ($) |
|---|---|---|
| 1:2 | 3,050 | 39,650 |
| 1:1 | 4,576 | 59,488 |
| 2:1 | 6,101 | 79,313 |

Appendix Page No. 252



Fig. 5-1. Road building cost comparison-
traditional material vs. phosphogypsum.

Source: UoM89

Thus, the amount of money for transportation costs not to exceed the cost of Tanner ($74,854) and Windy Hill ($105,835) roads will be:

| Phosphogypsum: Soil Mixture | Tanner Road ($) | Windy Hill Road ($) |
|---|---|---|
| 1:2 | 35,204 | 66,185 |
| 1:1 | 15,366 | 46,347 |
| 2:1 | -4,459 | 26,522 |

The distance phosphogypsum could be shipped and not exceed the cost of using conventional materials is presented in Table 5-8.

Table 5-8.   Estimated maximum distances phosphogypsum can be hauled for road use and remain competitive with conventional materials.

| Phosphogypsum: Soil Mixture | Tanner Road (miles)[a] | Windy Hill Road(miles)[a] |
|---|---|---|
| 1:2 | 115 | 217 |
| 1:1 | 34 | 101 |
| 2:1 | 0 | 43 |

[a]   miles = Trans. dollars available ÷ tons required x $ 0.10/ton-mile.

From this analysis, the economical advantage of using phosphogypsum in roadbed construction is not conclusive, but will depend in great part on the transportation costs. Therefore, the viability of using phosphogypsum in road construction will be dependent upon the location of the phosphogypsum in relation to the road construction site and the availability, cost, and location of competing materials.

## 5.8   RECLAIMING MINED LAND

### 5.8.1   Availability

Texasgulf produces phosphogypsum as a by-product at its wet phosphoric acid producing plant in Aurora, North Carolina (Pe91). The company's chemical processing facility is adjacent to their phosphate rock mine. In light of the proximity of the two sites, the company spent time and energy developing a method to mix clay, separated from the mined phosphate rock, and by-product phosphogypsum to reclaim mined land. This process, although economical for Texasgulf, may not be economical for other companies because the mines and the chemical processing plants of the other companies may not be close enough

together to make the blending process economical, and the clay recovered from the phosphate rock in other locations may not be suitable for this type of process.

### 5.8.2 Cost

Quantitative figures on the savings Texasgulf achieves by reclaiming mined land were not available. However, obvious savings include the cost of building and maintaining phosphogypsum stacks and clay settling ponds. Additionally, land reclaimed with the phosphogypsum/clay blend is available for use sooner than when it is reclaimed with only clay. Texasgulf estimates that land reclaimed with the phosphogypsum/clay mixture is suitable for revegetation approximately 9 months after reclamation. Alternatively, land reclaimed with only clay may take 20 plus years before it is suitable for revegetation.

5-12

## 6. REFERENCES

AGRO89    AGRO Services International, Inc., "Use of Phosphogypsum Fortified With
          Other Selected Essential Elements as a Soil Amendment On Low Cation
          Exchange Soils", under a grant from the Florida Institute of Phosphate
          Research, November 1989.

Al89      Alva, A.K., Gascho, G.J. and Guang, Y., "Gypsum Material Effects on
          Peanut and Soil Calcium," Communication in Soil Sci. Plant Anal. 20, 1727-
          1744, 1989.

An88      Anderson, N, Mobil Mining and Minerals Div., personal communication with
          Jack Faucett Associates, Bethesda, MD, June 14, 1988.

Ap88      Appel, B. D., Woodward-Clyde Consultants, Oakland, CA, written
          communication, July 1988.

Ar91      Arnold, J., Agrobusiness, Albany, GA, personal communication with Jack
          Faucett Associates, Bethesda, MD, August 13, 1991.

As90      Ashworth, C. W., President, Virginia Farm Bureau Federation, written
          communication to U.S. Environmental Protection Agency, January 24, 1990.

Ba80      Baird, J. V., and E. J. Kamprath, "Agricultural Use of Phosphogypsum on
          North Carolina Crops", Presented at the International Symposium on
          Phosphogypsum sponsored by Florida Institute of Phosphate Research, Bartow,
          Florida, November 5-7, 1980.

Ba88      Baretincic, J. M., IMC Fertilizer, Inc., Mulberry, FL, written communication
          to T. R. Horton, SC&A, Montgomery, AL, June 1988.

BOM87     Bureau of Mines, "Minerals Yearbook", 1987.

BOM88     Bureau of Mines, "World Demand for Fertilizer Nutrients for Agriculture",
          Open File Report, OFR 24-88, Department of the Interior, Washington, D.C.,
          April 1988.

Ca90      Carbaugh, S. M., Commissioner, Virginia Department of Agriculture and
          Consumer Services, written communication to U.S. Environmental Protection
          Agency, May 21, 1990.

6-1

Ch87    Chang, W. F., "Reclamation, Reconstruction, and Reuse of Phosphogypsum for Building Materials", Florida Institute of Phosphate Research, Publication No. 01-014-048, 1987.

Ch89    Chang, W. F., D. A. Chin, and R. Ho, "Phosphogypsum for Secondary Road Construction", Publication No. 01-033-077, Florida Institute of Phosphate Research, Bartow, Florida, June 1989.

Ch90    Chang, W. F., and M. I. Mantell, "Engineering Properties and Construction Applications of Phosphogypsum", Phosphate Research Institute, University of Miami Press, Coral Gables, Florida, 1990.

Co88    Cook, L. M., Chevron Chemical Co., written communication to R. Guimond, Office of Radiation Programs, EPA, Washington, D.C., August 1988.

Coc88   Cochrane, J. F., J. R. Simplot Co., Pocatello, ID, written communication to Doug Chambers, SENES Consultants, LTD., Richmond Hill, Ontario, Canada, April 15, 1988.

Co92    Colli, A., Personal Communication, USEPA, Office of Radiation Programs, Washington, D.C., January 15, 1992.

Da____  Daughtery, J. A., and F. R. Cox, "Effect of Calcium Source, Rate, and Time of Application on soil Calcium Level and Yield of Peanuts", Paper No. 4352 of the Journal Series of the North Carolina Agricultural Experiment Station, North Carolina State University, Raleigh, North Carolina, (no date).

Eng66   Engel, R. L., et al., "ISOSHLD, A Computer Code for General Purpose Isotope Shielding Analysis", BNWL-2316, U.S. Department of Energy, Richland, Washington, June 1966.

EPA85   U.S. Environmental Protection Agency, "Report to Congress, Wastes From the Extraction and Beneficiation of Metallic Ores, Phosphate Rock, Asbestos, Overburden From Uranium Mining, and Oil Shale", EPA/530-SW-85-033, 1985.

EPA86   U.S. Environmental Protection Agency, "A Citizen's Guide to Radon: What it is and What to do About it", U.S. Government Printing Office, Washington, D.C., OPA-86-004, 1986.

EPA87   U.S. Environmental Protection Agency, "PATHRAE-EPA: A Performance Assessment Code for the Land Disposal of Radioactive Wastes, Documentation and Users Manual", EPA 520/1-87-028, Washington, D.C., December 1987.

6-2

EPA88        U.S. Environmental Protection Agency, "Limiting Values of Radionuclide Intake and Air Concentration and Dose Conversion Factors for Inhalation, Submersion, and Ingestion", EPA 520/1-88-020, September 1988.

EPA89a       U.S. Environmental Protection Agency, "NESHAPS for Radionuclides - Background Information Document - Volume 2", Office of Radiation Programs, EPA/520/1-89-006-1, September 1989.

EPA89b       U.S. Environmental Protection Agency, "Risk Assessment Methodology, Environmental Impact Statement for NESHAPS Radionuclides, Volume 1, Background Information Document", EPA 520/1-89-005, Washington, D.C., September, 1989.

EPA90        U.S. Environmental Protection Agency, "Report to Congress on Special Wastes From Mineral Processing", USEPA, Solid Waste and Emergency Response, EPA/530-SW-90-070C, July 1990.

Fi78         Fitzgerald, J. E. and Sensintaffar, E. L., "Radiation Exposure From Construction Materials Utilizing Byproduct Gypsum From Phosphate Mining", Radioactivity in Consumer Products, U.S. Nuclear Regulatory Commission, NUREG/CP0001, August 1978.

FIPR87       Florida Institute of Phosphate Research, "Reclamation, Reconstruction, and Reuse of Phosphogypsum for Building Materials", Publication No. 01-014-048, Bartow, Florida, January 1987.

FIPR88       Florida Institute of Phosphate Research, Newsletter, Vol. VIII, No. 4, Winter 1988.

FIPR89a      Florida Institute of Phosphate Research, "Phosphogypsum for Secondary Road Construction", Publication No. 01-041-077, Bartow, Florida, June 1989.

FIPR89b      Florida Institute of Phosphate Research, "Use of Phosphogypsum Fortified With Other Selected Essential Elements as a Soil Amendment on Low Cation Exchange Soils", Publication No. 01-034-081, Bartow, Florida, November 1989.

FIPR90a      Florida Institute of Phosphate Research, "Use of Phosphogypsum to Increase Yield and Quality of Annual Forages", Publication No. 01-048-084, Bartow, Florida, May 1990.

FIPR90b      Florida Institute of Phosphate Research, "Proceedings of the Third International Symposium on Phosphogypsum". Two Volumes, Publication No. 01-060-083, Bartow, Florida, December 1990.

GDA90      Georgia Department of Agriculture, written communication to U.S. Environmental Protection Agency, May 17, 1990.

Go83       Golden, L. E., "Twenty-Five Years of Research in Soil Fertility and Nutrition Studies with Sugar Cane in Louisiana", Agronomy Research Report No. 78, Louisiana Agricultural Experiment Station, Baton Rouge, Louisiana, October 1983.

Gr90       Graham, J. A., Department of Agriculture, State of North Carolina, written communication to U.S. Environmental Protection Agency, January 8, 1990.

GRO85      GROVE Engineering, Inc., "MICROSHIELD, User's Manual", Washington Grove, Maryland, 1985.

Gu75       Guimond, R. J. and Windham, S. T., "Radioactivity Distribution in Phosphate Products, By-Products, Effluents, and Wastes", Technical Note ORP/CSD-75-3, U.S. Environmental Protection Agency, Office of Radiation Programs, Washington, D.C., August 1975.

He91       Hendricks, D., Soil Materials Engineer, Florida Department of Transportation, Gainesville, FL, personal communication with Jack Faucett Associates, Bethesda, MD, August 14, 1991.

Ho88       Horton, T. R., Blanchard, R. L., and Windham, S. T., "A Long-Term Study of Radon and Airborne Particulates at Phosphogypsum Stacks in Central Florida", U.S. Environmental Protection Agency Report, EPA 520/5-88-021, October 1988.

Jo88a      Johnson, K., The Fertilizer Institute, Washington, D.C., written communication to Barry Parks, USEPA, ORP, Las Vegas, NV, August 1988.

Jo88b      Johnson, K., The Fertilizer Institute, Washington, D.C., written communication to Barry Parks, USEPA, ORP, Las Vegas, NV, October 4, 1988.

Kr88       Kramer, C., Jack Faucett Associates, Bethesda, MD, written communication to T. R. Horton, SC&A, Inc., Montgomery, AL, June 24, 1988.

Ll85       Lloyd, G. M., "Phosphogypsum - A Review of the Florida Institute of Phosphate Research Programs to Develop Uses for Phosphogypsum", Florida Institute of Phosphate Research, Publ. No. 01-000-035, December 1985.

6-4

Ll91        Lloyd, M., Florida Institute of Phosphate Research, Bartow, FL, personal communication with R. Blanchard, SC&A, Inc., Montgomery, AL, August 8, 1991.

Mc91        McGinnis, J., Simplot Co., personal communication with Jack Faucett Associates, Bethesda, MD, August 14, 1991.

Mi89        Miller, W. P., "Use of Gypsum to Improve Physical Properties and Water Relations in Southeastern Soils", Publication No. 01-020-082, Florida Institute of Phosphate Research, Bartow, Florida, December 1989.

Mi91        Miller, W.P. and Sumner, M.E., "Impacts From Radionuclides on Soil Treated With Phosphogypsum", Final Report, Agronomy Department, University of Georgia, Athens, GA, April 28, 1992.

Mo90        Moisset, J., "Complete Removal of Radium From Phosphogypsum", Proceedings of the Third International Symposium on Phosphogypsum, sponsored by Florida Institute of Phosphate Research, Bartow, Florida, December 1990.

NC90        North Carolina Agricultural Extension Service, "Peanuts 1990", North Carolina State University, Agricultural Extension Service, Publ. AG-331, 1990.

Oa85        Oates, K. M., and A. G. Caldwell, "Use of By-Product Gypsum to Alleviate Soil Acidity", Soil Sci. Soc. Am. J., Vol. 49, pp 915-918, 1985.

Pe85        Penn, N., "Utilization of the Phosphogypsum Produced in the Fertilizer Industry", United Nations Industrial Development Organization, UNIDO/IS.533, May 1985.

Pe91        Peacock, B., Texasgulf, Aurora, NC, personal communication with Jack Faucett Associates, Bethesda, MD, August 13, 1991.

PEI85       PEI Associates, Inc., "Data Describing Phosphogypsum Piles", EPA Contractor Report, Contract No. 68-02-3878, Work Assignment No. 10, Cincinnati, OH, May 1985.

Po90        Post, Buckley, Schuh and Jernigan, Inc., "Radiological Evaluation of Farm Lands Amended With Phosphogypsum in Bainbridge, GA", Post, Buckley, Schuh, and Jernigan, Inc., Orlando, FL, October 1990.

6-5

Ro87a    Roessler, C.E., "The Radiological Aspects of Phosphogypsum", Proceedings of the Natural Radiation and Technologically Enhanced Natural Radiation, in Florida Symposium, Winter Haven, Florida, May 1987.

Ro87b    Roessler, C.E., "Gamma Radiation and Radon Flux From Roads Constructed With Bases Having Phosphogypsum- Bearing Aggregates", Department of Environmental Engineering Sciences, University of Florida, Gainesville, FL, Draft, November 30, 1987.

Ro88    Roessler, C.E., "Radiological Assessment of the Application of Phosphogypsum to Agricultural Land", Proceedings of the Second International Symposium on Phosphogypsum, January 1988.

SCA91    S. Cohen and Associates, Inc., "Diffuse Norm Wastes - Waste Characterization And Risk Assessment (Draft)", Prepared for U.S. Environmental Protection Agency, Contract No. 68D90170, W.A. No. 1-59, May 1991.

Se88    Sensintaffar, E. L., National Air and Radiation Environmental Laboratory, Radon Branch, personal communication to R. Blanchard, SC&A, Inc., Montgomery, AL, September 1988.

Se90    Sepehri-Nik, E., Four Court, Inc., written communication to U.S. Environmental Protection Agency, January 18, 1990.

Si88    Simplot Company, written communication from J.F. Cochrane, J.R. Simplot Co., Pocatello, ID, to Doug Chambers, SENES Consultants, LTD., Richmond Hill, Ontario, Canada, April 15, 1988.

SP88    Standard and Poor's, "Chemical: Basic Analysis", Industry Surveys, Section 3, October 13, 1988.

Su80    Summer, M. E., W. P. Miller, D. E. Radcliffe, and M. McCray, "Use of Phosphogypsum as an Amendment for Highly Weathered Soils", Proceedings of the First International Symposium on Phosphogypsum, sponsored by Florida Institute of Phosphate Research, Bartow, Florida, November 1980.

Su91    Sugg, N. L., Executive Secretary, North Carolina Peanut Growers Association, Inc., Rocky Mountain, NC, written communication to U.S. Environmental Protection Agency, March 12, 1991.

TFI89    The Fertilizer Institute, "Fertilizer Facts and Figures", Washington, D.C., 1989.

6-6

TFI90a      The Fertilizer Institute, "Comments to the U.S. Environmental Protection
            Agency Concerning Notice of Limited Reconsideration And Proposed Rule -
            NESHAPS for Radionuclides Reconsideration: Phosphogypsum", Docket No.
            A-79-11, 1990.

TFI90b      The Fertilizer Institute, Comments submitted to the U.S. Environmental
            Protection Agency, June 11, 1990.

TVA86       Tennessee Valley Authority, "Fertilizer Trends", TVA/OACD-86/12, Bulletin
            Y-195, Muscle Shoals, Alabama, October 1986.

UoM89       University of Miami, "Phosphogypsum for Secondary Road Construction",
            under a grant from the Florida Institute of Phosphate Research, June 1989.

USG90       United States Gypsum Company, "Comments to the U.S. Environmental
            Protection Agency on NESHAPS for Radionuclides Reconsideration;
            Phosphogypsum 55 Fed. Reg. 13480 (April 10, 1990)", with Exhibit D - The
            University of Georgia Cooperative Extension Service, Gypsum Sources For
            Seed Peanuts, Docket No. A-79-11, June 18, 1990.

Va89        Van De Verg, E., "Economic Analysis - Proposed NESHAPS for
            Radionuclides", Chapter 9, Jack Faucett Associates, Bethesda, MD, February
            10, 1989.

Wa88a       Walker, R., Freeport Chemical Company, Uncle Sam, LA, oral
            communication to T.R. Horton, SC&A, Montgomery, AL, January 1988.

Wa88b       Walker, R., Freeport Chemical Company, Uncle Sam, LA, oral
            communication to T.R. Horton, SC&A, Montgomery, AL, July 1988.

Wa89        Warrington, D., I. Shainberg, M. Agassi, and J. Morin, "Slope and
            Phosphogypsum's Effects on Runoff and Erosion", Soil Sci. Soc. Am. J., Vol.
            53, pp 1201-1205, 1989.

Yo90        Younts, C., President, Plant Food Association of North Carolina, Raleigh,
            NC, written communication to U.S. Environmental Protection Agency, April
            27, 1990.

# APPENDIX A

# PATHRAE PATHWAY EQUATIONS

A-1

# APPENDIX A
## PATHRAE Pathway Equations

## A.1  PROGRAM DESCRIPTION

The PATHRAE methodology models both offsite and onsite pathways through which man can come in contact with the waste.  For each of the pathways, the dose from each nuclide is calculated as a function of time.  These doses are then summed to give the total dose for the pathway.  The dose to the CPG from all pathways is then computed, assuming the entire nuclide inventory is accessible through each pathway.

In this assessment, the PATHRAE code considered eight pathways by which radioactivity may reach humans.  These pathways were:

1.    Groundwater migration with discharge to a river.

2.    Groundwater migration with discharge to a well.

3.    Surface erosion of the cover material and subsequent contamination of surface water.

4.    Food grown on the site.

5.    Direct gamma exposure.

6.    Inhalation of radioactive dust on site.

7.    Inhalation of radon gas and radon daughters on site.

8.    Inhalation of radioactive particulates offsite (dust resuspension).

## A.2  PATHWAY EQUATIONS

The equations used to calculate the doses, D, for each of the eight pathways are presented in this section.  References are given to aid the reader in understanding the assumptions on which the equations are based and, where appropriate, some discussion is given of the important features of the equations.  In general, the equations can be grouped into three components representing the waste form or release rate, the transport pathway, and environmental uptake.  For simplicity, the results of the environmental foodchain analysis are represented in the equations by the symbol, U, called the equivalent uptake factor.

### A.2.1  Pathway One - Groundwater to a River

Groundwater migration with discharge to a river is calculated from the following equation:

A-2

$$D = \frac{Q\lambda_L f_o U_1 (DF)}{q_w} \qquad \text{(A-1)}$$

where

$Q$ = inventory of the isotope available in a given year (pCi)

$q_w$ = flow rate of the river (m³/yr)

$f_o$ = fraction of inventory arriving at the river from transport through the aquifer

$\lambda_L$ = fraction of each nuclide leached from the inventory in a year (l/yr)

$U_1$ = annual equivalent uptake by an individual (m³/yr)

$DF$ = dose conversion factor (mrem/pCi)

The components of the equation are:

Release Rate = $Q \lambda_L$
Transport Pathway = $f_o$
Environmental Uptake = $U_1 / q_w (DF)$

The term $f_o$ can be calculated for dispersive groundwater transport using two methods. For the first case, a constant fraction leach model is used to obtain a non-dispersion solution, which is modified by the Hung Correction Factor[4] to obtain a dispersion solution form for $f_o$ given by:

$$f_o = 0 \qquad \text{for } t \leq t_1 - t_0$$

$$f_o = \frac{v_a F_h}{LR\lambda_L} \left[ 1 - \exp\left[ -\lambda_L (t - (t_1 - t_0)) \right] \right] \text{ for } t_1 - t_0 < t < t_1 \qquad \text{(A-2)}$$

$$f_o = \frac{v_a F_h}{LR\lambda_L} \exp\left[ -\lambda_L (t - t_1) \right] \left[ 1 - \exp(-\lambda_L t_0) \right] \text{ for } t_1 \leq t$$

where

$t$ = time (yr)

$t_0$ = $RL/v_a$

$t_1$ = $R(L + x_w)/v_a$

$R$ = retardation factor = $1 + (\rho/p)k_d$

A-3

$k_d$ = sorption coefficient in the aquifer ($m^3$/kg)

$\rho$ = aquifer density (kg/$m^3$)

$F_h$ = correction factor for dispersion

$\lambda_L$ = length of waste site in direction parallel to aquifer flow (m)

$v_a$ = interstitial horizontal aquifer velocity (m/yr)

$x_w$ = distance of groundwater flow for nearest edge of burial pits to the river (m)

$p$ = aquifer porosity.

The term $F_h$ is strictly applicable to a time integration of the release and is given by:[4]

$$F_h = \exp\left[\frac{(L+0.5x_w)}{2D_a}\left(v_a + 2u - \sqrt{4uv_a + v_a^2}\right)\right] \qquad, \qquad \textbf{(A-3)}$$

where

$D_a$ = longitudinal dispersivity (m)

$u$ = $R\lambda D_a$

For dispersive groundwater transport a band release leaching model is used and $f_o$ is given by:[5]

$$f_o = \frac{1}{N}\sum_{j=1}^{N}\left[F_j(t) - F_j(t-1/\lambda_L)\right] \qquad \textbf{(A-4)}$$

where

$F_j(t)$ = $0.5\, U(t)\, [\text{erfc }(z-) + \exp(d_j)\, \text{erfc }(z+)]$

$U(t)$ = unit step function

$z\pm$ = $\dfrac{\sqrt{d_j}[1+t/(Rt_{wj})]}{2\sqrt{t/(Rt_{wj})}}$

$d_j$ = distance from sector center to access location, divided by the dispersity

$t_{wj}$ = water travel time from sector center to access location (yr)

$N$ = number of mesh points in numerical integration.

The numerical integration referred to above is a means by which the point source analytical solution for dispersive transport can be extended to approximate an area source. The

A-4

disposal facility of length L is divided into N sectors of equal length. A point source of the appropriate magnitude is placed at the center of each sector. The distance, $d_{jh}$, is proportional to the distance from the center of sector j to the access location. The point source analytical solutions are then summed over all sectors to approximate an area source.

## A.2.2  Underline: Pathway Two - Groundwater to a Well

Groundwater migration with discharge to a well is calculated from:

$$D \quad = \quad \frac{Q \lambda_L f_o U_2 (DF)}{q_w} \qquad \textbf{(A-5)} \quad .$$

The aquifer dilution water flow rate $q_w$ is given, in this case, by:

$$Q_w \quad = \quad \begin{array}{l} WLP \text{ for } H_w > L_p \\[2mm] WL_p V_a p \text{ for } H_w < L_p \end{array} \qquad \textbf{(A-6)}$$

where

| | | |
|---|---|---|
| W | = | width of waste pit perpendicular to aquifer flow (m) |
| L | = | length of waste pit parallel to aquifer flow (m) |
| P | = | water percolation rate (m³/m²-yr) |
| $L_p$ | = | length of well casing in aquifer (m) |
| $H_w$ | = | vertical dimension of contaminated zone in aquifer (m) |
| $v_a$ | = | horizontal velocity of aquifer (m/yr) |
| p | = | aquifer porosity |
| $U_2$ | = | annual equivalent total uptake of well water by an individual (m³/yr). |

The vertical dimension of the contaminated zone, $H_w$, is related to the other parameters as follows:

$$H_w \quad = \quad \frac{P \, L}{p \, v_a}$$

A well that intercepts the contaminated zone of the aquifer may also draw in uncontaminated water if the length of the well casing, $L_p$, exceeds $H_w$. This is why Equation A-6 gives two forms for the dilution rate based on the relative magnitudes of $H_w$ and $L_p$. In the general use

A-5

of PATHRAE, the factor $U_2$ differs from $U_1$ in that contaminated seafood is not included.

In addition to modeling the effects of longitudinal dispersion in the aquifer, the well pathway can account for any transverse dispersion that may occur. This reduces the conservatism when calculating nuclide doses for the well pathway. When modeling transverse dispersion, the term $f_o$ in Equation 2-5 is modified by an additional multiplicative term, $f_t$, given by:

$$F_t = \frac{1}{2} \text{ erf } \frac{(y_w + W/2)R}{2\sqrt{D_y\, t}} - \frac{1}{2} \text{ erf } \frac{(Y_w - W/2)R}{2\sqrt{D_y\, t}} \tag{A-7}$$

where

$y_w$     =    distance to well from center of water area in the direction perpendicular to the aquifer flow (m)

$D_y$     =    transverse dispersion coefficient (m²/yr).

For the limiting case in which $D_y$ goes to zero, $f_t$, becomes equal to one. Therefore, the effects of transverse dispersion can be ignored by choosing $D_y$ equal to zero.

The groundwater pathways to the (river and the well) can also accommodate transport in the vertical unsaturated zone between the waste and the aquifer. This is accomplished in the same manner as in the PRESTO codes.[2,4] The vertical water velocity and retardation are given by:

$$V = P/(pS) \tag{A-8}$$

$$R = 1 + \frac{\rho}{p * s} k_d$$

where

S     =    fraction of saturation.

The term S can either be input or calculated from the expression:

$$S = S_r + (1 - S_r)\left[\frac{P}{K_h}\right]^{SNO} \tag{A-9}$$

where

$S_r$     =    residual saturation

SNO    =    soil index

A-6

$K_h$ = vertical zone saturated hydraulic conductivity (m/yr).

## A.2.3  Pathway Three - Erosion and Transport to a River

The dose for sheet erosion of cover material and waste and its subsequent deposition in a nearby river is given by:

$$D = \frac{Q f_e f_{dil} U_1 (DF)}{q_w} \qquad \textbf{(A-10)}$$

where

$f_{dil}$ = fraction of solids entering river that originated in waste trenches (calculated internally in the code)

$f_e$ = fraction of waste eroded each year

$q_w$ = river flow rate (m³/yr).

The parameter $f_e$ is calculated from the surface erosion rate, $E_r$, which is an input variable, according to the relation $f_e = E_r/t_w$, where $t_w$ is the waste thickness (m) and $E_r$ is expressed in m/yr.

## A.2.4  Pathway Four - Food Grown Onsite

The equation for D for food grown over the disposal site is:

$$D = \frac{Q f_d f_g (DF) U_3}{V \quad \rho_s} \qquad \textbf{(A-11)}$$

where

$V$ = volume of waste (m³)

$\rho_s$ = soil density (kg/m³)

$f_d$ = dilution factor representing the dilution of waste in the soil

$f_g$ = fraction of individual's diet consisting of food grown over the disposal site

$U_3$ = total equivalent uptake factor for food (kg/yr).

Equation A-11 assumes that at some future time a reclaimer moves onto the waste disposal site and builds a house. By excavating a basement for the house and by drilling a well on the property, some of the waste material is brought to the surface and is mixed with the

A-7

surface soil to some depth ($t_g$). Using these assumptions, the factor $f_d$ representing the dilution of waste in the surface soil is given by:

$$f_d = f_m \left[ \frac{t_m - t_c}{t_g \left[ \frac{A_l}{A_h} - 1 \right]} + \frac{t_w}{t_g \left[ \frac{A_l}{A_w} - 1 \right]} \right] \tag{A-12}$$

where

$t_w$ = thickness of the waste (m)

$f_m$ = dilution of waste in the trench before reclaimer activities occur

$t_c$ = thickness of cover (m)

$t_m$ = depth of maximum mechanical disturbance (m)

$t_g$ = depth to which contaminants are mixed with surface soil (m)

$A_l$ = lot area (m²)

$A_h$ = house area (m²)

$A_w$ = cross sectional area of wells drilled (m²).

The first term in the brackets of Equation A-12 is the component due to the excavation of a basement. The second term is the well drilling component. A complete derivation of Equation A-12 is given in Reference 6.

## A.2.5  Pathway Five - Direct Gamma

The dose from direct gamma exposure to an intruder is calculated from:

$$D = \frac{Q}{A\mu_w t_w} B(\mu_c t_c) \left[ 1 + \frac{3\sqrt{\pi}}{4E_\gamma} - B(\mu_{wt_w}) \exp(-\mu_{wt_w}) \right] f_{exp} \, (8760)(DFG) \tag{A-13}$$

where

$B(\mu t)$ = $1 + (\mu t)^{1.5}/e_\gamma$

$\mu_w$ = gamma attenuation constant of the waste (1/m)

$\mu_c$ = gamma attenuation constant of the cover (1/m)

A-8

$t_w$ = thickness of the waste (m)

$t_c$ = thickness of the cover (m)

$f_{(exp)}$ = fraction of the year the individual is exposed

A = plane area of the waste, the waste is assumed to be a circular horizontal plane with the exposed individual standing at the center (m²)

$E_\gamma$ = weighted average gamma energy emitted by nuclide (MeV)

DFG = infinite ground plane dose conversion factor (mrem/hr per pCi/m²).

The function, B, in Equation A-13 is the gamma buildup factor which is used to account for the effects of gamma-ray scattering in the waste and in the cover. It is an empirical relation based on gamma scattering data at energies from 0.25 MeV to 1.0 MeV.[7]

The term in brackets in Equation A-13 accounts for self-shielding and buildup in the waste.

The weighted average gamma energy is computed by taking the average of all gamma energies emitted by a particular nuclide, each energy being weighted by its probability of occurrence.

There are three alternatives available when calculating direct gamma doses using PATHRAE. The first alternative allows the calculation of the gamma dose from the undisturbed buried waste. The second alternative assumes that plant roots penetrate the waste and transport some nuclides to the surface. Each year the plants die and deposit their absorbed nuclides on the ground surface, so there is continual transport of nuclides and deposition on the ground surface. The gamma dose is calculated from the nuclides deposited on the surface, as well as the nuclides remaining in the original burial trenches. The third alternative assumes that a reclaimer builds a house and digs a well on the site, as is described under Pathway Five. This brings some of the waste material to the surface where it is mixed with the existing soil. The gamma dose is calculated from the waste on the surface and from the waste that remains underground.

The three options in Pathway Five are selected by the value of the PATHRAE variable IGAMMA which can have the value 0, 1, or 2.

A-9

**A.2.6  Pathway Six - Onsite Dust Inhalation**

The dose, D, for the inhalation of resuspended dust by an inadvertent intruder is given by:

$$D \;=\; \frac{Q\,f_d\,\rho_d\,U_i\,f_{exp}\,(DF)}{V\;\rho_w} \tag{A-14}$$

where

$\rho_w$     =    waste density (kg/m³)

$\rho_d$     =    dust loading in the air breathed (kg/m³)

$f_{exp}$   =    fraction of the year the individual is exposed to dust

$U_i$     =    volume of air breathed in a year (m³/yr)

$V$      =    total volume of waste (m³)

$f_d$     =    dilution factor representing the dilution of waste in the soil.

The assumptions for this pathway are similar to those for Pathway Four. That is, a reclaimer builds a house and drills a well over the waste site. The dose arises as a result of inhalation of contaminated dust during the excavation of the house's basement and the drilling of the well. As in Pathway Four, the dilution factor, $f_d$, is calculated using Equation A-12.

**A.2.7  Pathway Seven - Inhalation of Radon in Structures**

The dose from inhalation of radon and radon daughters in a structure built over the waste is calculated from:

$$D \;=\; \frac{Q}{h\lambda_r VF}\, E\sqrt{\lambda D_w}\,\tanh(100\,b_w t_w)\exp(-100 b_1 t_1 - b_2 t_2)\,U_i(df) \tag{A-15}$$

where

$Q$     =    inventory of Ra-226 (pCi)

$E$     =    fraction of radon which can emanate upward from the waste

$h$     =    height of rooms in structure built over the waste (cm)

$r$     =    air ventilation rate of the structure (air changes/sec)

$V$     =    volume of waste (m³)

A-10

$\lambda$ = decay constant of radon (1/sec)

$t_w$ = waste thickness (m)

$t_1$ = thickness of earthen cover (m)

$t_2$ = thickness of concrete floor in reclaimer house (cm)

$D_w$ = radon diffusion coefficient of the waste ($cm^2$/sec)

$D_1$ = radon diffusion coefficient of the cover ($cm^2$/sec)

$D_2$ = radon diffusion coefficient of concrete floor ($cm^2$/sec)

$b_i$ = $\sqrt{\lambda/D_i}$ (i = w, 1, 2)

$F$ = $\frac{1}{2}\left[1 + \sqrt{a_w/a_e} \ \tanh(b_w t_w)\right] +$
$\frac{1}{2}\left[1 - \sqrt{a_w/a_e} \ \tanh(b_w t_w)\right] \exp(-2(100 \ b_1 t_1 + b_2 t_2))$

$a_i$ = $p_i^2 \ D_i \left[1 - (1-k)m_i\right]^2$

$m$ = $0.01 \ M\rho/p$

$M$ = moisture content (dry weight percent)

$k$ = 0.26 $pCi/m^3$ in water per $pCi/m^3$ in air

$p$ = porosity

$U_i$ = total volume of air breathed in a year ($m^3$/yr).

## A.2.8  Pathway Eight - Atmospheric Transport of Contaminants

The dose from the inhalation of airborne contaminants from dust resuspension (also valid for incinerator or trench fire) is given by:

$$D \ = \ \frac{Q}{V} \ r \ f_f \ f_v \ \left[\frac{X}{Q'}\right] \ U_i \ (df) \qquad\qquad \textbf{(A-16)}$$

where

r = dust resuspension rate or burn rate of incinerator or trench fire ($m^3$ waste/sec)

A-11

$f_f$ = deposition velocity for dust resuspension (m/sec) or fraction of the year the burning occurs for incinerator and trench fire

$f_v$ = nuclide-specific volatility factor for incineration or trench fire (fraction of nuclide released to atmosphere)

X = downwind atmospheric concentration (pCi/m$^3$)

Q´ = atmosphere source release rate (pCi/sec).

PATHRAE uses Gaussian plume[9] expressions for X/Q´:

$$\frac{X}{Q´} = \sqrt{\frac{2}{\pi}} \; \frac{f_w}{\sigma_z u} \; \frac{n}{2\pi x} \; \exp\; (-h^2/2\sigma_z^2) \qquad \textbf{(A-17)}$$

where

$f_w$ = fraction of time wind blows in direction of interest

$\sigma_w$ = standard deviation of plume concentration in vertical direction (m)

u = average wind speed (m/sec)

n = number of sectors or wind directions (usually 16)

x = distance from source to receptor (m)

h = effective release height including momentum and thermal plume rise effects (m).

Plume depletion effects from deposition are represented by a reduced source release rate calculated internally to the code.[9]

The actual release height is modified to account for momentum and thermal plume rise effects by the following equations:[9]

$$h = h_s + \frac{1.5 \; v_s \; d_s}{u} + \frac{1.6(3.7E{-}5 \; x^2 \; Q_H)^{0.333}}{u} \qquad \textbf{(A-18)}$$

where

$h_s$ = actual release height (m)

$v_s$ = stack gas velocity (m/sec)

$d_s$ = stack inside diameter (m)

A-12

$Q_H$ = heat emission rate from stack (cal/sec).

Equation A-18 is valid as long as the distance to the receptor location is less than ten times the stack height. For greater distances the receptor distance, x, is replaced with $10\ h_s$.

If some parameters are unknown or poorly characterized, a default option, based on the location of the maximum plume concentration, is used. In this case:

$$\frac{X}{Q'} = \frac{2}{\pi h^2 eu} \tag{A-19}$$

where
    e    =    Euler's number (2.71828).

Equations A-17 and A-19 are from Reference 10 and are expressions for point sources. For the trench fire scenario it is assumed that the fire involves a relatively small amount of waste (for example, the amount received by the facility in one day). For an incinerator the only source is a single incinerator stack. Since the extent of the source is small in these cases, the use of the point source expression is justified.

If an area source is desired it can be represented by the virtual point source approximation, where x is replaced by x´, given by[1]

$$x' = x + 1.5137\ y$$

where
    y    =    width of the facility (m)

The $\sigma_z$ in Equation A-17 is calculated in PATHRAE using Briggs' approximations.[9] This necessitates specifying one of the six Pasquill atmospheric stability classes. If no stability class is specified in the input data set, the moderately stable Class D is used. The stability class should be chosen to represent an annual average stability. The wind speed, u, is the annual average wind speed in the direction from source to receptor.

A-13

## Appendix A References

1.  U.S. Environmental Protection Agency, "Radiation Exposures and Health Risks Resulting From Less Restrictive Disposal Alternatives for Very Low-Level Radioactive Wastes," U.S. Environmental Protection Agency report, (in press).

2.  M.W. Grant, et al., "PRESTO-CPG:  Users Guide and Documentation for Critical Population Group Modifications of the PRESTO Code," U.S. Environmental Protection Agency report, (in press).

3.  U.S. Nuclear Regulatory Commission, "Calculation of Annual Doses to Man From Routine Releases of Reactor Effluents for the Purpose of Evaluating Compliance with 10 CFR Part 50," Appendix I, Regulatory Guide 1.109, March 1976 and October 1977.

4.  "PRESTO-EPA-POP:  A Low-Level Radioactive Environmental Transport and Risk Assessment code -- Methodology Manual," EPA 520/1-85-001, 1985.

5.  H.C. Burkholder and E.L.J. Rosinger, "A Model for the Transport of Radionuclides and Their Decay Products Through Geologic Media," Nucl. Techl. 150, 1980.

6.  V.C. Rogers, et al., "Low-Level Waste Disposal Site Performance Assessment with the RQ/PQ Methodology," Electric Power Research Institute report, NP-2665, December 1982.

7.  K.Z. Morgan, J.E. Turner (eds), "Principles of Radiation Protection," John Wiley & Sons, Inc., p. 270, 1967.

8.  V.C. Rogers and K.K. Nielson, "Radon Attenuation Handbook for Uranium Mill Tailings Cover Design," U.S. Nuclear Regulatory Commission report NUREG/CR-3533, February 1984.

9.  R.E. Moore, et al., "AIRDOS-EPA:  A Computerized Methodology for Estimating Environmental Concentrations and Dose to Man from Airborne Releases of Radionuclides," EPA 520/1-79-009, December 1979.

10. D.H. Slade (ed.), "Meteorology and Atomic Energy," U.S. Atomic Energy Commission report, July 1968.

11. V.C. Rogers, et al., "A Radioactive Waste Disposal Classification System - The Computer Program and Groundwater Migration Models," U.S. Nuclear Regulatory Commission report NUREG/CR-1005, V-2, September 1979.

A-14

# APPENDIX B

## RA-226 SOIL CONCENTRATION CALCULATIONS

B-1

## APPENDIX B
### Ra-226 Soil Concentration Calculations

Radium-226 soil concentrations, resulting from periodic applications of phosphogypsum, can be calculated by solving a standard mass balance equation:

$$\frac{dC}{dt} = K - kC \tag{B-1}$$

The solution to equation B-1 is obtained through standard differential equation solution techniques, and is found to be:

$$C = \frac{K}{k}(1 - e^{-kt}) \tag{B-2}$$

Using the boundary condition of C=0 at t=0, the arbitrary constants can be solved for. The resulting solution then becomes:

$$Cs = \frac{k_i \, C_{pG}}{W} * \frac{1}{k_2 + k_3 + k_4 + k_5} * (1 - e^{-(k_2 + k_3 + k_4 + k_5)t}) \tag{B-3}$$

where

| | | |
|---|---|---|
| $Cs$ | = | Ra-226 concentration in soil (pCi/g) |
| $C_{pG}$ | = | Ra-226 concentration in phosphogypsum (pCi/g) |
| $k_i$ | = | application rate of phosphogypsum (g/yr) |
| $W$ | = | mass of soil (g) |
| $k_2$ | = | Ra-226 decay rate ($4.3 \times 10^{-4}$ yr$^{-1}$) |
| $k_3$ | = | rate loss of Ra-226 due to uptake by plants ($2.6 \times 10^{-6}$ yr$^{-1}$) |
| $k_4$ | = | rate loss of Ra-226 by leaching ($2.8 \times 10^{-5}$ yr$^{-1}$) |
| $k_5$ | = | rate loss of Ra-226 by wind erosion ($8.9 \times 10^{-4}$ yr$^{-1}$) |

Using the data in the table presented below, the Ra-226 soil concentration can be calculated after 100 years of biennial phosphogypsum application.

B-2

Table B-1.  Ra-226 soil concentration calculation parameters.

| Parameter | Scenario 1 & 2 | Scenario 3 & 4 | Scenario 5 & 6 |
|---|---|---|---|
| $k_2$ (yr$^{-1}$) | 4.3E-04 | 4.3E-04 | 4.3E-04 |
| $k_3$ (yr$^{-1}$) | 2.6E-06 | 2.6E-06 | 2.6E-06 |
| $k_4$ (yr$^{-1}$) | 2.8E-05 | 2.8E-05 | 2.8E-05 |
| $k_5$ (yr$^{-1}$) | 8.9E-04 | 8.9E-04 | 8.9E-04 |
| $k_i$ (g/yr) | 4.6E+07 | 1.0E+09 | 1.1E+09 |
| t (yrs) | 100 | 100 | 100 |
| W (g) | 1.9E+11 | 2.8E+12 | 1.0E+12 |
| CpL (pCi/g) | 30 | 30 | 30 |

A summary of the Ra-226 soil concentrations calculated for scenarios 1-6 is presented in Table B-2.

Table B-2.  Ra-226 soil concentrations.

| Scenario | Ra-226 Concentration (pCi/g) |
|---|---|
| 1 & 2 (Agriculture:  Average Case) | 0.69 |
| 3 & 4 (Agriculture:  Maximum Case) | 1.02 |
| 5 & 6 (Soil Amendment) | 3.12 |

B-3

# APPENDIX C

## RISK ASSESSMENT FOR THE INGESTION OF TREATED SOIL

C-1

# APPENDIX C
## Risk Assessment for the Ingestion of Treated Soil

The risks that result from the direct ingestion of treated soil has been estimated using the following information:

1. Exhibit 6-14 of the Superfund Risk Assessment Guidance handbook
   a. Ingestion Rate     - 200 mg/d  1-6 yrs of age
                          - 100 mg/d  6-70 yrs of age
                          - 365 days/yr

   b. Exposure Periods   - 70 yrs - lifetime
                          - 30 yrs - 90 percentile residency
                          - 9 yrs - national average residency

   c. Total Uptake

      9 Year Exposure

      $$(200 \text{ mg/d})(365 \text{ d/y})(6 \text{ y}) + (100 \text{ mg/d})(365 \text{ d/y})(3 \text{ y}) = x \text{ mg}$$
      $$438,000 \text{ mg} + 109,500 \text{ mg} = x \text{ mg}$$
      $$547,500 \text{ mg} = x \text{ mg}$$
      $$547.5 \text{ g}$$

      30 Year Exposure

      $$(200 \text{ mg/d})(365 \text{ d/y})(6 \text{ y}) + (100 \text{ mg/d})(365 \text{ d/y})(24 \text{ y}) = x \text{ mg}$$
      $$438,000 \text{ mg} + 876,000 \text{ mg} = x \text{ mg}$$
      $$1,314,000 \text{ mg} = x \text{ mg}$$
      $$1,314 \text{ g}$$

      70 Year Exposure

      $$(200 \text{ mg/d})(365 \text{ d/y})(6 \text{ y}) + (100 \text{ mg/d})(365 \text{ d/y})(64 \text{ y}) = x \text{ mg}$$
      $$438,000 \text{ mg} + 2,336,000 \text{ mg} = x \text{ mg}$$
      $$2,774,000 \text{ mg} = x \text{ mg}$$
      $$2,774 \text{ g}$$

Table C.1.  Scenario 13 - Based on 10 pCi Ra-226/g of phosphogypsum applied at the rate of 664 kg/acre biennially for 100 years.

| Nuclide | Relative[1] Concentration (pCi/g soil) | RF[2] (Risk/uCi) | 70 YR Risk | 30 YR Risk | 9 YR Risk |
|---------|------------------|------------|------------|------------|-----------|
| Ra-226 | 0.69 | 9.4 E-5 | 1.8 E-7 | 8.5 E-8 | 3.6 E-8 |
| Po-210 | 0.66 | 1.4 E-4 | 2.6 E-7 | 1.2 E-7 | 5.1 E-8 |
| Pb-210 | 0.89 | 5.5 E-4 | 1.4 E-6 | 6.4 E-7 | 2.7 E-7 |
| Th-228 | 0.09 | 1.3 E-5 | 3.3 E-9 | 1.5 E-9 | 6.4E-10 |
| Ra-228 | 0.09 | 7.0 E-5 | 1.8 E-8 | 8.3 E-9 | 3.5 E-9 |
| Th-230 | 0.12 | 2.3 E-5 | 7.7 E-9 | 3.6 E-9 | 1.5 E-9 |
| Th-232 | 0.08 | 2.1 E-5 | 4.7 E-9 | 2.2 E-9 | 9.2E-10 |
| U-234 | 0.08 | 7.5 E-5 | 1.7 E-8 | 7.9 E-9 | 3.3 E-9 |
| U-235 | 0.003 | 7.3 E-5 | 6.1E-10 | 2.9E-10 | 1.2 E-10 |
| U-238 | 0.07 | 7.4 E-5 | 1.4 E-8 | 6.8 E-9 | 2.8 E-9 |
| TOTAL RISK | | | 1.9 E-6 | 8.8 E-7 | 3.7 E-7 |

1    Soil concentrations after 100 years of application taking into consideration removal mechanisms.

2    Risk factors from Table A-5 of EPA89b.

C-3

Table C.2.  Scenario 14 – Based on 26 pCi Ra-226/g of phosphogypsum applied at the rate of 8,000 Kg/acre initial application followed by biennial applications of 4,000 Kg/acre for 100 years.

| Nuclide | Relative[1] Concentration (pCi/g soil) | RF[2] (Risk/uCi) | 70 YR Risk | 30 YR Risk | 9 YR Risk |
|---------|------------------|------------------|------------|------------|-----------|
| Ra-226 | 2.74 | 9.4 E-5 | 7.1 E-7 | 3.4 E-7 | 1.4 E-7 |
| Po-210 | 2.64 | 1.4 E-4 | 1.0 E-6 | 4.8 E-7 | 2.0 E-7 |
| Pb-210 | 3.55 | 5.5 E-4 | 5.4 E-6 | 2.6 E-6 | 1.1 E-6 |
| Th-228 | 0.34 | 1.3 E-5 | 1.2 E-8 | 5.8 E-9 | 2.4 E-9 |
| Ra-228 | 0.34 | 7.0 E-5 | 6.6 E-8 | 3.1 E-8 | 1.3 E-8 |
| Th-230 | 0.47 | 2.3 E-5 | 3.0 E-8 | 1.4 E-8 | 6.0 E-9 |
| Th-232 | 0.31 | 2.1 E-5 | 1.8 E-8 | 8.8 E-9 | 3.6 E-9 |
| U-234 | 0.30 | 7.5 E-5 | 6.3 E-8 | 3.0 E-8 | 1.2 E-8 |
| U-235 | 0.013 | 7.3 E-5 | 2.6 E-9 | 1.2 E-9 | 5.0 E-10 |
| U-238 | 0.28 | 7.4 E-5 | 5.7 E-8 | 2.7 E-8 | 1.1 E-8 |
| TOTAL RISK | | | 7.4 E-6 | 3.5 E-6 | 1.5 E-6 |

1    Soil concentrations after 100 years of application taking into consideration removal mechanisms.

2    Risk factors from Table A-5 of EPA89b.

C-4

# Tab 10

# Applying to EPA for Approval of Other Uses of Phosphogypsum: Preparing and Submitting a Complete Petition Under 40 CFR 61.206 A Workbook

## Accessibility Statement

This document does not conform to current Section 508 Compliance standards. For assistance in accessing this document, please submit a request to radiation.questions@epa.gov and include the document link as part of your request.

# Applying to EPA for Approval of Other Uses of Phosphogypsum:
# Preparing and Submitting a Complete Petition Under
# 40 CFR 61.206
## A Workbook

**Prepared for:**

**Radiation Protection Division**
**Office of Radiation and Indoor Air**
**U.S. Environmental Protection Agency**
**1200 Pennsylvania Avenue, NW (6608J)**
**Washington, DC 20460**

**Prepared by:**

**EC/R Incorporated**
**6330 Quadrangle Drive, Suite 325**
**Chapel Hill, NC 27517**
**Under EPA Contract No. EP-D-04-007, Work Assignment 0-2**

**December  2005**

**Applying for Other Uses of Phosphogypsum:**
**Submitting a Complete Petition**

**Table of Contents**

1.0   **Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    1.1   What is the purpose of this document? . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    1.2   Does this workbook replace the regulation? . . . . . . . . . . . . . . . . . . . . . . . . 1
    1.3   Where can I get more information? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    1.4   Who do I contact if I have questions about the regulation or petition process? . . 2

2.0   **Petition Process** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    2.1   How do I start the petition process? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    2.2   What should I include in the description of my potential use and how it's
        implemented? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    2.3   What must I do to show that the potential use won't create any greater risks than
        storing phosphogypsum in stacks? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    2.4.   What steps will EPA take to review and approve my petition? . . . . . . . . . . . . . 5

3.0   **Project Description** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    3.1   How do I characterize the phosphogypsum? . . . . . . . . . . . . . . . . . . . . . . . . . 8
    3.2   How do I describe a proposed small-scale study? . . . . . . . . . . . . . . . . . . . . . 9
    3.3   How does a small-scale study measure success? . . . . . . . . . . . . . . . . . . . . . 10
    3.4   How does a small-scale study limit or control possible undesirable results? . . . 10
    3.5   How do I monitor potential exposures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    3.6   How will the phosphogypsum be handled at a study site? . . . . . . . . . . . . . . . . 11
    3.7   What are the expected benefits of the proposed use? . . . . . . . . . . . . . . . . . . . 11

4.0   **Risk Assessment** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    4.1   What is a risk assessment? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    4.2   How do the results of the risk assessment affect the decision on approval? . . . . 13

5.0   **Risk Models** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    5.1   What EPA models are available? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
    5.2   Which models should I use and how can I obtain them? . . . . . . . . . . . . . . . . . 15

6.0   **Other Requirements** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    6.1   Are there any other EPA requirements than those related to the petition? . . . . . 16
    6.2   If I meet EPA requirements, do I have to consider other Federal and/or state and
        local requirements? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    6.3   What recordkeeping requirements must I meet? . . . . . . . . . . . . . . . . . . . . . . 16
    6.4   What are the certification requirements and how do I meet them? . . . . . . . . . . 17

ii

6.5    What post-approval requirements must I meet?  . . . . . . . . . . . . . . . . . . . . . . . . . 18

**Appendix A:**  Complete Text of 40 CFR 61.200 - 209

**Appendix B:**  Petition Completeness Checklist

iii

## Applying to EPA for Approval of Other Uses of Phosphogypsum:
## Submitting a Complete Petition

### 1.0    Introduction

### 1.1    What is the purpose of this document?

The purpose of this document is to provide information on how to prepare a complete petition to the U.S. EPA for the distribution and use of phosphogypsum for "other purposes" that is consistent with the requirements of our regulations for radon emissions from phosphogypsum stacks.  (See Appendix A for the complete text of the rule.)  This document includes information on petition procedures, content, analysis, and the review and approval process. It is designed to help you submit a complete petition for approval of other uses of phosphogypsum, but it is not intended to be a technical guidance document.  We have included a checklist in Appendix B to assist you in submitting a complete petition.

> **What is Subpart R?**  EPA has developed National Emissions Standards for Hazardous Air Pollutants (NESHAP),  titled "Subpart R, National Emission Standards for Radon Emissions from Phosphogypsum Stacks."  The rule limits radon emissions from phosphogypsum stacks and requires disposal of phosphogypsum in stacks or piles, with exceptions for agricultural and research uses and other uses on a case-by-case basis.

### 1.2    Does this workbook replace the regulation?

No.  This document does not replace or change the final rule and covers only requirements published on or before the date of publication of this workbook, November, 2005. Contact us to make sure you have the latest version of the so-called subpart R rule, which is located in part 61 of title 40, chapter I of the Code of Federal Regulations ("40 CFR 61").

Subpart R was most recently amended on February 3, 1999.  You can find a copy of the Federal Register notice (64 FR 5574, titled:  "National Emission Standards for Radon Emissions from Phosphogypsum Stacks," 40 CFR 61.200-210) through the Office of Federal Register main page at:  http://www.gpoaccess.gov/fr/index.html.  You can see the most up-to-date version of the rule at  http://www.gpoaccess.gov/cfr/index.html.  We've also included the complete text of subpart R in Appendix A.

### 1.3    Where can I get more information?

This document compiles and supplements more detailed information that is available on the EPA radiation website.  See the website at http://www.epa.gov/radiation/neshaps/subpartr/index.html for additional information.

1

## 1.4    Who do I contact if I have questions about the regulation or petition process?

You may contact our staff in the Office of Radiation and Indoor Air using the following information:.

| | |
|---|---|
| Phone | (202) 343-9300 |
| FAX | (202) 343-2304 |
| US Mail | Office of Radiation and Indoor Air |
| | Center for Waste Management |
| | Mail Code 6608J |
| | U.S. Environmental Protection Agency |
| | 1200 Pennsylvania Avenue, NW |
| | Washington, DC 20460-0001 |
| E-Mail | radiation.questions@epa.gov |



Figure 1. Phosphogypsum Stack

2

**2.0     Petition Process**

**2.1     How do I start the petition process?**

If you have a potential use for phosphogypsum, you may request that EPA approve distribution and/or use of phosphogypsum for any other purposes. You may apply for other use approval by following the specific steps listed in the regulation. The two key elements in any proposal for alternative use are:

- A detailed description of your idea for using phosphogypsum and how you plan to implement your idea.
- A risk analysis to demonstrate that introduction of this material into the environment will not result in greater risks to the public or the environment than leaving the phosphogypsum in the stacks.

> Phosphogypsum stacks are a less than ideal management alternative, but they still represent the best option we have identified to date for the majority of material generated.

Note that you must have EPA approval before you do anything with phosphogypsum other than those uses already approved under subpart R. You may not proceed with any project on a "petition pending" basis.

We encourage you to contact us early in the development process. Even if you are just thinking about an idea, wondering if it has been done before, or even feasible, we encourage you to contact us. It may save you a lot of time and trouble. While we do not fund efforts to seek alternatives uses, there are several organizations that may provide funding and/or other assistance. These include:

- Phosphate mining and processing companies.
- State government or the municipal agencies responsible for managing phosphate operations. For example, Florida has created a group devoted to finding solutions to the problem and has funded its research and development.
- Local and national environmental groups.

> If possible, submit both a hard copy and an electronic copy of the entire petition. If this is not possible, these steps will help us review your petition:
>
> - Number the pages in the body of the petition as well as the pages in any appendices.
> - Do not permanently bind your petition, so that we can make additional copies for the review process.
> - Submit one original (marked as such) and two copies.

Contact us if you need more information on potential partners. We will share any information we have about organizations or companies that may provide funding.

This workbook provides a suggested format for your petition. However, each case is different and you

3

should feel free to use any well-organized format.  Fancy presentations aren't required either.  Our review is made on technical merit rather than presentation.

**2.2     What should I include in the description of my potential use and how it's implemented?**

Your petition must provide the information requested in 40 CFR 61.206, "Distribution and use of phosphogypsum for other purposes."  We are looking for specific pieces of information about the applicant, whether you are applying for yourself or another person.  The information required includes the following:

- The name and address of the person(s) making the request.
- A description of the proposed use, including any handling and processing that the phosphogypsum will undergo.  Be specific for each phase or step.  Remember we may not be familiar with the technology.
- The location of each facility, including suite and/or building number, street, city, county, state, and zip code, where any use, handling, or processing of the phosphogypsum will take place.  If the mailing address is different, provide it too.
- The quantity of phosphogypsum to be used by each facility.  Remember, each petition is for a specific amount, which may not be exceeded.  If you aren't sure, estimate on the high side. This will save you from having to call us later for approval of a larger amount.
- The average concentration of radium-226 in the phosphogypsum to be used.  This information may be available from the owner of the stack.  The sampling must have been done within the past 12 months.
- A description of any measures which will be taken to prevent the uncontrolled release of phosphogypsum into the environment.  Please be specific when you provide this information.
- An estimate of the maximum individual risk and incidence associated with the proposed use, including the ultimate disposition of the phosphogypsum or any product in which the phosphogypsum is incorporated.
- How the applicant will dispose of any unused phosphogypsum.

Each request must be signed and dated by a corporate officer or public official in charge of the facility.

Section 3.0 contains more information on the project description elements of the petition.

4

**2.3     What must I do to show that the potential use won't pose greater risk than storing phosphogypsum in stacks?**

Your petition must include the results of a risk assessment demonstrating that the proposed other use will not cause a threat to the public or environment greater than if the phosphogypsum were left in the stack.  As part of the NESHAPs rulemaking process, we conducted an assessment of the maximum individual lifetime risk of fatal cancer from radon emissions from stacks.  This risk was estimated to be less than three in ten thousand ($3 \times 10^{-4}$) to the maximally exposed individual.  This risk threshold is consistent with the determination of a "safe" level first announced in the NESHAPs for certain benzene source categories (54 FR 38044, September 13, 1989).  Based on our analysis, we also determined that this level provides an ample margin of safety, considering the cost, scientific uncertainty, and technological feasibility of control technologies needed to further reduce the radon emissions from stacks.  Therefore, your proposed alternative use petition must demonstrate that the alternative use does not exceed a three in ten thousand maximum individual risk level ($3 \times 10^{-4}$) .

Sections 4.0 and 5.0 on Risk Assessment and Risk Assessment Models have more detailed information on how to complete the risk assessment portion of your petition.

**2.4.     What steps will EPA take to review and approve my petition?**

As suggested above, we urge you to contact us early in the development of your petition.  Once you submit a petition, we will assign an Office of Air and Radiation (OAR) staff person to your petition.  This person will work with you to ensure your petition is processed as quickly as possible and will keep you up-to-date on our progress.  We seek to review your petition and give you a determination in a timely manner.

Our first step will be to assess your petition for completeness.  We cannot finalize or review incomplete petitions or petitions that contain inaccurate or questionable data or analyses.  We will look for the following three elements in our completeness determination:

- A demonstration that the potential radiological risk from the alternative use is at least as protective as placement of phosphogypsum in a stack or mine, consistent with regulations.
- A description of the proposed monitoring scheme covering both radiological and non-radiological parameters, with sufficient detail to demonstrate that the project does not adversely affect the environment, or a justification for why monitoring is not needed.
- Some discussion and documentation that the description of the project lies within generally accepted methodologies for such research, and that the proposed use is legitimate (i.e., not considered "disposal").

We have included an example completeness checklist in Appendix B to help you develop your petition.  During this phase, we would expect to work closely with you to identify any information gaps and address questions we may have regarding your petition.  If we still find that the petition is incomplete, we will document in a letter to you any deficiencies we find and offer suggestions for how you might remedy them.  At that point, you will be welcome to resubmit your petition with additional material.

Once we determine you have a complete petition, we will notify you that we are starting the technical review phase of your petition.  Once that review is complete, we will issue a notice of pending approval or a notice of disapproval signed by the OAR Assistant Administrator.  If the petition is proposed to be approved, we will ask you to submit a copy of the complete petition to the public library closest to the site(s) of the intended alternative use and another to the public library closest to the phosphogypsum stack.  We will publish a notice of our pending approval in the local newspapers near the site(s) and stack informing the public of our pending approval, the location of the libraries where the petition is available for public review, and notice that we will approve the petition in 30 days unless significant adverse comments are received.  We will also directly notify other stakeholders of our pending approval.

Upon receipt of public comments, we will review them for their significance and determine if they contain information that would lead to a concern for human health or environmental impacts not previously considered in the risk analysis, some other reason to reconsider our proposal to approve, or the potential to revise the finding that the alternative use is at least as protective as leaving the phosphogypsum in the stack.  If we determine that there are adverse comments, we will advise you of the comments and give you an opportunity to amend your analysis or proposed use, or take other steps to address the public concerns.  If we determine that the amended petition is approvable, we will notify the local newspapers that a "response to comments" document is available on our website, and issue the approval, including notification to the public.

Consistent with 40 CFR 61.106(e), if we decide to grant a request that approves distribution and/or use of phosphogypsum for a specified purpose, we may decide to impose additional terms or conditions governing such distribution or use.  In some cases, we may require you to take special precautions.  For example, if you were proposing to use phosphogypsum in a way that would bring it into contact with the surface of the ground, such as using it for a road base, we might require you to establish a ground-water monitoring program.  See section 6.0 of this workbook document for more discussion of post-approval requirements.

Since each idea is different, the length of time we need to review each proposal is different. You can expect the length of the review period to depend on the scope of the project, its level of complexity, and the quality of your petition.  If your petition is simple, straightforward, and complete, we may be able to review and approve it in a matter of months.  If it is complex, we will probably need more time and may need to consult with experts outside the Agency, which can extend the review period.  To the extent your proposal is similar to other

proposals we have approved, we anticipate there may be some opportunity for streamlining the process.

Unless there is material, such as details about a proprietary process, that you have marked confidential business information (CBI), we will make the entire petition available to the public. In some circumstances, we will also provide copies of your petition to local and state officials for their comments.  Therefore, if you believe that disclosure of information in your petition would reveal a trade secret or is otherwise considered CBI, you should clearly identify such information in your submittal.  Any information subsequently determined to constitute CBI will be protected under 18 U.S.C. 1905.  If no claim of confidentiality accompanies the information when it is received by us, it may be made available to the public by us without further notice (40 CFR 2.203(a)(2)).  Note that emissions data are exempt from claims of confidentiality, and any emissions data you provide may be made available to the public.  Contact us if you have any concerns about how we will handle CBI.

7

**3.0     Project Description**

Based on our experience with petitions we have received to date, we expect that most petitions for new uses will start with a small-scale (field) study designed to validate the proposed use. Subsequent to successful completion of a small-scale study, we would expect you to submit a follow-on petition for more wide-spread use of the proposed process or material. Therefore, this document emphasizes the important role that a properly designed small-scale study would play in the process of considering a request to use or distribute phosphogypsum for other purposes. There is no requirement for you to pursue a small-scale study. However, documentation of the proposed use through a small-scale study can greatly advance your ability to make the needed showing that your proposed use meets our approval criteria.

Several possible "other uses" of phosphogypsum have been explored over the years. These include:

- Landfill daily cover material
- Road base material
- Marine environment stabilization (oyster culch and riprap applications)
- Grassland fertilizer
- Glass-ceramic tiles
- Cement, wallboard, and other building materials.

Of these uses, the most recent interest has been in the area of landfill daily cover material. Because land applications are a common type of petition, this workbook will focus on the design of projects to address land-based proposals. We also expect that this workbook will provide a general template for other types of application. Note, however, that other applications may involve additional concerns or requirements that must be addressed. For example, a project that would affect the marine environment may require your compliance with the Marine Protection, Research, and Sanctuaries Act (MPRSA, also known as the Ocean Dumping Act), which prohibits the dumping of material into the ocean that would unreasonably degrade or endanger human health or the marine environment. Ocean dumping cannot occur unless a permit is issued under the MPRSA.

The rest of this section will discuss the key elements that comprise a good project description in addition to the listed requirements in 40 CFR 61.206.

**3.1     How do I characterize the phosphogypsum?**

As part of your petition, you must report the average concentration of radium-226 in the phosphogypsum you propose to use. This information should be available from the owner or operator of the phosphogypsum stack. 40 CFR 61.207 describes the procedures that the owner or

8

operator must follow in determining the concentration. Then, if your petition is approved, you must meet the 40 CFR 61.208 certification requirements to document the concentration that is determined. See section 6.4 for more information on the certification requirements.

In addition to information on the average radium concentration of the phosphogypsum you will be using, you also must provide information on the other toxic or hazardous constituents of the waste. Such analyses should be conducted to assure that the proposed use does not cause non-radiological risks to human health and the environment. It is important to analyze the waste for other organic and inorganic constituents in order to understand the basic nature of the material, particularly if there is a breach in containment. Mobility of different constituents varies and can be an early indicator of a potential leak in the system. In that event, constituents other than radionuclides may be the first to breach the unit and an analysis of the waste would provide the information to answer that question.

## 3.2    How do I describe a proposed small-scale study?

A small-scale study is the intermediate step between laboratory testing and full-scale implementation of the alternative use. Because of its smaller size, both costs and potential risks are lower in a small-scale study than in the full-scale implementation of the alternative use. The small-scale study is designed to simulate alternative use conditions as much as possible. At a minimum, a small-scale study will consist of two components – a field test demonstrating how the proposed alternative would function and a control test to generate baseline conditions. Good study design ensures that activities in the field test component will be identical to activities in the control test component. In other words, the field test and control test will be subject to the same conditions at the same time.

We encourage you to describe the proposed use as completely as possible. Your petition should include a detailed description of the small-scale study that includes engineering drawingsthat clearly show the design of the field test and control test. Where needed, these should be in both plan-view and in cross-section, with detail drawings as appropriate. For example, in a landfill application, you should provide detailed information on the design of the geomembrane layer (seam specifics), the hydraulic conductivity of the clay layer, distances to monitoring wells, leachate circulation system design (if used), test cell sumps, etc. Please contact us for a more detailed description of what would be needed in your specific project.

## 3.3    How does a small-scale study measure success?

The criteria used in determining success or failure of the tests needs to be explicit in the petition. In the landfill example, one of the proposed benefits in this application method is the enhanced biodegradation of the solid waste landfill material. The petition should explain the factors that will be used to measure performance (e.g, settlement rate or time/distance of settlement) compared to the control test.

**3.4    How does a small-scale study limit or control possible undesirable results?**

This part of the petition should address quality control/quality assurance (QA/QC) measures you will take to ensure that the small-scale study generates the anticipated results and does not generate unexpected and/or undesirable results.  In a landfill application, information on the type of liner, how it is installed, and steps taken to prevent leaks should be presented.  For such an application you should develop a QA/QC plan that addresses leak prevention potential for liquids, solids, and gases.  For example, hydrogen sulfide ($H_2S$) is a common and very reactive landfill gas.  Will you take measurements to estimate the potential for its generation?  How will you monitor for the generation during the experiment?  Will there be odor concerns from the emissions of $H_2S$ and how will you manage them?

**3.5    How do I monitor potential exposures?**

Your petition should address all relevant exposure pathways, which will include air as well as ground water, ingestion, or others depending on the proposed use.  You will be expected to provide background documentation describing baseline exposure levels, anticipated exposure levels, and how you will monitor exposure.

The air pathway should always be included as a potential pathway of exposure for phosphogypsum.  Movement of the materials from the stack to the area of alternative use can result in particle and contaminated soil resuspension while diffuse radiation exposure from the stack can occur at any time.  Ambient air monitors can be used to estimate the potential exposure to the general public through careful placement along the boundaries of the stack site and the alternative use site.  Place the monitors where maximum air concentrations of contaminants are expected.  Worker air pathway exposure can be estimated through the use of personal monitoring devices.  Personal monitors such as radiation badges or portable particulate samplers are worn by the workers and provide a more precise estimate of exposure than the ambient monitors since the workers move around the site.

In land applications, the ground water pathway must be considered a potential route of exposure in addition to the air pathway.  Your project description must explain how you will monitor the surrounding area to predict the impacts resulting from the small-scale study and to determine if there are leaks in the system.  You should submit a ground-water monitoring plan that includes the following elements:

- Procedures and techniques for the following:
  - Sample collection
  - Sample preservation and shipment
  - Analytical procedures
  - Constituents to be analyzed
  - Chain of custody control

10

- How you will determine if there has been a migration of constituents out of the test site
- An engineering drawing that shows the location of monitoring wells and a schematic showing how they will be constructed
- What constituents will be analyzed
- Information on background ground-water conditions.

More detailed information may be required for your specific proposal.  Please contact us early in the process to determine what requirements will be needed to ensure you are able to submit a complete application.

**3.6     How will the phosphogypsum be handled at a study site?**

Your petition should include the details of how the phosphogypsum will be handled from the point of release at the stack to your site, during the study, and how any remaining materials will be removed from the site and returned to the stack.  You should describe procedures to prevent the unauthorized access to or use of materials at the site.  What are the controls to ensure you do not receive excess materials?  How will the excess material be returned?

**3.7     What are the expected benefits of the proposed use?**

As described in section 2.4, your petition should include a discussion of the effectiveness of the proposed use relative to leaving the phosphogypsum in the stack.  Your proposed use should be a legitimate use with real benefits and not intended merely as a disposal option.  Attention to the benefit of the use is consistent with national and international approaches to radiation protection:  "No practice involving exposure to radiation should be adopted unless it produces sufficient benefit to the exposed individuals or to society to offset the radiation detriment it causes."  (1990 Recommendations of the ICRP)

11

**4.0    Risk Assessment**

**4.1    What is a risk assessment?**

A risk assessment is a scientific analysis that examines the ways that your proposed use could expose people and the environment to phosphogypsum radiation, how great the exposure would be, and what health effects can be expected. The risk assessment should be designed to confirm that the potential radiological risk from the proposed alternative use is:

- No greater risk to public health, in both the short term and the long term, than the risk for disposal of phosphogypsum in a stack or mine (40 CFR 61.206(c)).
- An appropriate level of risk, acceptable and consistent with the NESHAPs program and the Clean Air Act.

Most radiologic risk assessments include the inhalation or air exposure pathway. Air and water concentrations of radionuclides and exposure conditions are used to calculate radionuclide intakes from which one can estimate excess cancer risk. (EPA's Federal Guidance Report No. 13, available at www.epa.gov/radiation, lists risk per unit intake for ingestion and inhalation of radionuclides ). Air concentrations used in risk assessments can be estimated from models, ambient monitors, or a combination of the two. Likewise, water concentrations can be estimated by models, water monitoring, or a combination of both. A preliminary risk assessment may assume default exposure conditions and that lifetime exposure occurs. Further refinement of the risk assessment can be made as necessary.

> The radionuclides uranium and radium-226 are present in phosphogypsum and can become airborne. Once in the air, people and animals can breathe them and they can settle out onto ponds and agricultural areas. Radon-222, a decay product of radium-226, is a gas and so may become airborne by diffusing into the air.

To the extent the phosphogypsum is land applied or will remain in place following the test, the risk assessment must examine other potential pathways of exposure, in particular with respect to ground-water and surface water. Consideration of multiple pathways, particularly pathways associated with ground water, are consistent with our review of alternative uses as found in the 1992 rulemaking on phosphogypsum. To model these additional pathways, it will be necessary for you to obtain some site-specific information (depending on your individual application), such as:

- Soil/landfill properties (e.g., soil types, densities, distribution coefficients)
- Water table properties (e.g, depth, hydraulic gradient)
- Meteorological data (e.g., average rainfall)
- Land use scenario data for the region.

The risk assessment is a key part of your petition and must be submitted with your petition in order to be determined complete. You should consider conducting a screening level

12

assessment first to determine the overall magnitude of risk posed by your proposed use. If the initial risk appears high, you may want to refine your idea to reduce the risk and then conduct a refined assessment to better understand risk factors and assumptions that influence the outcome of the analysis. See section 5.0 for more discussion of the EPA models that are available for estimating cancer risks from exposure to radionuclides.

Please contact us if you have additional questions on how to conduct a risk assessment for your petition. The following materials provide a good starting point for conducting a risk assessment:

Guidelines for Carcinogen Risk Assessment, and Supplemental Guidance for Assessing Susceptibility From Early-Life Exposure to Carcinogens, USEPA, Office of Research and Development, Washington, DC 20460, April, 2005
http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=116283

Risk Assessment Guidance for Superfund, Volume 1, Human Health Evaluation Manual (Part A) USEPA, Office of Emergency and Remedial Response, Washington, DC 20460,
December, 1989
EPA/540/1-89/002

Exposure Factors Handbook, Volume 1, General Factors
USEPA, Office of Research and Development, Washington, DC 20460
August, 1997
EPA/600/P-95/002Fa

Guidelines for Exposure Assessment
Published on May 29, 1992 in the Federal Register at 57 FR 22888-22938

## 4.2    How do the results of the risk assessment affect the decision on approval?

The risk assessment must demonstrate that the proposed other use will not cause a threat to the public or environment greater than if the phosphogypsum were left in the stack. This means that the risk assessment must show that the chance of developing a fatal cancer in people who are exposed to phosphogypsum as a result of the use for which you are applying must not be more than three in ten thousand
($3 \times 10^{-4}$). To put this number in perspective and allow you to see how little increase in risk is permitted, the risk in the United States of developing a fatal cancer (from all causes) is about one in four. If the risk assessment does not meet this standard, your petition will not be approved.

13

## 5.0    Risk Models

### 5.1    What EPA models are available?

EPA has made available multiple models for estimating cancer risks from exposure to radionuclides. The models are unique because they include not only fate and transport of radionuclides released to air and other media, but also estimate dose and risk.  The first question to ask when selecting a computer model for your assessment is which exposure pathways you need to simulate.  (If you are unsure, please contact EPA.)

> Risk models are a series of mathematical equations combining the impact of many different factors that determine the health effects of your proposed use.  For example, if your proposed use involves making a product that goes in the ground, the potential for the phosphogypsum to affect the health of people near it will depend on how dry or wet the soil is, how close it will be to drinking wells, whether there are people living near where you propose to use it, etc.  A risk model contains equations to account for all these factors.

- For air pathway only simulations, the COMPLY-R and CAP-88 models are available.
- EPACMTP is used to simulate the impact of the release of constituents present in waste that is managed in land disposal units.

COMPLY-R is an atmospheric screening model for assessing dose from radioactive air emissions.  COMPLY-R calculates the effective dose equivalent (ede) from radionuclides released from stacks and vents.  Atmospheric concentrations are estimated using a Gaussian plume model and equations that account for building wake effects.   For more information on this model, go to the EPA radiation website at: http://www.epa.gov/radiation/assessment/comply.html.

The CAP-88 (which stands for Clean Air Act Assessment Package-1988) computer model is a set of computer programs, databases and associated utility programs for estimation of dose and risk from radionuclide emissions to air.  The CAP88-PC software, released in 1992, allows the user to complete CAP-88 dose and risk assessment calculations in a personal computer environment.  For more information on this model, go to the EPA radiation website at: http://www.epa.gov/radiation/assessment/CAP88/index.html.

The EPACMTP (Composite Model for Leachate Migration with Transformation Products) is a subsurface fate and transport model used to establish concentrations of constituents in wastes managed in land-based units.  EPACMTP can simulate the subsurface migration of leachate from four different types of waste management units: landfills, waste piles, surface impoundments, or land application units.

Guidance on models for estimating risks from other constituents is also available from EPA in the Air Toxics Risk Assessment Reference Library at: http://www.epa.gov/ttn/fera/risk_atra_main.html.

14

**5.2    Which models should I use and how can I obtain them?**

As a first step, review the EPA models described in section 5.1.  Also, please feel free to contact us for help because we may be able to provide additional guidance on selecting appropriate models.

If you decide to use a different model, you must send us an electronic copy of the model, a user's manual, and verification and validation information, at a minimum.  We will review the information and let you know if it is appropriate for conducting a risk assessment.

15

## 6.0    Other Requirements

### 6.1    Are there any other EPA requirements than those related to the petition?

As described in section 2.4 of this document and consistent with 40 CFR 61.106(e), if we decide to grant a request that approves distribution and/or use of phosphogypsum for a specified purpose, we may decide to impose additional terms or conditions governing such distribution or use.  In some cases, we may require you to take special precautions.  For example, if you are proposing to use phosphogypsum in a way that would bring it into contact with the surface of the ground, such as using it for a road base, we will probably require you to establish a ground-water monitoring program.  In other cases, we might require use of a synthetic geomembrane as part of a landfill cap design.

### 6.2    If I meet EPA requirements, do I have to consider other Federal and/or state and local requirements?

Yes.  Before you send in your petition, it would be wise to talk to the other regulators to ensure that you can proceed.  Other agencies may have restrictions or prohibitions that apply, or be concerned about the potential for long-term, uncontrolled releases to the environment of materials other than radiological constituents, which could potentially cause future remediations.  If you aren't sure whom to contact regarding these issues, we will be able to help you.  As a matter of practice, we keep the affected EPA Regional Office, State Agency, and other relevant jurisdictions informed of activities related to your petition.

Note that our approval of your petition does not supersede any other Federal (e.g., OSHA), local, or state requirements.  For example, as described in section 3.0 of this document, a project that would affect the marine environment requires your compliance with the MPRSA, which prohibits the dumping of material into the ocean that would unreasonably degrade or endanger human health or the marine environment.  Ocean dumping cannot occur unless a permit is issued under the MPRSA.

### 6.3    What recordkeeping requirements must I meet?

The end-user of the phosphogypsum must retain records that conform to the requirements of 40 CFR 61.209(c) for at least 5 years from the date of use of the phosphogypsum.  For example, in the case of a petition to use the phosphogypsum as a landfill cover, the end-user would be the landfill facility.  Your petition must ensure that the records requirement shall be met.

The records must include the following information:

- The name and address of the person in charge of the activity involving use of phosphogypsum

16

- A description of each use of phosphogypsum, including the handling and processing that the phosphogypsum will undergo
- The location of each site where each use of phosphogypsum occurred, including the suite and/or building number, street, city, county, state, and zip code
- The mailing address of each facility using phosphogypsum, if different from that described above
- The date of each use of phosphogypsum
- The quantity of phosphogypsum used
- The certified average concentration of radium-226 for the phosphogypsum which was used
- A description of all measures taken to prevent the uncontrolled release of phosphogypsum into the environment
- A description of the disposition of any unused phosphogypsum.

In appropriate circumstances, we may also decide to waive or modify the recordkeeping requirements established by 40 CFR 61.209(c).

**6.4    What are the certification requirements and how do I meet them?**

As described in section 3.2 of this document, 40 CFR 61.207 establishes radium-226 sampling and measurement procedures to characterize the phosphogypsum.  The certification requirements in 40 CFR 61.208 are designed to ensure the information on radium-226 concentration is documented and available at all times, whenever phosphogypsum is removed from a stack for "distribution in commerce" under 40 CFR 61.206.  Prior to removal and using the procedures defined in 40 CFR 61.207, the owner or operator of a phosphogypsum stack must measure the average radium-226 concentration at the location in the stack from which phosphogypsum will be removed.  Then, under 40 CFR 61.208, the owner or operator must prepare a certificate document for each quantity of phosphogypsum which is distributed in commerce that includes:

- The name and address of the owner or operator
- The name and address of the purchaser or recipient of the phosphogypsum
- The quantity (in pounds) of phosphogypsum sold or transferred
- The date of sale or transfer
- A description of the intended end-use for the phosphogypsum
- The average radium-226 concentration, in pCi/g, of the phosphogypsum, as determined according to 40 CFR 61.207
- The signature of the person who prepared the certification.

Each distributor, retailer, or reseller who purchases or receives phosphogypsum for subsequent resale or transfer must prepare a certification document for each quantity of phosphogypsum that is resold or transferred that includes:

17

- The name and address of the distributor, retailer, or reseller
- The name and address of the purchaser or recipient of the phosphogypsum
- The quantity (in pounds) of phosphogypsum resold or transferred
- The date of resale or transfer
- A description of the intended end-use for the phosphogypsum
- A copy of each certification document which accompanied the phosphogypsum at the time it was purchased or received by the distributor, retailer, or reseller
- The signature of the person who prepared the certification.

Therefore, all phosphogypsum distributed in commerce by the owner or operator of a phosphogypsum stack, or by a distributor, retailer, or reseller, or purchased by the end-user must be accompanied at all times by certification documents that conform to 40 CFR 61.208. While the particular use described in your petition may not be described as "commerce" in a strict sense, there is an end-user, and the petition must address this requirement.

**6.5    What post-approval requirements must I meet?**

Section 6.4, above, describes the ongoing recordkeeping requirements as specified in subpart R. Additional requirements may be added as approval conditions. Similarly, we may add reporting requirements to your approval. In any case, we may contact you from time to time for an update. We also reserve the right to inspect the location where the phosphogypsum is used to insure the conditions of your approval are being met.

"Other uses" are approved as long as nothing in the petition changes. If some piece of information changes, you must notify us. You probably won't be required to do any additional work unless the change is in one of the factors that was considered in the risk analysis. When factors that affect the risk of the use change, you may have to redo part or all of the risk analysis. Factors that could affect the risk analysis results include a decision to use phosphogypsum from a different stack or supplier than indicated in your approved petition. Also, if you submit a petition to manufacture a specific product and later realize it can be used for another purpose, you must complete and submit a new petition containing a new use-specific risk analysis.

Once approved, your petition can be revoked if you violate the approved process. For example, if you say you are going to be making your product in State A, then shipping it to State B for testing, and we discover you have sent it to State C for testing, we may revoke your approval. It is possible that we could involve our Office of Enforcement and Compliance Assurance for further penalties. It is much easier to contact us beforehand and discuss any needed changes to your approved petition.

Unless specified in your approval, there is no "official" closeout to your project. However, we request that you send us a courtesy letter informing us when you complete your study or use, and closeout the site so that our records are complete. Your petition must include

18

information regarding final disposition of the test site and phosphogypsum used and your approval will confirm the final requirements.

19

**Appendix A**

**40 CFR 61.200 - 210**

20

PART 61-National Emission Standards for Hazardous Air Pollutants
Subpart R: National Emission Standards for Radon Emissions
from Phosphogypsum Stacks

§ 61.200 Designation of facilities.
The provisions of this subpart apply to each owner or operator of a phosphogypsum stack, and to each person who owns, sells, distributes, or otherwise uses any quantity of phosphogypsum which is produced as a result of wet acid phosphorus production or is removed from any existing phosphogypsum stack.

§ 61.201 Definitions.
As used in this subpart, all terms not defined here have the meaning given them in the Clean Air Act or subpart A of part 61. The following terms shall have the following specific meanings:
(a) Inactive stack means a stack to which no further routine additions of phosphogypsum will be made and which is no longer used for water management associated with the production of phosphogypsum. If a stack has not been used for either purpose for two years, it is presumed to be inactive.
(b) Phosphogypsum is the solid waste byproduct which results from the process of wet acid phosphorus production.
(c) Phosphogypsum stacks or stacks are piles of waste resulting from wet acid phosphorus production, including phosphate mines or other sites that are used for the disposal of phosphogypsum.

§ 61.202 Standard.
Each person who generates phosphogypsum shall place all phosphogypsum in stacks. Phosphogypsum may be removed from a phosphogypsum stack only as expressly provided by this subpart. After a phosphogypsum stack has become an inactive stack, the owner or operator shall assure that the stack does not emit more than 20 pCi/(m 2-sec) (1.9 pCi/(ft 2-sec)) of radon-222 into the air.

§ 61.203 Radon monitoring and compliance procedures.
(a) Within sixty days following the date on which a stack becomes an inactive stack, or within ninety days after the date on which this subpart first took effect if a stack was already inactive on that date, each owner or operator of an inactive phosphogypsum stack shall test the stack for radon-222 flux in accordance with the procedures described in 40 CFR part 61, appendix B, Method 115. EPA shall be notified at least 30 days prior to each such emissions test so that EPA may, at its option, observe the test. If meteorological conditions are such that a test cannot be properly conducted, then the owner or operator shall notify EPA and test as soon as conditions permit.
(b)(1) Within ninety days after the testing is required, the owner or operator shall provide EPA with a report detailing the actions taken and the results of the radon-222 flux testing. Each report shall also include the following information:
(i) The name and location of the facility;

(ii) A list of the stacks at the facility including the size and dimensions of each stack;

(iii) The name of the person responsible for the operation of the facility and the name of the person preparing the report (if different);

(iv) A description of the control measures taken to decrease the radon flux from the source and any actions taken to insure the long term effectiveness of the control measures; and

(v) The results of the testing conducted, including the results of each measurement.

(2) Each report shall be signed and dated by a corporate officer in charge of the facility and contain the following declaration immediately above the signature line: "I certify under penalty of law that I have personally examined and am familiar with the information submitted herein and based on may inquiry of those individuals immediately responsible for obtaining the information, I believe that the submitted information is true, accurate and complete. I am aware that there are significant penalties for submitting false information including the possibility of fine and imprisonment. See, 18 U.S.C. 1001."

(c) If the owner or operator of an inactive stack chooses to conduct measurements over a one year period as permitted by Method 115 in appendix B to part 61, within ninety days after the testing commences the owner or operator shall provide EPA with an initial report, including the results of the first measurement period and a schedule for all subsequent measurements. An additional report containing all the information in §61.203(b) shall be submitted within ninety days after completion of the final measurements.

(d) If at any point an owner or operator of a stack once again uses an inactive stack for the disposal of phosphogypsum or for water management, the stack ceases to be in inactive status and the owner or operator must notify EPA in writing within 45 days. When the owner or operator ceases to use the stack for disposal of phosphogypsum or water management, the stack will once again become inactive and the owner or operator must satisfy again all testing and reporting requirements for inactive stacks.

(e) If an owner or operator removes phosphogypsum from an inactive stack, the owner shall test the stack in accordance with the procedures described in 40 CFR part 61, appendix B, Method 115. The stack shall be tested within ninety days of the date that the owner or operator first removes phosphogypsum from the stack, and the test shall be repeated at least once during each calendar year that the owner or operator removes additional phosphogypsum from the stack. EPA shall be notified at least 30 days prior to an emissions test so that EPA may, at its option, observe the test. If meteorological conditions are such that a test cannot be properly conducted, then the owner shall notify EPA and test as soon as conditions permit. Within ninety days after completion of a test, the owner or operator shall provide EPA with a report detailing the actions taken and the results of the radon-222 flux testing. Each such report shall include all of the information specified by §61.203(b).

§ 61.204 Distribution and use of phosphogypsum for outdoor agricultural purposes.

Phosphogypsum may be lawfully removed from a stack and distributed in commerce for use in outdoor agricultural research and development and agricultural field use if each of the following requirements is satisfied:

22

(a) The owner or operator of the stack from which the phosphogypsum is removed shall determine annually the average radium-226 concentration at the location in the stack from which the phosphogypsum will be removed, as provided by §61.207.

(b) The average radium-226 concentration at the location in the stack from which the phosphogypsum will be removed, as determined pursuant to §61.207, shall not exceed 10 pCi/g (4500 pCi/lb).

(c) All phosphogypsum distributed in commerce for use pursuant to this section by the owner or operator of a phosphogypsum stack shall be accompanied by a certification document which conforms to the requirements of §61.208(a).

(d) Each distributor, retailer, or reseller who distributes phosphogypsum for use pursuant to this section shall prepare certification documents which conform to the requirements of §61.208(b).

(e) Use of phosphogypsum for indoor research and development in a laboratory must comply with §61.205.


§ 61.205 Distribution and use of phosphogypsum for indoor research and development.

(a) Phosphogypsum may be lawfully removed from a stack and distributed in commerce for use in indoor research and development activities, provided that it is accompanied at all times by certification documents which conform to the requirements of §61.208. In addition, before distributing phosphogypsum to any person for use in indoor research and development activities, the owner or operator of a phosphogypsum stack shall obtain from that person written confirmation that the research facility will comply with all of the limitations set forth in paragraph (b) of this section.

(b) Any person who purchases and uses phosphogypsum for indoor research and development purposes shall comply with all of the following limitations. Any use of phosphogypsum for indoor research and development purposes not consistent with the limitations set forth in this section shall be construed as unauthorized distribution of phosphogypsum.

(1) Each quantity of phosphogypsum purchased by a facility for a particular research and development activity shall be accompanied by certification documents which conform to the requirements of §61.208.

(2) No facility shall purchase or possess more than 3182 kg (7,000 lb) of phosphogypsum for a particular indoor research and development activity. The total quantity of all phosphogypsum at a facility, as determined by summing the individual quantities purchased or possessed for each individual research and development activity conducted by that facility, may exceed 3182 kg (7,000 lb), provided that no single room in which research and development activities are conducted shall contain more than 3182 kg (7,000 lb).

(3) Containers of phosphogypsum used in indoor research and development activities shall be labeled with the following warning: Caution: Phosphogypsum Contains Elevated Levels of Naturally Occurring Radioactivity.

(4) For each indoor research and development activity in which phosphogypsum is used, the facility shall maintain records which conform to the requirements of §61.209(c).

(5) Indoor research and development activities must be performed in a controlled laboratory setting which the general public cannot enter except on an infrequent basis for tours of the

23

facility. Uses of phosphogypsum for outdoor agricultural research and development and agricultural field use must comply with §61.204.

(c) Phosphogypsum not intended for distribution in commerce may be lawfully removed from a stack by an owner or operator to perform laboratory analyses required by this subpart or any other quality control or quality assurance analyses associated with wet acid phosphorus production.

§ 61.206 Distribution and use of phosphogypsum for other purposes.

(a) Phosphogypsum may not be lawfully removed from a stack and distributed or used for any purpose not expressly specified in §61.204 or §61.205 without prior EPA approval.

(b) A request that EPA approve distribution and/or use of phosphogypsum for any other purpose must be submitted in writing and must contain the following information:

(1) The name and address of the person(s) making the request.

(2) A description of the proposed use, including any handling and processing that the phosphogypsum will undergo.

(3) The location of each facility, including suite and/or building number, street, city, county, state, and zip code, where any use, handling, or processing of the phosphogypsum will take place.

(4) The mailing address of each facility where any use, handling, or processing of the phosphogypsum will take place, if different from paragraph (b)(3) of this section.

(5) The quantity of phosphogypsum to be used by each facility.

(6) The average concentration of radium-226 in the phosphogypsum to be used.

(7) A description of any measures which will be taken to prevent the uncontrolled release of phosphogypsum into the environment.

(8) An estimate of the maximum individual risk, risk distribution, and incidence associated with the proposed use, including the ultimate disposition of the phosphogypsum or any product in which the phosphogypsum is incorporated.

(9) A description of the intended disposition of any unused phosphogypsum.

(10) Each request shall be signed and dated by a corporate officer or public official in charge of the facility.

(c) The Assistant Administrator for Air and Radiation may decide to grant a request that EPA approve distribution and/or use of phosphogypsum if he determines that the proposed distribution and/or use is at lease as protective of public health, in both the short term and the long term, as disposal of phosphogypsum in a stack or a mine.

(d) If the Assistant Administrator for Air and Radiation decides to grant a request that EPA approve distribution and/or use of phosphogypsum for a specified purpose, each of the following requirements shall be satisfied:

(1) The owner or operator of the stack from which the phosphogypsum is removed shall determine annually the average radium-226 concentration at the location in the stack from which the phosphogypsum will be removed, as provided by §61.207.

(2) All phosphogypsum distributed in commerce by the owner or operator of a phosphogypsum stack, or by a distributor, retailer, or reseller, or purchased by the end-user, shall be accompanied at all times by certification documents which conform to the requirements §61.208.

24

(3) The end-user of the phosphogypsum shall maintain records which conform to the requirements of §61.209(c).

(e) If the Assistant Administrator for Air and Radiation decides to grant a request that EPA approve distribution and/or use of phosphogypsum for a specified purpose, the Assistant Administrator may decide to impose additional terms or conditions governing such distribution or use. In appropriate circumstances, the Assistant Administrator may also decide to waive or modify the recordkeeping requirements established by §1.209(c).

§ 61.207 Radium-226 sampling and measurement procedures.

(a) Before removing phosphogypsum from a stack for distribution in commerce pursuant to §61.204, or §61.206, the owner or operator of a phosphogypsum stack shall measure the average radium-226 concentration at the location in the stack from which phosphogypsum will be removed. Measurements shall be performed for each such location prior to the initial distribution in commerce of phosphogypsum removed from that location and at least once during each calendar year while distribution of phosphogypsum removed from the location continues.

(1) A minimum of 30 phosphogypsum samples shall be taken at regularly spaced intervals across the surface of the location on the stack from which the phosphogypsum will be removed. Let n1 represent the number of samples taken.

(2) Measure the radium-226 concentration of each of the n1 samples in accordance with the analytical procedures described in 40 CFR part 61, appendix B, Method 114.

(3) Calculate the mean, x 1, and the standard deviation, s1, of the n1 radium-226 concentrations:

$$\overline{x}_1 = \frac{\sum_{i=1}^{n_1} x_i}{n_1},$$

$$s_1 = \sqrt{\frac{\sum_{i=1}^{n_1}\left(x_i - \overline{x}_1\right)^2}{n_1 - 1}},$$

Where x 1 and s1 are expressed in pCi/g.

(4) Calculate the 95th percentile for the distribution, x *, using the following equation:

$$\overline{x}^* = \overline{x}_1 + 1.64\left(\frac{s_1}{\sqrt{n_1}}\right),$$

Where x * is expressed in pCi/g.

(5) If the purpose for removing phosphogypsum from a stack is for distribution to commerce pursuant to §61.206, the owner or operator of a phosphogypsum stack shall report the mean,

25

standard deviation, 95th percentile and sample size. If the purpose for removing phosphogypsum from a stack is for distribution to commerce pursuant to §61.204, the additional sampling procedures set forth in paragraphs (b) and (c) of this section shall apply.

(b) Based on the values for x 1 and x * calculated in paragraphs (a)(3) and (4) of this section, determine which of the following conditions will be met:

(1) If x 1 < 10 pCi/g and x * <= 10 pCi/g; phosphogypsum may be removed from this area of the stack for distribution in commerce pursuant to §61.204.

(2) If x 1, < 10 pCi/g and x * > 10 pCi/g, the owner or operator may elect to follow the procedures for further sampling set forth in paragraph (c) of this section:

(3) If x 1 >= 10 pCi/g; phosphogypsum shall not be removed from this area of the stack for distribution in commerce pursuant to §61.204.

(c) If the owner or operator elects to conduct further sampling to determine if phosphogypsum can be removed from this area of the stack, the following procedure shall apply. The objective of the following procedure is to demonstrate, with a 95% probability, that the phosphogypsum from this area of the stack has a radium-226 concentration no greater than 10 pCi/g. The procedure is iterative, the sample size may have to be increased more than one time; otherwise the phosphogypsum cannot be removed from this area of the stack for distribution to commerce pursuant to §61.204.

(1)(i) Solve the following equation for the total number of samples required:

$$n_2 = \left( \frac{1.64 s_1}{10 - \overline{x}_1} \right)^2 .$$

(ii) The sample size n2 shall be rounded upwards to the next whole number. The number of additional samples needed is nA = n2 - -n1.

(2) Obtain the necessary number of additional samples, nA, which shall also be taken at regularly spaced intervals across the surface of the location on the stack from which phosphogypsum will be removed.

(3) Measure the radium-226 concentration of each of the nA additional samples in accordance with the analytical procedures described in 40 CFR part 61, appendix B, Method 114.

(4) Recalculate the mean and standard deviation of the entire set of n2 radium-226 concentrations by joining this set of nA concentrations with the n1 concentrations previously measured. Use the formulas in paragraph (a)(3) of this section, substituting the entire set of n2 samples in place of the n1 samples called for in paragraph (a)(3) of this section, thereby determining the mean, x 2, and standard deviation, s2, for the entire set of n2 concentrations.

(5) Repeat the procedure described in paragraph (a)(4) of this section, substituting the recalculated mean, x 2, for x 1, the recalculated standard deviation, s2, for s1, and total sample size, n2, for n1.

(6) Repeat the procedure described in paragraph (b) of this section, substituting the recalculated mean, x 2 for x 1.


§ 61.208 Certification requirements.

26

(a)(1) The owner or operator of a stack from which phosphogypsum will be removed and distributed in commerce pursuant to §61.204, §61.205, or §61.206 shall prepare a certification document for each quantity of phosphogypsum which is distributed in commerce which includes:

(i) The name and address of the owner or operator;

(ii) The name and address of the purchaser or recipient of the phosphogypsum;

(iii) The quantity of phosphogypsum, in kilograms or pounds sold or transferred;

(iv) The date of sale or transfer;

(v) A description of the intended end-use for the phosphogypsum;

(vi) The average radium-226 concentration, in pCi/g (pCi/lb), of the phosphogypsum, as determined pursuant to §61.207; and

(vii) The signature of the person who prepared the certification.

(2) The owner or operator shall retain the certification document for five years from the date of sale or transfer, and shall produce the document for inspection upon request by the Administrator, or his authorized representative. The owner or operator shall also provide a copy of the certification document to the purchaser or recipient.

(b)(1) Each distributor, retailer, or reseller who purchases or receives phosphogypsum for subsequent resale or transfer shall prepare a certification document for each quantity of phosphogypsum which is resold or transferred which includes:

(i) The name and address of the distributor, retailer, or reseller;

(ii) The name and address of the purchaser or recipient of the phosphogypsum;

(iii) The quantity (in pounds) of phosphogypsum resold or transferred;

(iv) The date of resale or transfer;

(v) A description of the intended end-use for the phosphogypsum;

(vi) A copy of each certification document which accompanied the phosphogypsum at the time it was purchased or received by the distributor, retailer, or reseller; and

(vii) The signature of the person who prepared the certification.

(2) The distributor, retailer, or reseller shall retain the certification document for five years from the date of resale or transfer, and shall produce the document for inspection upon request by the Administrator, or his authorized representative. For every resale or transfer of phosphogypsum to a person other than an agricultural end-user, the distributor, retailer, or reseller shall also provide a copy of the certification document to the purchaser or transferee.


§ 61.209 Required records.

(a) Each owner or operator of a phosphogypsum stack must maintain records for each stack documenting the procedure used to verify compliance with the flux standard in §61.202, including all measurements, calculations, and analytical methods on which input parameters were based. The required documentation shall be sufficient to allow an independent auditor to verify the correctness of the determination made concerning compliance of the stack with flux standard.

(b) Each owner or operator of a phosphogypsum stack must maintain records documenting the procedure used to determine average radium-226 concentration pursuant to §61.207, including all measurements, calculations, and analytical methods on which input parameters were based. The required documentation shall be sufficient to allow an independent auditor to verify the accuracy of the radium-226 concentration.

27

(c) Each facility which uses phosphogypsum pursuant to §61.205 or §61.206 shall prepare records which include the following information:

(1) The name and address of the person in charge of the activity involving use of phosphogypsum.

(2) A description of each use of phosphogypsum, including the handling and processing that the phosphogypsum underwent.

(3) The location of each site where each use of phosphogypsum occurred, including the suite and/or building number, street, city, county, state, and zip code.

(4) The mailing address of each facility using phosphogypsum, if different from paragraph (c)(3) of this section.

(5) The date of each use of phosphogypsum.

(6) The quantity of phosphogypsum used.

(7) The certified average concentration of radium-226 for the phosphogypsum which was used.

(8) A description of all measures taken to prevent the uncontrolled release of phosphogypsum into the environment.

(9) A description of the disposition of any unused phosphogypsum.

(d) These records shall be retained by the facility for at least five years from the date of use of the phosphogypsum and shall be produced for inspection upon request by the Administrator, or his authorized representative.

§ 61.210 Exemption from the reporting and testing requirements of 40 CFR 61.10.

All facilities designated under this subpart are exempt from the reporting requirements of 40 CFR 61.10.

28

**Appendix B**

**Petition Completeness Checklist**

29

**PETITION COMPLETENESS CHECKLIST**

Does your petition contain the following information?

•    The name and address of the person(s) making the request.

•    A description of the proposed use(s), including the following:
   ♦    A detailed description of the small-scale study (field test, control test, QA/QC plans, illustrative diagrams/pictures)
   ♦    How the phosphogypsum will be handled or processed during each stage of the study, including closure (if applicable)
   ♦    Goals of the study and how performance will be measured
   ♦    Characteristics of the phosphogypsum to be used (radium-226 concentration, as defined below, as well as analyses of other characteristics of the waste such as toxic or hazardous constituents and mobility of constituents, presence of hazardous air pollutants)
   ♦    Notice that the analyses described above exist, and provide those analyses to any potential user upon request.
•    The location of each facility, including suite and/or building number, street, city, county, state, and zip code, where any use, handling, or processing of the phosphogypsum will take place.  If the mailing address is different, provide it too.
•    The quantity of phosphogypsum to be used by each facility.

•    The average concentration of radium-226 in the phosphogypsum to be used.  This information may be available from the owner of the stack.  The sampling must have been done within the past 12 months according to the procedures in 40 CFR 61.207.  Include a copy of the necessary 40 CFR 61.208 certification with your petition.

•    A description of any measures which will be taken to prevent the uncontrolled release of radium-226, radon, or other hazardous constituents into the environment.  This includes description of any monitoring plans for air and water pathways and worker exposure, leak prevention programs, and QA/QC measures.

•    An estimate of the maximum individual risk and incidence associated with the proposed use, including the ultimate disposition of the phosphogypsum or any product in which the phosphogypsum is incorporated.  Include a copy of the risk assessment procedures, assumptions, and results.  If you use a non-EPA model, provide a copy of the model and all needed documentation to understand and use the model.

•    How the phosphogypsum will be handled at the study site, including procedures to prevent unauthorized access and handling of excess materials.

30

- Description of the effectiveness and benefit of the proposed use.

- Description of any other Federal, state, and/or local requirements affected by the proposed use and how they will be satisfied.

- Correspondence with Federal, State, County or municipal authorities charged with administering those requirements.

- Description of any recordkeeping and reporting procedures, including the certification requirements, and how they will be met.

- Each request shall be signed and dated by a corporate officer or public official in charge of the facility.

31

## CERTIFICATE OF COMPLIANCE

I hereby certify that on July 17, 2025, I electronically filed the foregoing appendix with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit through the CM/ECF system. Service upon counsel of record will be accomplished by the CM/ECF system.

*/s/ Ragan Whitlock*
Ragan Whitlock